# United States District Court

DISTRICT OF

Richard Moreau

## SUMMONS IN A CIVIL CASE

V.

CASE NUMBER: 04-459-S

State of Rhode Island, Department of Corrections, Ashbel T. Wall, Director, James Weeden, Warden, Joseph Marocco, Associate Director of Health Care, Scott Allen, MD, Dr. Smiley, R. Figueroa, Barbara A. Carroll, RN, Marylyn Grejudus, RN, John Doe (1), John Doe (2), John Doe (3)

TO: (Name and address of defendant)

Barbara A. Carroll
c/o John T. Carroll
627 Warwick Avenue
Warwick, RI 02888

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Joseph-Anthony DiMaio, Esq. (#3910)
McKinnon & Harwood
1168 Newport Avenue
Pawtucket, RI 02861
(401) 723-9655

* First Amended Complaint AND

an answer to the complaint which is herewith served upon you, within twenty (20) days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

May 25, 2005

CLERK

DATE

(BY) DEPUTY CLERK

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and ~~Complaint~~ *First Amended Complaint was made by me[1] | DATE 5-31-05 |
| NAME OF SERVER (PRINT) Ronald Rusin | TITLE USDC Constable |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: ______

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: ______

☐ Returned unexecuted: ______

☑ Other *(specify)*: to Borbons & Cannell c/o Sun Attorney Cannell

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| — | 40 — | 40 — |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 5/31/05
*Date*

[signature]
*Signature of Server*

PO Box 7588
*Address of Server*
[illegible]

FILED
2005 JUN -6 A 11:31
DISTRICT COURT

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.