# United States District Court

DISTRICT OF

Richard Moreau

V.

State of Rhode Island, Department of Corrections, Ashbel T. Wall, Director, James Weeden, Warden, Joseph Marocco, Associate Director of Health Care, Scott Allen, MD, Dr. Smiley, R. Figueroa, Barbara A. Carroll, RN, Marylyn Grejdus, RN, John Doe (1), John Doe (2), John Doe (3)

## SUMMONS IN A CIVIL CASE

CASE NUMBER: 04-459 S

TO: (Name and address of defendant)

Marylyn Grejdus, RN
Department of Corrections
High Security Center
Cranston, RI 02920
462-2069
7:00 a.m. - 3:00 p.m.

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Joseph-Anthony DiMaio, Esq. (#3910)
McKinnon & Harwood
1168 Newport Avenue
Pawtucket, RI 02861
(401) 723-9655

an answer to the *First Amended Complaint AND complaint which is herewith served upon you, within twenty (20) days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

CLERK

May 25, 2005
DATE

(BY) DEPUTY CLERK

## RETURN OF SERVICE

| | |
|---|---|
| *First Amended Complaint<br>Service of the Summons and Complaint was made by me[1] | DATE 6-2-05 |
| NAME OF SERVER (PRINT) Ronald Pearson | TITLE USDC Constable |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: ______

☑ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: with young lady: Western Cemetery

☐ Returned unexecuted: ______

☐ Other *(specify)*: ______

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| — | 40 — | 40 — |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 6/2/05
Date

[signature]
*Signature of Server*

PO Box 7588
*Address of Server*

FILED
2005 JUN -6 A 11:37
[U.S.] DISTRICT COURT

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.