# United States District Court

DISTRICT OF

Richard Moreau

## SUMMONS IN A CIVIL CASE

V.

State of Rhode Island, Department of Corrections, Ashbel T. Wall, Director of Health Care, Scott Allen, MD, Dr. Smiley, R. Figueroa, Barbara A. Carroll, RN, Marylyn Grejdus, RN, John Doe (1), John Doe (2), John Doe (3)

CASE NUMBER: 04-459S

TO: (Name and address of defendant)

Dr. Scott A. Allen
10 Jasons Grant Drive
Cumberland, RI 02864

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Joseph-Anthony DiMaio, Esq. (3910)
McKinnon & Harwood
1168 Newport Avenue
Pawtucket, RI 02861
(401) 723-9655

an answer to the *amended complaint ~~complaint~~ which is herewith served upon you, within twenty (20) days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

CLERK

April 26, 2005
DATE

(BY) DEPUTY CLERK