**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **RICHARD MOREAU** | : | |
| | : | |
| **vs.** | : | **C.A. NO. 04-459S** |
| | : | |
| **DEPARTMENT OF CORRECTIONS; ASHBEL T. WALL, DIRECTOR; JAMES WEEDEN, WARDEN; JOSEPH MAROCCO, ASSOCIATE DIRECTOR, HEALTH CARE SERVICES SCOTT ALLEN, M.D., MEDICAL PROGRAM DIRECTOR; DR. SMILEY; DR. FIGUEROA; BARBARA A. CARROLL, RN, PHYSICIAN EXTENDER; MARILYN GREJDUS, RN, CORRECTIONAL OFFICER; JOHN DOE ONE; JOHN DOE TWO; and JOHN DOE THREE** | : | |

**ENTRY OF APPEARANCE**

I, Jay M. Elias, Esquire, hereby enter my appearance on behalf of Defendant, Scott Allen, M.D.

Defendant,
Scott Allen, M.D.
By his Attorneys,
RATCLIFFE BURKE HARTEN & ELIAS, LLP

Jay M. Elias, Esquire (#3050)
1600 Financial Plaza
Providence, RI 02903
401.331.3400
401.331.3440 [Fax]

**CERTIFICATION**

I hereby certify that a true copy of the within was mailed, postage prepaid, on this 23 day of June, 2005, to the following:

Joseph Anthony DiMaio, Esquire
McKinnon & Harwood
1168 Newport Avenue
Pawtucket, RI 02861

EOA

Peggy Medaglia