**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

**RICHARD MOREAU**
**PLAINTIFF**

**V.** **C.A. NO. 04-459 S**

**STATE OF RHODE ISLAND,**
**DEPARTMENT OF CORRECTIONS,**
**ASHBEL T. WALL, DIRECTOR,**
**JAMES WEEDEN, WARDEN,**
**JOSEPH MAROCCO, ASSOCIATE DIRECTOR**
**OF HEALTH CARE, SCOTT ALLEN, MD,**
**DR. SMILEY, R. FIGUEROA,**
**BARBARA A. CARROLL, RN,**
**MARYLYN GREJDUS, RN,**
**JOHN DOE (1), JOHN DOE (2), JOHN DOE (3)**
**DEFENDANTS**

FILED JUN 20 2005

**MOTION TO AMEND ANSWER**

Now come Defendants, State, DOC, Wall, Weeden and Marocco ("Defendants") and pursuant to Rule 15(a) of the Fed. R. Civ. P., hereby move to amend their Answer to Plaintiff's First Amended Complaint ("Complaint"). A copy of the proposed Amended Answer is attached hereto. A supporting Memorandum is filed herewith.

WHEREFORE, Defendants respectfully request that their Motion to Amend be granted.

Respectfully submitted,

DEFENDANTS
By their Attorney,

PATRICK C. LYNCH
ATTORNEY GENERAL

Thomas A. Palombo, Bar No. 4212
Assistant Attorney General
150 South Main Street
Providence, RI 02903
Tel: (401) 274-4400 ext. 2296
Fax: (401) 222-2995

7/7/05; GRANTED

Referred to U.S.M.J. Almond
☐ for findings & recommendations
☐ for determination.
☐
William E. Smith, U.S. District Judge
Date: 7/6/05