**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| RICHARD MOREAU | : | |
| | : | |
| VS. | : | CA NO. 04-459S |
| | : | |
| DEPARTMENT OF CORRECTIONS; ASHBEL T. WALL, DIRECTOR; JAMES WEEDEN, WARDEN; JOSEPH MAROCCO, ASSOCIATE DIRECTOR, HEALTH CARE SERVICES, SCOTT ALLEN, MD, MEDICAL PROGRAM DIRECTOR; DR. SMILEY; BARBARA A. CARROLL, RN, PHYSICIAN EXTENDER; MARILYN GREJDUS, RN, CORRECTIONAL OFFICER JOHN DOE ONE; JOHN DOE TWO; AND JOHN DOE THREE | : | |

**MOTION FOR EXTENSION OF TIME TO ANSWER INTERROGATORIES**

Now comes your Plaintiff, Richard Moreau and prays this honorable court enter an Order granting his Motion for Extension of Time To Answer Defendant, State's, interrogatories propounded on or about June 30, 2005. In support of said Motion, Plaintiff states that his vision his impaired which creates additional delay in responding to the interrogatories. In addition, Plaintiff states that due to his incarceration the time within which counsel's schedule permits to assist in preparation of these interrogatories is limited. In addition, Plaintiff has made an initial discovery disclosure consisting of several pages of documents advanced to defense counsel which fairly articulate the actual basis upon which the Plaintiff's Complaint was founded.

Plaintiff respectfully requests an additional sixty (60) days, to wit on or before September 30, 2005, within which to answer or object to the interrogatories propounded upon the Plaintiff.

**NOTICE**

The above-entitled matter shall be marked up for hearing as this court deems appropriate.

Plaintiff,
By and through his attorney,

Joseph-Anthony DiMaio, Esq. (3910)
McKinnon & Harwood
1168 Newport Avenue
Pawtucket, RI 02861
(401) 723-9655

**CERTIFICATION**

I hereby certify that a true copy of the within was mailed to Thomas A. Palombo, Assistant Attorney General, 150 South Main Street, Providence, RI 02903, Jeffrey G. Latham, Esq., Tate & Associates, The Heritage Building, 321 South Main Street, Providence, RI 02903 and Jay M. Elias, Esq., Ratcliffe, Burke, Harten & Elias, 1600 Financial Plaza, Providence, RI 02903 on the 20th day of July 2005.