**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| RICHARD MOREAU | : | |
| | : | |
| VS. | : | CA NO. 04-459S |
| | : | |
| DEPARTMENT OF CORRECTIONS; ASHBEL T. WALL, DIRECTOR; JAMES WEEDEN, WARDEN; JOSEPH MAROCCO, ASSOCIATE DIRECTOR, HEALTH CARE SERVICES, SCOTT ALLEN, MD, MEDICAL PROGRAM DIRECTOR; DR. SMILEY; BARBARA A. CARROLL, RN, PHYSICIAN EXTENDER; MARILYN GREJDUS, RN, CORRECTIONAL OFFICER JOHN DOE ONE; JOHN DOE TWO; AND JOHN DOE THREE | : | |

**MOTION FOR EXTENSION OF TIME TO ANSWER REQUEST FOR PRODUCTION OF DOCUMENTS**

Now comes your Plaintiff, Richard Moreau and prays this honorable court enter an Order granting his Motion for Extension of Time To Answer Defendant, State's, Request for Productions of Documents propounded on or about June 30, 2005. In support of said Motion, Plaintiff states that his vision his impaired which creates additional delay in responding to the Request for Production of Documents. In addition, Plaintiff states that due to his incarceration the time within which counsel's schedule permits to assist in preparation of this Request for Production of Documents is limited. In addition, Plaintiff submits that he has voluntarily made an initial disclosure that may address some or all of the very documents requested.

Plaintiff respectfully requests an additional sixty (60) days, to wit on or before September 30, 2005, within which to answer or object to the Request for Production of Documents propounded upon the Plaintiff.

**NOTICE**

The above-entitled matter shall be marked up for hearing as this court deems appropriate.

Plaintiff,
By and through his attorney,

Joseph-Anthony DiMaio, Esq. (3910)
McKinnon & Harwood
1168 Newport Avenue
Pawtucket, RI 02861
(401) 723-9655

**CERTIFICATION**

I hereby certify that a true copy of the within was mailed to Thomas A. Palombo, Assistant Attorney General, 150 South Main Street, Providence, RI 02903, Jeffrey G. Latham, Esq., Tate & Associates, The Heritage Building, 321 South Main Street, Providence, RI 02903 and Jay M. Elias, Esq., Ratcliffe, Burke, Harten & Elias, 1600 Financial Plaza, Providence, RI 02903 on the 20th day of July 2005.