**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

**RICHARD MOREAU**
**PLAINTIFF**

**V.** **C.A. NO. 04-459 S**

**STATE OF RHODE ISLAND,**
**DEPARTMENT OF CORRECTIONS,**
**ASHBEL T. WALL, DIRECTOR,**
**JAMES WEEDEN, WARDEN,**
**JOSEPH MAROCCO, ASSOCIATE DIRECTOR**
**OF HEALTH CARE, SCOTT ALLEN, MD,**
**DR. SMILEY, R. FIGUEROA,**
**BARBARA A. CARROLL, RN,**
**MARYLYN GREJDUS, RN,**
**JOHN DOE (1), JOHN DOE (2), JOHN DOE (3)**
**DEFENDANTS**

**PARTIAL OBJECTION TO PLAINTIFF'S MOTION TO EXTEND TIME**

The State Defendants ("Defendants") hereby object, in part, to Plaintiff Moreau's Motion to Extend Time sixty (60) days, up to and including September 30, 2005, to Answer Request for Production of Documents and to Answer Interrogatories.

Defendants do not oppose a reasonable extension of time. Respectfully, Defendants consider an additional sixty (60) days too lengthy a response period. Defendants do not oppose a thirty (30) day extension of time.

WHEREFORE, Defendants respectfully request that Plaintiff's Motion, as pled, be denied, and that Plaintiff be granted a thirty (30) day extension of time.

Respectfully submitted,

DEFENDANTS
By their Attorney,

PATRICK C. LYNCH
ATTORNEY GENERAL

Thomas A. Palombo, Bar No. 4212
Assistant Attorney General
150 South Main Street
Providence, RI 02903
Tel: (401) 274-4400 ext. 2296
Fax: (401) 222-2995

## CERTIFICATION

I, the undersigned, hereby certify that I mailed a true copy of this Objection, by first class mail, postage pre-paid, on this 21st day of July, 2005 to the following:

**Joseph-Anthony DiMaio, Esquire**
McKinnon & Harwood
1168 Newport Avenue
Pawtucket, RI 02861

**Jay Elias, Esquire**
Ratcliffe, Burke, Harten and Elias
1600 Financial Plaza
Providence, RI 02903