Case 1:04-cv-00459-S Document 28 Filed 07/21/2005 Page 1 of 2

**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

RICHARD MOREAU :
:
VS. : CA NO. 04-459S
:
DEPARTMENT OF CORRECTIONS; :
ASHBEL T. WALL, DIRECTOR; JAMES :
WEEDEN, WARDEN; JOSEPH MAROCCO, :
ASSOCIATE DIRECTOR, HEALTH CARE :
SERVICES, SCOTT ALLEN, MD, :
MEDICAL PROGRAM DIRECTOR; :
DR. SMILEY; BARBARA A. CARROLL, :
RN, PHYSICIAN EXTENDER; MARILYN :
GREJDUS, RN, CORRECTIONAL OFFICER :
JOHN DOE ONE; JOHN DOE TWO; AND :
JOHN DOE THREE :

7/25/05: GRANTED. FINAL EXTENSION.

**MOTION FOR EXTENSION OF TIME TO ANSWER INTERROGATORIES**

Now comes your Plaintiff, Richard Moreau and prays this honorable court enter an Order granting his Motion for Extension of Time To Answer Defendant, State's, interrogatories propounded on or about June 30, 2005. In support of said Motion, Plaintiff states that his vision his impaired which creates additional delay in responding to the interrogatories. In addition, Plaintiff states that due to his incarceration the time within which counsel's schedule permits to assist in preparation of these interrogatories is limited. In addition, Plaintiff has made an initial discovery disclosure consisting of several pages of documents advanced to defense counsel which fairly articulate the actual basis upon which the Plaintiff's Complaint was founded.

Plaintiff respectfully requests an additional sixty (60) days, to wit on or before September 30, 2005, within which to answer or object to the interrogatories propounded upon the Plaintiff.

Referred to U.S.M.J. [illegible]
☐ for findings & recommendations
☑ for determination
☐ ____________
William E. Smith, U.S. District Judge
Date 7/22/05