RECEIVED
JUL 29 2005
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

**RICHARD MOREAU**

**VS.** **C.A. NO. 04-459S**

**STATE OF RHODE ISLAND, DEPARTMENT OF CORRECTIONS, ASHBEL T. WALL, DIRECTOR, JAMES WEEDEN, WARDEN, JOSEPH MAROCCO, ASSOCIATE DIRECTOR OF HEALTH CARE, SCOTT ALLEN, MD, DR. SMILEY, R. FIGUEROA, BARBARA A. CARROLL, RN, MARYLYN GREJUDUS, RN, JOHN DOE (1), JOHN DOE (2), JOHN DOE (3)**

**STIPULATION**

It is agreed by and between Plaintiff and Defendant, Dr. Smiley, that Defendant Dr. Smiley may have to and including, **August 9, 2005**, within which to answer or otherwise respond to the within Complaint.

Joseph Anthony Dimaio, Esquire (#3910)
Attorney for Plaintiff

Alan R. Tate, Esquire (#1674)
Attorney for Defendant, Dr. Smiley

**Dated: July 28, 2005**
3875.stip