UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

RICHARD MOREAU

VS. C.A. NO. 04-459S

STATE OF RHODE ISLAND, DEPARTMENT OF CORRECTIONS, ASHBEL T. WALL, DIRECTOR, JAMES WEEDEN, WARDEN, JOSEPH MAROCCO, ASSOCIATE DIRECTOR OF HEALTH CARE, SCOTT ALLEN, MD, DR. SMILEY, R. FIGUEROA, BARBARA A. CARROLL, RN, MARYLYN GREJUDUS, RN, JOHN DOE (1), JOHN DOE (2), JOHN DOE (3)

**ENTRY OF APPEARANCE**

Now come Alan R. Tate, Esq. and Jeffrey G. Latham, Esq., and hereby enter their appearance on behalf of defendant, Harrison Smiley, O.D.

Defendant Dr. Smiley
By his Attorneys,

**Tate & Associates**

Alan R. Tate, Esquire (#1674)

Jeffrey G. Latham, Esquire (6264)
321 South Main Street
Suite 300
Providence, RI 02903
401-421-7400
401-351-3239 [Fax]

# CERTIFICATION

I hereby certify that a true and accurate copy of the within was mailed postage prepaid on the 18th day of August, 2005, to the following:

Joseph-Anthony DiMaio, Esquire
McKinnon & Harwood
1168 Newport Avenue
Pawtucket, RI 02861

Jay M. Elias, Esquire
Ratcliffe, Burke, Harten & Elias, LLP
1600 Financial Plaza
Providence, RI 02903

Thomas A. Palombo, Esquire
Special Assistant Attorney General
150 South Main Street
Providence, RI 02903

Jennifer F. LoBello

3875.eoa