**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

**RICHARD MOREAU**

**VS.** **C.A. NO. 04-459S**

**STATE OF RHODE ISLAND, DEPARTMENT OF CORRECTIONS, ASHBEL T. WALL, JAMES WEEDEN, JOSEPH MAROCCO, SCOTT ALLEN, MD, DR. SMILEY, BARBARA A. CARROLL, R.N., MARYLYN GREJUDUS, R.N., JOHN DOE (1), JOHN DOE (2), JOHN DOE (3)**

**DEFENDANT, DR. SMILEY'S**
**MOTION FOR LEAVE TO DEPOSE PLAINTIFF, RICHARD MOREAU**

Now comes the Defendant, Harrison T. Smiley, (Identified only as "Dr. Smiley"in the Complaint), and pursuant to Rule 30(a)(2) of the Fed. Rules of Civil Procedure, respectfully moves for the entry of an Order permitting said Defendant to take the deposition of Plaintiff, Richard Moreau, who is incarcerated at the Adult Correctional Institution ("A.C. I.") in Cranston, R.I. Defendant seeks to schedule the Plaintiff's deposition at a mutually convenient date and time as soon as possible and prior to the close of discovery.

As grounds for this motion, Defendant states:

1) This is a medical malpractice action wherein Plaintiff alleges the Defendant, Harrison T. Smiley, O.D., a consulting Optometrist at the A.C.I., deviated from the accepted standards of practice in his specialty in his treatment of the Plaintiff for complaints of blurred vision and as a result said alleged deviation, the Plaintiff is permanently, legally blind.

2) Because this case involves complex medical issues and a variety of named defendants, it is imperative to discover facts and opinions held by the Plaintiff himself and obtain a detailed explanation as to his recollection of the events surrounding the alleged incident.

3) Discovery in the within matter is scheduled to close on January 18, 2006.

4) Plaintiff will continue to be incarcerated at the A.C.I. beyond the date on which this Court has ordered the pretrial discovery to close.

WHEREFORE, Defendant, Dr. Smiley, respectfully requests that this Honorable Court grant his motion for the reasons set forth above.

Defendant, Dr. Smiley
By his Attorneys,

**Tate + Latham PC**

Alan R. Tate, Esquire
Jeffrey G. Latham, Esquire
Christy B. Durant, Esquire
321 South Main Street, Suite 300
Providence, RI 02903
401-421-7400
401-351-3239 [Fax]

**CERTIFICATION**

I hereby certify that a true and accurate copy of the within was mailed postage prepaid on the 9th day of November, 2005, to the following:

Joseph-Anthony DiMaio, Esquire
McKinnon & Harwood
1168 Newport Avenue
Pawtucket, RI 02861

Jay M. Elias, Esquire
Ratcliffe, Burke, Harten & Elias, LLP
1600 Financial Plaza
Providence, RI 02903

Thomas A. Palombo, Esquire
Special Assistant Attorney General
150 South Main Street
Providence, RI 02903

3875.mfl