**EXHIBIT A**

Pursuant to the lawfully attached deposition notice you are commanded to produce and permit inspection and copying of the following documents or objects specified below:

1. Any records of medical care and treatment not previously produced.

2. Any and all documents (including but not limited to medical request slips) requesting medical care, treatment or medical attention at any time during your incarceration.

3. A complete copy of your Inmate Account History.

3875
ART

FILED
NOV 1 0 2005
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

RICHARD MOREAU

VS. C.A. NO. 04-459S

STATE OF RHODE ISLAND, DEPARTMENT OF CORRECTIONS, ASHBEL T. WALL, JAMES WEEDEN, JOSEPH MAROCCO, SCOTT ALLEN, MD, DR. SMILEY, BARBARA A. CARROLL, R.N., MARYLYN GREJUDUS, R.N., JOHN DOE (1), JOHN DOE (2), JOHN DOE (3)

Referred to U.S.M.J. Almond
☐ for findings & recommendations
☑ for determination
☐
William E. Smith, U.S. District Judge
Date: 11/29/05

**DEFENDANT, DR. SMILEY'S**
**MOTION FOR LEAVE TO DEPOSE PLAINTIFF, RICHARD MOREAU**

11/29/05: GRANTED. FRCP 30(a)(2)

Now comes the Defendant, Harrison T. Smiley, (Identified only as "Dr. Smiley"in the Complaint), and pursuant to Rule 30(a)(2) of the Fed. Rules of Civil Procedure, respectfully moves for the entry of an Order permitting said Defendant to take the deposition of Plaintiff, Richard Moreau, who is incarcerated at the Adult Correctional Institution ("A.C. I.") in Cranston, R.I. Defendant seeks to schedule the Plaintiff's deposition at a mutually convenient date and time as soon as possible and prior to the close of discovery.

As grounds for this motion, Defendant states:

1) This is a medical malpractice action wherein Plaintiff alleges the Defendant, Harrison T. Smiley, O.D., a consulting Optometrist at the A.C.I., deviated from the accepted standards of practice in his specialty in his treatment of the Plaintiff for complaints of blurred vision and as a result said alleged deviation, the Plaintiff is permanently, legally blind.

2) Because this case involves complex medical issues and a variety of named defendants, it is imperative to discover facts and opinions held by the Plaintiff himself and obtain a detailed explanation as to his recollection of the events surrounding the alleged incident.

3) Discovery in the within matter is scheduled to close on January 18, 2006.

RECEIVED NOV 2 9 2005

# *Facsimile [illegible]r Page*

***US District Court***
***District of Rhode Island***
***One Exchange Terrace***
***Federal Building & Courthouse***
***Providence, RI 02903***

## To:

Organization Name: JEFFREY G. LATHAM

Fax Number: 3513239

Phone Number:

## From:

Sender: Theall, Jeannine

Phone Number: 752-7217

Fax Number: 752-7265

*Note: You may send a Fax directly to your party by dialing:*
*752-7255#and then the last four digits of your party's phone number##*
*Example: 752-7255#7237##*
*Please remember the pound (#) symbols are important in routing the fax properly.*

**Total Number Pages including cover:** 2

## Message: