**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

**RICHARD MOREAU**

**VS.** **C.A. NO. 04-459S**

**STATE OF RHODE ISLAND, DEPARTMENT OF CORRECTIONS, ASHBEL T. WALL, JAMES WEEDEN, JOSEPH MAROCCO, SCOTT ALLEN, MD, DR. SMILEY, BARBARA A. CARROLL, R.N., MARYLYN GREJUDUS, R.N., JOHN DOE (1), JOHN DOE (2), JOHN DOE (3)**

**DEFENDANT, HARRISON T. SMILEY O.D.'S MOTION TO COMPEL PLAINTIFF'S RESPONSE TO INTERROGATORY NO. 26**

Now comes Defendant, Harrison T. Smiley, O.D., pursuant to Rule 37 of the Federal Rules of Civil Procedure and hereby moves this Honorable Court for entry of an Order compelling plaintiff to respond to his Additional Interrogatory No. 26 propounded on October 13, 2005.

Given the Court-ordered closure date for discovery of January 18, 2006 Defendant seeks plaintiff's immediate compliance with his response to Additional Interrogatory No. 26. As such, defendant seeks a fifteen (15) day Order. A copy of Interrogatory No. 26 is appended hereto.

Defendant Dr. Smiley
By his Attorneys,

**Tate + Latham PC**

Alan R. Tate, Esquire (#1647)
Jeffrey G. Latham, Esquire (#6264)
321 South Main Street
Suite 300
Providence, RI 02903
401-421-7400
401-351-3239 [Fax]

**CERTIFICATION**

I hereby certify that a true and accurate copy of the within was mailed postage prepaid on the 9th day of December, 2005, to the following:

Joseph-Anthony DiMaio, Esquire
McKinnon & Harwood
1168 Newport Avenue
Pawtucket, RI 02861

Jay M. Elias, Esquire
Ratcliffe, Burke, Harten & Elias, LLP
1600 Financial Plaza
Providence, RI 02903

Thomas A. Palombo, Esquire
Special Assistant Attorney General
150 South Main Street
Providence, RI 02903

3875.mtcaati