**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

**RICHARD MOREAU**

**VS.** **C.A. NO. 04-459S**

**STATE OF RHODE ISLAND, DEPARTMENT OF CORRECTIONS, ASHBEL T. WALL, JAMES WEEDEN, JOSEPH MAROCCO, SCOTT ALLEN, MD, DR. SMILEY, BARBARA A. CARROLL, R.N., MARYLYN GREJUDUS, R.N., JOHN DOE (1), JOHN DOE (2), JOHN DOE (3)**

**AMENDED NOTICE OF DEPOSITION**

**DEPONENT:** **Richard Moreau**

**DATE:** **THURSDAY, JANUARY 5, 2006**

**TIME:** **9:30 A.M.**

Please take notice that pursuant to the provisions of the Federal Rules of Civil Procedure, the Defendant, Harrison T. Smiley O.D., in the captioned matter will take the deposition of the above-named Plaintiff, upon oral examination, ***by stenographic means***, which examination will continue from day-to-day until completed; the same to commence at the above-specified time on the above-mentioned date at the **Department of Corrections, *Medium I Security* Facility, 40 Howard Avenue, Cranston, Rhode Island,** before a Notary Public, or some other officer duly authorized to administer oaths by law in the State of Rhode Island.

Defendant, Harrison T. Smiley, O.D.,
By his attorneys,

Tate + Latham PC

Alan R. Tate, Esquire (#1647)
Jeffrey G. Latham, Esquire (#6264)
321 South Main Street, Suite 300
Providence, RI 02903
(401) 421-7400
Fax (401) 351-3239

## CERTIFICATION

I hereby certify that a true copy of the within was mailed, postage prepaid, on this 22nd day of December, 2005, to the following:

Joseph Anthony DiMaio, Esquire
McKinnon & Harwood
1168 Newport Avenue
Pawtucket, RI 02861

Thomas A. Palombo, Esquire
Special Assistant Attorney General
150 South Main Street
Providence, R.I. 02903

Jay M. Elias, Esquire
Ratcliffe, Burke, Harten & Elias
1600 Financial Plaza
Providence, RI 02903

Michael Grant, Esquire
Deputy Chief Legal Counsel
RI Department of Corrections
40 Howard Avenue
Cranston, RI 02920

Ms. Fran Young
135 Rankin Avenue
Providence, RI 02908

Nancy Daniels

**EXHIBIT A**

Pursuant to the lawfully attached deposition notice you are commanded to produce and permit inspection and copying of the following documents or objects specified below:

1. Any records of medical care and treatment not previously produced.

2. Any and all documents (including but not limited to medical request slips) requesting medical care, treatment or medical attention at any time during your incarceration.

3. A complete copy of your Inmate Account History.

3875dn.rm2