**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

**RICHARD MOREAU**

**VS.** **C.A. NO. 04-459S**

**STATE OF RHODE ISLAND, DEPARTMENT OF CORRECTIONS, ASHBEL T. WALL, JAMES WEEDEN, JOSEPH MAROCCO, SCOTT ALLEN, MD, DR. SMILEY, BARBARA A. CARROLL, R.N., MARYLYN GREJUDUS, R.N., JOHN DOE (1), JOHN DOE (2), JOHN DOE (3)**

**DEFENDANT, HARRISON T. SMILEY O.D.'S MOTION TO COMPEL PLAINTIFF'S RESPONSE TO INTERROGATORY NO. 26**

Now comes Defendant, Harrison T. Smiley, O.D., pursuant to Rule 37 of the Federal Rules of Civil Procedure and hereby moves this Honorable Court for entry of an Order compelling plaintiff to respond to his Additional Interrogatory No. 26 propounded on October 13, 2005.

Given the Court-ordered closure date for discovery of January 18, 2006 Defendant seeks plaintiff's immediate compliance with his response to Additional Interrogatory No. 26. As such, defendant seeks a fifteen (15) day Order. A copy of Interrogatory No. 26 is appended hereto.

**No objection having been timely filed pursuant to the Local Rules for the District of Rhode Island, the within motion is hereby granted.**

Deputy Clerk

Date: 12/28/05