**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| RICHARD MOREAU | : | |
| | : | |
| VS. | : | CA NO. 04-459S |
| | : | |
| STATE OF RHODE ISLAND, DEPARTMENT OF CORRECTIONS, ASHBEL T. WALL, JAMES WEEDEN, JOSEPH MAROCCO, SCOTT ALLEN, MD, DR. SMILEY, BARBARA A. CARROLL, RN, MARYLYN GREJUDUS, RN, JOHN DOE (1), JOHN DOE (2), JOHN DOE (3) | : | |

**NOTICE OF DEPOSITION OF LIEUTENANT JOE KNIGHT**

Thomas Palumbo
Attorney General's Office
150 South Main Street
Providence, RI 02903

Jay M. Elias, Esq.
Ratcliffe, Burke, Harten & Elias
1600 Financial Plaza
Providence, RI 02903

Jeffrey G. Latham, Esq.
Tate & Associates, P.C.
The Heritage Building
321 South Main Street
Providence, RI 02903

Allied Court Reporters
115 Phenix Avenue
Cranston, RI 02920

**DATE:** Wednesday, January 18, 2006

**TIME:** 10:30 a.m.

**PLACE:** McKinnon & Harwood, 1168 Newport Avenue Pawtucket, RI

Please take notice that pursuant to the provisions of the Federal Rules of Civil Procedure, the Plaintiff, Richard Moreau, in the captioned matter will take the deposition of the above-named Defendant, upon oral examination, by stenographic means, which examination will continue from day-to-day until completed; the same to commence at the above-specified date and time above-mentioned at the Law Offices of McKinnon & Harwood, before a Notary Public, or

some other officer duly authorized to administer oaths by law in the State of Rhode Island and requests that he bring with him those items set forth in "Exhibit A" (attached hereto and incorporated herein as if set forth in full).

Plaintiff,
By and through his attorney,

Joseph-Anthony DiMaio, Esq. (3910)
McKinnon & Harwood
1168 Newport Avenue
Pawtucket, RI 02861
(401) 723-9655

**CERTIFICATION**

I hereby certify that a true copy of the within was mailed to above on the 11th day of January 2006.

# Exhibit A

1. As it pertains to the Plaintiff, Richard Moreau, for the time period of August 1, 2001 through December 31, 2001, inclusive:

   a. Copies of any and all report regarding the conduct, activities, or statements of Richard Moreau which you witnessed;

   b. Copies of any and all record or report of reprimand for any reason;

   c. Copies of any document regarding any complaint of any medical nature; including without limitation copies of any medical request slips

   d. Copies of any document pertaining to any vision or other head related complaint;

   e. Copies of any document pertaining to any inability to perform any work detail;

   f. Copies of any document regarding work details of the Plaintiff;

   g. Copies of any inter-office chart, roster, or other document regarding any of the above;

2. A copy of any document pertaining to the duties, rules, regulations, or procedures governing your conduct as an employee for the State of Rhode Island in the capacity which your were employed for the time period of August 1, 2001 through December 31, 2001, inclusive.

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

RICHARD MOREAU :
:
VS. : CA NO. 04-459S
:
STATE OF RHODE ISLAND, DEPARTMENT :
OF CORRECTIONS, ASHBEL T. WALL, :
JAMES WEEDEN, JOSEPH MAROCCO, :
SCOTT ALLEN, MD, DR. SMILEY, :
BARBARA A. CARROLL, RN, MARYLYN :
GREJUDUS, RN, JOHN DOE (1), :
JOHN DOE (2), JOHN DOE (3) :

**NOTICE OF DEPOSITION OF CORRECTIONAL OFFICER JEFF LAURIE**

Thomas Palumbo
Attorney General's Office
150 South Main Street
Providence, RI 02903

Jay M. Elias, Esq.
Ratcliffe, Burke, Harten & Elias
1600 Financial Plaza
Providence, RI 02903

