**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **RICHARD MOREAU** | : | |
| | : | |
| **vs.** | : | **C.A. NO. 04-459S** |
| | : | |
| **DEPARTMENT OF CORRECTIONS; ASHBEL T. WALL, DIRECTOR; JAMES WEEDEN, WARDEN; JOSEPH MAROCCO, ASSOCIATE DIRECTOR, HEALTH CARE SERVICES SCOTT ALLEN, M.D., MEDICAL PROGRAM DIRECTOR; DR. SMILEY; DR. FIGUEROA; BARBARA A. CARROLL, RN, PHYSICIAN EXTENDER; MARILYN GREJDUS, RN, CORRECTIONAL OFFICER; JOHN DOE ONE; JOHN DOE TWO; and JOHN DOE THREE** | : | |

RECEIVED
JAN 09 2006
Property of U.S. District Court
District of Rhode Island

**STIPULATION**

Now come the Parties and stipulate to the following:

1. The Plaintiff's deposition shall commence at 9:30 a.m. on Thursday, January 5, 2006, at which time counsel for Dr. Smiley will begin his portion of the Plaintiff's deposition.

2. The Plaintiff's deposition will resume at 3:00 p.m. on January 11, 2006 or at such other date and/or time mutually agreeable to the plaintiff and defendants. If the deposition cannot be completed on that day, Parties shall agree to an additional date to complete the remainder of the Plaintiff's deposition. The Plaintiff's deposition shall remain open until such time as the Plaintiff's medical records,

that have been requested by subpoena and by medical records releases, have been produced and all counsel have had the opportunity to conduct a meaningful review of the records.

DATE 1/12/06

HONORABLE WILLIAM E. SMITH
1/12/06

Defendant,
**Scott Allen, M.D.**

By his Attorneys,
RATCLIFFE BURKE HARTEN & ELIAS

Jay M. Elias, Esq. (#3050)
Shannon L. Rand, Esq. (#6896)
1600 Financial Plaza
Providence, RI 02903
401.331.3400
401.331.3440 [Fax]

Defendants

By their Attorney
PATRICK C. LYNCH
ATTORNEY GENERAL

Thomas A. Palombo, Esq. (#4212)
Assistant Attorney General
150 South Main Street
Providence, RI 02903
401.274.4400 ext. 2296
401.222.2995 [Fax]

Defendant
**Harrison T. Smiley, M.D.**

By his Attorneys,
TATE & LATHAM PC

Alan R. Tate, Esq. (#1647)
Jeffery G. Latham, Esq. (6264)
321 South Main Street, Suite 300
Providence, RI 02903
401.421.7400
401.351.3239 [Fax]

Plaintiff
**Richard Moreau**

By his Attorneys
McKINNON & HARWOOD

Joseph Anthony DiMaio, Esq. (#3910)
168 Newport Avenue
Pawtucket, RI 02861
401.723.9655