**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

**RICHARD MOREAU**
**PLAINTIFF**

**V.** **C.A. NO. 04-459 S**

**STATE OF RHODE ISLAND,**
**DEPARTMENT OF CORRECTIONS,**
**ASHBEL T. WALL, DIRECTOR,**
**JAMES WEEDEN, WARDEN,**
**JOSEPH MAROCCO, ASSOCIATE DIRECTOR**
**OF HEALTH CARE, SCOTT ALLEN, MD,**
**DR. SMILEY, R. FIGUEROA,**
**BARBARA A. CARROLL, RN,**
**MARYLYN GREJDUS, RN,**
**JOHN DOE (1), JOHN DOE (2), JOHN DOE (3)**
**DEFENDANTS**

**MOTION TO AMEND ANSWER**

Now come Defendants, Barbara A. Carrol, R.N. and Marylyn Grejdus Hale, R.N. ("Defendants"), and pursuant to Rule 15(a) of the Fed. R. Civ. P., hereby move to amend their Answer to Plaintiff's First Amended Complaint ("Complaint"). The amendment is solely to add the Affirmative Defense of Statute of Limitations. A copy of the proposed Amended Answer is attached hereto. A supporting Memorandum is filed herewith.

WHEREFORE, Defendants, Barbara A. Carroll, R.N. and Marylyn Grejdus Hale, R.N. respectfully request that their Motion to Amend be granted.

Respectfully submitted,

DEFENDANTS
By their Attorney,

PATRICK C. LYNCH
ATTORNEY GENERAL

Thomas A. Palombo, Bar No. 4212
Assistant Attorney General
150 South Main Street
Providence, RI 02903
Tel: (401) 274-4400 ext. 2296
Fax: (401) 222-2995

## CERTIFICATION

I, the undersigned, hereby certify that I mailed a true copy of this Motion to Amend Answer, by first class mail, postage pre-paid, on this 13th day of January, 2006 to those indicated below:

**Joseph-Anthony DiMaio, Esquire**
McKinnon & Harwood
1168 Newport Avenue
Pawtucket, RI 02861

**Jay Elias, Esquire**
Ratcliffe, Burke, Harten and Elias
1600 Financial Plaza
Providence, RI 02903

**Alan R. Tate, Esquire**
Tate & Elias
321 South Main Street
Providence, RI 02903

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

**RICHARD MOREAU**
**PLAINTIFF**

**V.** **C.A. NO. 04-459 S**

**STATE OF RHODE ISLAND,**
**DEPARTMENT OF CORRECTIONS,**
**ASHBEL T. WALL, DIRECTOR,**
**JAMES WEEDEN, WARDEN,**
**JOSEPH MAROCCO, ASSOCIATE DIRECTOR**
**OF HEALTH CARE, SCOTT ALLEN, MD,**
**DR. SMILEY, R. FIGUEROA,**
**BARBARA A. CARROLL, RN,**
**MARYLYN GREJDUS, RN,**
**JOHN DOE (1), JOHN DOE (2), JOHN DOE (3)**
**DEFENDANTS**

**MEMORANDUM IN SUPPORT OF MOTION TO AMEND ANSWER**

This Memorandum of Law supports the Motion to Amend the Answer filed Defendants, Barbara A. Carroll, R.N. and Marylyn Grejdus Hale, R.N. ("Defendants"), pursuant to Fed. R. Civ. P. Rule 15. Defendants seek leave to amend solely to add the Affirmative Defense of Statute of Limitations. For the reasons set forth, Defendants respectfully request that the Motion be granted.

During Plaintiff Moreau's deposition yesterday, January 13, 2006, he testified as to his alleged vision problems in relation to certain dates in the year 2001. Based on said testimony, the two moving Defendants may be able to defend by claiming and arguing that this civil action, filed in September 2004, was filed beyond the applicable statute of limitations. Accordingly, Defendants seek leave to amend their answer.

Leave to amend a pleading "shall be freely given when justice so requires." Rule 15(a). See Allendale Mutual Insurance Co. v. Rutherford, 178 F.R.D. 1 (Me. 1990) (granting motion to amend to add defense of statute of limitations). Defendants answered this case on June 20, 2005.

This requested amendment, approximately six months later and based on Plaintiff's quite recent deposition testimony, is not untimely or prejudicial, is not interposed for purposes of delay, and is not futile. Accordingly, justice requires that the amendment be allowed.

WHEREFORE, Defendants, Barbara A. Carroll, R.N. and Marylyn Grejdus Hale, R.N., respectfully request that the Motion to Amend the Answer be granted.

Respectfully submitted,

DEFENDANTS
By their Attorney,

PATRICK C. LYNCH
ATTORNEY GENERAL

Thomas A. Palombo, Bar No. 4212
Assistant Attorney General
150 South Main Street
Providence, RI 02903
Tel: (401) 274-4400 ext. 2296
Fax: (401) 222-2995

**CERTIFICATION**

I, the undersigned, hereby certify that I mailed a true copy of this Memorandum in Support of Motion to Amend Answer, by first class mail, postage pre-paid, on this 13th day of January, 2006 to those indicated below:

Melissa DiFonzo

**Joseph-Anthony DiMaio, Esquire**
McKinnon & Harwood
1168 Newport Avenue
Pawtucket, RI 02861

**Jay Elias, Esquire**
Ratcliffe, Burke, Harten and Elias
1600 Financial Plaza
Providence, RI 02903

**Alan R. Tate, Esquire**
Tate & Elias
321 South Main Street
Providence, RI 02903