UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

RICHARD MOREAU

VS. C.A. NO. 04-459S

STATE OF RHODE ISLAND, DEPARTMENT OF CORRECTIONS, ASHBEL T. WALL, JAMES WEEDEN, JOSEPH MAROCCO, SCOTT ALLEN, MD, DR. SMILEY, BARBARA A. CARROLL, R.N., MARYLYN GREJUDUS, R.N., JOHN DOE (1), JOHN DOE (2), JOHN DOE (3)

**DEFENDANT, HARRISON T. SMILEY, O.D.'s OBJECTION TO PLAINTIFF'S MOTION TO EXTEND TIME**

Now comes Defendant, Harrison T. Smiley, O.D., (referred to in the case caption as Dr. Smiley), and hereby objects to Plaintiff's Motion to Modify Scheduling Order to Extend Time for sixty (60) days.

The Memorandum of Law in support thereof is attached.

Defendant Dr. Smiley
By his Attorneys,

**Tate + Latham PC**

Alan R. Tate, Esquire (#1647)
321 South Main Street
Suite 300
Providence, RI 02903
401-421-7400
401-351-3239 [Fax]

**CERTIFICATION**

I hereby certify that a true and accurate copy of the within was mailed postage prepaid on the 18th day of January, 2006, to the following:

Joseph-Anthony DiMaio, Esquire
McKinnon & Harwood
1168 Newport Avenue
Pawtucket, RI 02861

Jay M. Elias, Esquire
Shannon Rand, Esquire
Ratcliffe, Burke, Harten & Elias, LLP
1600 Financial Plaza
Providence, RI 02903

Thomas A. Palombo, Esquire
Special Assistant Attorney General
150 South Main Street
Providence, RI 02903

Nancy Davis

3875.obj-mtet

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

**RICHARD MOREAU**

**VS.** **C.A. NO. 04-459S**

**STATE OF RHODE ISLAND, DEPARTMENT OF CORRECTIONS, ASHBEL T. WALL, JAMES WEEDEN, JOSEPH MAROCCO, SCOTT ALLEN, MD, DR. SMILEY, BARBARA A. CARROLL, R.N., MARYLYN GREJUDUS, R.N., JOHN DOE (1), JOHN DOE (2), JOHN DOE (3)**

**DEFENDANT, HARRISON T. SMILEY'S O.D.'s MEMORANDUM OF LAW IN OPPOSITION TO PLAINTIFF'S MOTION TO EXTEND TIME**

Now comes the Defendant, Harrison T. Smiley, O.D., (referred to in the caption of the Complaint as "Dr. Smiley"), and hereby objects to Plaintiff's Motion to Modify Scheduling Order to Extend Time for the closure of discovery. Plaintiff has sought a sixty (60) day extension.

As grounds for his objection, Defendant Smiley asserts that there are no outstanding issues which would necessitate discovery being extended further.

This matter has been pending with this Court since September 2004 during which time the Plaintiff has not, until recently, scheduled the depositions of any of the Defendants. Realizing the rapidly approaching January 18, 2006 close of discovery deadline, Plaintiff requested this extension as a tactic for scheduling depositions of the numerous Defendants knowing they could have commenced at an earlier time. Furthermore, all named Defendants have cooperated in scheduling the depositions of the named Defendants either within the existing time period allotted by this Court for discovery, or within nine (9) days thereafter.

Plaintiff's motion for extension of the discovery deadline not only affects the entire Scheduling Order previously set by this Court, but also fails to set forth with any specificity what terms of discovery need to be accomplished within the next sixty (60) days that could not have been accomplished within the original discovery period. Without such specificity, there is no need to grant the Plaintiff's Motion to Extend Time. Allowing discovery to close as ordered by the Court would allow this lawsuit to move forward and allow the parties to timely submit dispositive motions in accord with the existing Order.

WHEREFORE, Defendant Smiley objects to any extension of time for the closure of discovery and prays that the Court allow its previous Order to stand.

Defendant, Harrison T. Smiley, O.D.,
By his attorneys,

**Tate + Latham PC**

Alan R. Tate, Esquire #1647
321 South Main Street, Suite 300
Providence, RI 02903
(401) 421-7400
Fax (401) 351-3239

**CERTIFICATION**

I hereby certify that a true and accurate copy of the within was mailed postage prepaid on the 18th day of January, 2006, to the following:

Joseph-Anthony DiMaio, Esquire
McKinnon & Harwood
1168 Newport Avenue
Pawtucket, RI 02861

Jay M. Elias, Esquire
Shannon Rand, Esquire
Ratcliffe, Burke, Harten & Elias, LLP
1600 Financial Plaza
Providence, RI 02903

Thomas A. Palombo, Esquire
Special Assistant Attorney General
150 South Main Street
Providence, RI 02903

Nancy Davis

3875.memo-mtet