**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

RICHARD MOREAU :
:
VS. : CA NO. 04-459S
:
STATE OF RHODE ISLAND, DEPARTMENT :
OF CORRECTIONS, ASHBEL T. WALL, :
JAMES WEEDEN, JOSEPH MAROCCO, :
SCOTT ALLEN, MD, DR. SMILEY, :
BARBARA A. CARROLL, RN, MARYLYN :
GREJUDUS, RN, JOHN DOE (1), :
JOHN DOE (2), JOHN DOE (3) :

**NOTICE OF DEPOSITION OF MARYLYN GREJUDUS, RN**

Thomas Palumbo
Attorney General's Office
150 South Main Street
Providence, RI 02903

Jay M. Elias, Esq.
Ratcliffe, Burke, Harten & Elias
1600 Financial Plaza
Providence, RI 02903

Jeffrey G. Latham, Esq.
Tate & Associates, P.C.
The Heritage Building
321 South Main Street
Providence, RI 02903

Allied Court Reporters
115 Phenix Avenue
Cranston, RI 02920

**DATE:** Monday, January 23, 2006

**TIME:** 2:00 p.m.

**PLACE:** McKinnon & Harwood, 1168 Newport Ave. Pawtucket, RI

Please take notice that pursuant to the provisions of the Federal Rules of Civil Procedure, the Plaintiff, Richard Moreau, in the captioned matter will take the deposition of the above-named Defendant, upon oral examination, by stenographic means, which examination will continue from day-to-day until completed; the same to commence at the above-specified date and time above-mentioned at the Law Offices of McKinnon & Harwood, before a Notary Public, or

some other officer duly authorized to administer oaths by law in the State of Rhode Island and requests that he bring with him those items set forth in "Exhibit A" (attached hereto and incorporated herein as if set forth in full).

Plaintiff,
By and through his attorney,

Joseph-Anthony DiMaio, Esq. (3910)
McKinnon & Harwood
1168 Newport Avenue
Pawtucket, RI 02861
(401) 723-9655

**CERTIFICATION**

I hereby certify that a true copy of the within was mailed to above on the 18th day of January 2006.

# Exhibit A
## (Marylyn Grejdus, RN)

1. For the time period of September 1, 2001 through October 31, 2001, inclusive:

   a. Copies of medical request slips from the Plaintiff;

   b. A true, accurate, and complete copy of the Plaintiff's medical chart reviewed by you during this time period;

   c. A copy of any document regarding the scheduling of the Plaintiff for examination or treatment by yourself or any other medical or health care provider;

2. A copy of any document or other contract regarding the terms and conditions of your employ with the State of Rhode Island which was in effect from August 1, 2001, through December 31, 2001, inclusive;

3. A copy of any document pertaining to the duties, rules, regulations, or procedures governing your conduct as an employee for the State of Rhode Island in the capacity which your were employed for the time period of August 1, 2001 through December 31, 2001, inclusive.