Jeffrey G. Latham, Esq.
Tate & Associates, P.C.
The Heritage Building
321 South Main Street
Providence, RI 02903

Allied Court Reporters
115 Phenix Avenue
Cranston, RI 02920

**DATE:** Wednesday, January 18, 2006

**TIME:** 9:30 a.m.

**PLACE:** McKinnon & Harwood, 1168 Newport Avenue Pawtucket, RI

Please take notice that pursuant to the provisions of the Federal Rules of Civil Procedure, the Plaintiff, Richard Moreau, in the captioned matter will take the deposition of the above-named Defendant, upon oral examination, by stenographic means, which examination will continue from day-to-day until completed; the same to commence at the above-specified date and time above-mentioned at the Law Offices of McKinnon & Harwood, before a Notary Public, or

some other officer duly authorized to administer oaths by law in the State of Rhode Island and requests that he bring with him those items set forth in "Exhibit A" (attached hereto and incorporated herein as if set forth in full).

Plaintiff,
By and through his attorney,

Joseph-Anthony DiMaio, Esq. (3910)
McKinnon & Harwood
1168 Newport Avenue
Pawtucket, RI 02861
(401) 723-9655

**CERTIFICATION**

I hereby certify that a true copy of the within was mailed to above on the 11th day of January 2006.

# Exhibit A

1. As it pertains to the Plaintiff, Richard Moreau, for the time period of August 1, 2001 through December 31, 2001, inclusive:

   a. Copies of any and all report regarding the conduct, activities, or statements of Richard Moreau which you witnessed;

   b. Copies of any and all record or report of reprimand for any reason;

   c. Copies of any document regarding any complaint of any medical nature; including without limitation copies of any medical request slips

   d. Copies of any document pertaining to any vision or other head related complaint;

   e. Copies of any document pertaining to any inability to perform any work detail;

   f. Copies of any document regarding work details of the Plaintiff;

   g. Copies of any inter-office chart, roster, or other document regarding any of the above;

2. A copy of any document pertaining to the duties, rules, regulations, or procedures governing your conduct as an employee for the State of Rhode Island in the capacity which your were employed for the time period of August 1, 2001 through December 31, 2001, inclusive.

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| RICHARD MOREAU | : | |
| | : | |
| VS. | : | CA NO. 04-459S |
| | : | |
| STATE OF RHODE ISLAND, DEPARTMENT OF CORRECTIONS, ASHBEL T. WALL, JAMES WEEDEN, JOSEPH MAROCCO, SCOTT ALLEN, MD, DR. SMILEY, BARBARA A. CARROLL, RN, MARYLYN GREJUDUS, RN, JOHN DOE (1), JOHN DOE (2), JOHN DOE (3) | : | |

**NOTICE OF DEPOSITION OF JOSEPH MAROCCO**

Thomas Palumbo
Attorney General's Office
150 South Main Street
Providence, RI 02903

Jeffrey G. Latham, Esq.
Tate & Associates, P.C.
The Heritage Building
321 South Main Street
Providence, RI 02903

Jay M. Elias, Esq.
Ratcliffe, Burke, Harten & Elias
1600 Financial Plaza
Providence, RI 02903

Allied Court Reporters
115 Phenix Avenue
Cranston, RI 02920

**DATE:** Tuesday, January 17, 2006

**TIME:** 2:00 p.m.

**PLACE:** McKinnon & Harwood, 1168 Newport Avenue Pawtucket, RI

Please take notice that pursuant to the provisions of the Federal Rules of Civil Procedure, the Plaintiff, Richard Moreau, in the captioned matter will take the deposition of the above-named Defendant, upon oral examination, by stenographic means, which examination will continue from day-to-day until completed; the same to commence at the above-specified date and time above-mentioned at the Law Offices of McKinnon & Harwood, before a Notary Public, or some other officer duly authorized to administer oaths by law in the State of Rhode Island and requests that he bring with him those items set forth in "Exhibit A" (attached hereto and incorporated herein as if set forth in full).

Plaintiff,
By and through his attorney,

Joseph-Anthony DiMaio, Esq. (3910)
McKinnon & Harwood
1168 Newport Avenue
Pawtucket, RI 02861
(401) 723-9655

**CERTIFICATION**

I hereby certify that a true copy of the within was mailed to above on the 11th day of January 2006.

# Exhibit A

1. For the time period of September 1, 2001 through December 31, 2001, inclusive:

   a. Documents indicating the capacity in which you were employed by the State of Rhode Island during this time period, and the date you began you employment in that capacity;

   b. A copy of any document or other contract regarding the terms and conditions of your employ with the State of Rhode Island;

   c. A copy of any document in effect during the period pertaining to duties, rules, regulations, policies, or procedures governing the manner in which you performed services for the State of Rhode Island;

   d. Copies of medical request slips from the Plaintiff;

   e. Copies of documents pertaining to the care, custody, or control of medical request slips submitted by individuals housed at Rhode Island Correctional facilities.

   f. Copies of documents pertaining to the care, custody, or control of medical request slips submitted by individuals housed at the Intake Service Center building for the Rhode Island Correctional facility.

   g. A true, accurate, and complete copy of the Plaintiff's medical chart reviewed by you during this time period;

   h. A true, accurate, and complete copy of all other documents of or pertaining to the Plaintiff which were of a medical or health nature which were not contained within the Plaintiff's medical chart;

   i. A copy of any document regarding the scheduling of the Plaintiff for examination by any medical or health care provider;

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| RICHARD MOREAU | : | |
| | : | |
| VS. | : | CA NO. 04-459S |
| | : | |
| STATE OF RHODE ISLAND, DEPARTMENT OF CORRECTIONS, ASHBEL T. WALL, JAMES WEEDEN, JOSEPH MAROCCO, SCOTT ALLEN, MD, DR. SMILEY, BARBARA A. CARROLL, RN, MARYLYN GREJUDUS, RN, JOHN DOE (1), JOHN DOE (2), JOHN DOE (3) | : | |

**NOTICE OF DEPOSITION OF DR. SCOTT ALLEN**

Thomas Palumbo
Attorney General's Office
150 South Main Street
Providence, RI 02903

Jeffrey G. Latham, Esq.
Tate & Associates, P.C.
The Heritage Building
321 South Main Street
Providence, RI 02903

Jay M. Elias, Esq.
Ratcliffe, Burke, Harten & Elias
1600 Financial Plaza
Providence, RI 02903

Allied Court Reporters
115 Phenix Avenue
Cranston, RI 02920

**DATE:** Tuesday, January 17, 2006

**TIME:** 9:30 a.m.

**PLACE:** McKinnon & Harwood, 1168 Newport Avenue Pawtucket, RI

Please take notice that pursuant to the provisions of the Federal Rules of Civil Procedure, the Plaintiff, Richard Moreau, in the captioned matter will take the deposition of the above-named Defendant, upon oral examination, by stenographic means, which examination will continue from day-to-day until completed; the same to commence at the above-specified date and time above-mentioned at the Law Offices of McKinnon & Harwood, before a Notary Public, or some other officer duly authorized to administer oaths by law in the State of Rhode Island and requests that he bring with him those items set forth in "Exhibit A" (attached hereto and incorporated herein as if set forth in full).

Plaintiff,
By and through his attorney,

Joseph-Anthony DiMaio, Esq. (3910)
McKinnon & Harwood
1168 Newport Avenue
Pawtucket, RI 02861
(401) 723-9655

**CERTIFICATION**

I hereby certify that a true copy of the within was mailed to above on the 11th day of January 2006.

# Exhibit A

1. For the time period of September 1, 2001 through December 31, 2001, inclusive:

   a. Documents indicating the capacity in which you were employed by the State of Rhode Island during this time period, and the date you began you employment in that capacity;

   b. A copy of any document or other contract regarding the terms and conditions of your employ with the State of Rhode Island;

   c. A copy of any document in effect during the period pertaining to duties, rules, regulations, policies, or procedures governing the manner in which you performed services for the State of Rhode Island;

   d. Copies of medical request slips from the Plaintiff;

   e. Copies of documents pertaining to the care, custody, or control of medical request slips submitted by individuals housed at Rhode Island Correctional facilities.

   f. Copies of documents pertaining to the care, custody, or control of medical request slips submitted by individuals housed at the Intake Service Center building for the Rhode Island Correctional facility.

   g. A true, accurate, and complete copy of the Plaintiff's medical chart reviewed by you during this time period;

   h. A true, accurate, and complete copy of all other documents of or pertaining to the Plaintiff which were of a medical or health nature which were not contained within the Plaintiff's medical chart;

   i. A copy of any document regarding the scheduling of the Plaintiff for examination by any medical or health care provider;

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

RICHARD MOREAU :
:
VS. : CA NO. 04-459S
:
STATE OF RHODE ISLAND, DEPARTMENT :
OF CORRECTIONS, ASHBEL T. WALL, :
JAMES WEEDEN, JOSEPH MAROCCO, :
SCOTT ALLEN, MD, DR. SMILEY, :
BARBARA A. CARROLL, RN, MARYLYN :
GREJUDUS, RN, JOHN DOE (1), :
JOHN DOE (2), JOHN DOE (3) :

**NOTICE OF DEPOSITION OF BARBARA A. CARROLL, RN**

Thomas Palumbo
Attorney General's Office
150 South Main Street
Providence, RI 02903

Jay M. Elias, Esq.
Ratcliffe, Burke, Harten & Elias
1600 Financial Plaza
Providence, RI 02903

Jeffrey G. Latham, Esq.
Tate & Associates, P.C.
The Heritage Building
321 South Main Street
Providence, RI 02903

Allied Court Reporters
115 Phenix Avenue
Cranston, RI 02920

**DATE:** Monday, January 16, 2006

**TIME:** 2:00 p.m.

**PLACE:** McKinnon & Harwood, 1168 Newport Avenue Pawtucket, RI

Please take notice that pursuant to the provisions of the Federal Rules of Civil Procedure, the Plaintiff, Richard Moreau, in the captioned matter will take the deposition of the above-named Defendant, upon oral examination, by stenographic means, which examination will continue from day-to-day until completed; the same to commence at the above-specified date and time above-mentioned at the Law Offices of McKinnon & Harwood, before a Notary Public, or

some other officer duly authorized to administer oaths by law in the State of Rhode Island and requests that he bring with him those items set forth in "Exhibit A" (attached hereto and incorporated herein as if set forth in full).

Plaintiff,
By and through his attorney,

Joseph-Anthony DiMaio, Esq. (3910)
McKinnon & Harwood
1168 Newport Avenue
Pawtucket, RI 02861
(401) 723-9655

**CERTIFICATION**

I hereby certify that a true copy of the within was mailed to above on the 11th day of January 2006.

# Exhibit A

1. For the time period of September 1, 2001 through October 31, 2001, inclusive:

    a. Without disclosing names of patients treated other than the Plaintiff, redacted copies of any document such as an appointment book indicating the days, dates, and places, you treated patients at the Intake Service Center building for the State of Rhode Island Correctional facility

    b. Without disclosing names of patients treated other than the Plaintiff, redacted copies of any roster, list, or other document indicating the names of persons examined by you at the Intake Service Center building for the State of Rhode Island Correctional facility;

    c. Copies of medical request slips from the Plaintiff;

    d. A true, accurate, and complete copy of the Plaintiff's medical chart reviewed by you during this time period;

    e. A copy of any document regarding the scheduling of the Plaintiff for examination by yourself or any other medical or health care provider;

2. A copy of any document or other contract regarding the terms and conditions of your employ with the State of Rhode Island which was in effect from August 1, 2001, through December 31, 2001, inclusive;

3. A copy of any document pertaining to the duties, rules, regulations, or procedures governing your conduct as an employee for the State of Rhode Island in the capacity which your were employed for the time period of August 1, 2001 through December 31, 2001, inclusive.

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| RICHARD MOREAU | : | |
| | : | |
| VS. | : | CA NO. 04-459S |
| | : | |
| STATE OF RHODE ISLAND, DEPARTMENT OF CORRECTIONS, ASHBEL T. WALL, JAMES WEEDEN, JOSEPH MAROCCO, SCOTT ALLEN, MD, DR. SMILEY, BARBARA A. CARROLL, RN, MARYLYN GREJUDUS, RN, JOHN DOE (1), JOHN DOE (2), JOHN DOE (3) | : | |

**NOTICE OF DEPOSITION OF DR. HARRISON SMILEY**

Thomas Palumbo
Attorney General's Office
150 South Main Street
Providence, RI 02903

Jay M. Elias, Esq.
Ratcliffe, Burke, Harten & Elias
1600 Financial Plaza
Providence, RI 02903

Jeffrey G. Latham, Esq.
Tate & Associates, P.C.
The Heritage Building
321 South Main Street
Providence, RI 02903

Allied Court Reporters
115 Phenix Avenue
Cranston, RI 02920

**DATE:** Monday, January 16, 2006

**TIME:** 9:30 a.m.

**PLACE:** McKinnon & Harwood, 1168 Newport Avenue Pawtucket, RI

Please take notice that pursuant to the provisions of the Federal Rules of Civil Procedure, the Plaintiff, Richard Moreau, in the captioned matter will take the deposition of the above-named Defendant, upon oral examination, by stenographic means, which examination will continue from day-to-day until completed; the same to commence at the above-specified date and time above-mentioned at the Law Offices of McKinnon & Harwood, before a Notary Public, or

some other officer duly authorized to administer oaths by law in the State of Rhode Island and requests that he bring with him those items set forth in "Exhibit A" (attached hereto and incorporated herein as if set forth in full).

Plaintiff,
By and through his attorney,

Joseph-Anthony DiMaio, Esq. (3910)
McKinnon & Harwood
1168 Newport Avenue
Pawtucket, RI 02861
(401) 723-9655

**CERTIFICATION**

I hereby certify that a true copy of the within was mailed to above on the 11th day of January 2006.

# Exhibit A

1. For the time period of September 1, 2001 through October 31, 2001, inclusive:

   a. Copies of any document indicating or otherwise controlling the days and dates you examined patients at the Intake Service Center building for the State of Rhode Island correctional facility, as opposed to any other correctional facility building;

   b. Without disclosing names of patients treated other than the Plaintiff, copies of any document such as an appointment book indicating the days, dates, and places, you examined people or reviewed medical records or medical request slips at the Intake Service Center building for the State of Rhode Island Correctional facility;

   c. Without disclosing names of patients treated other than the Plaintiff, redacted copies of any roster, list, or other document indicating the names of persons examined by you at the Intake Service Center building for the State of Rhode Island Correctional facility;

   d. Without disclosing names of patients treated other than the Plaintiff, copies of any document submitted to the State of Rhode Island for payment of services rendered to patients examined by you at the Intake Service Center building for the State of Rhode Island Correctional facility

   e. Copies of medical request slips from the Plaintiff;

   f. A true, accurate, and complete copy of the Plaintiff's medical chart reviewed by you during this time period;

   g. A copy of any document regarding the scheduling of the Plaintiff for examination by yourself;

2. A copy of any document or other contract regarding the terms and conditions of your employ with the State of Rhode Island which was in effect from August 1, 2001, through December 31, 2001, inclusive;

3. A copy of any document in effect during the period of August 1, 2001, through December 31, 2001, pertaining to the duties, rules, regulations, policies, or procedures governing the manner in which you performed services for the State of Rhode Island and patients examined by you at Rhode Island Correctional Facilities;