UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

RICHARD MOREAU :
:
VS. : CA NO. 04-459S
:
STATE OF RHODE ISLAND, DEPARTMENT OF CORRECTIONS, ASHBEL T. WALL, JAMES WEEDEN, JOSEPH MAROCCO, SCOTT ALLEN, MD, DR. SMILEY, BARBARA A. CARROLL, RN, MARYLYN GREJUDUS, RN, JOHN DOE (1), JOHN DOE (2), JOHN DOE (3) :

**NOTICE OF DEPOSITION PURSUANT TO RULE 30(b)(6)**

Thomas Palumbo, Esq.
Attorney General's Office
150 South Main Street
Providence, RI 02903

Jay M. Elias, Esq.
Ratcliffe, Burke, Harten & Elias
1600 Financial Plaza
Providence, RI 02903

Jeffrey G. Latham, Esq.
Tate & Associates, P.C.
The Heritage Building
321 South Main Street
Providence, RI 02903

Allied Court Reporters
115 Phenix Avenue
Cranston, RI 02920

**DEPONENT:** Keeper of Records, Department of Corrections

**DATE:** Monday, January 23, 2006

**TIME:** 1:45 p.m.

**PLACE:** McKinnon & Harwood, 1168 Newport Ave. Pawtucket, RI

Please take notice that the Plaintiff will take the deposition of the above named corporation by its designees upon oral examination, which examination will begin on Monday, January 23, 2006 at 1:45 p.m. and will continue from day to day until completed, at the office of McKinnon & Harwood, located at 1168 Newport Avenue,

Pawtucket, RI for the purpose of discovery or for use as evidence at trial, or both, before a Notary Public in and for the State of Rhode Island, or before some other officer authorized to administer oaths, at which time and place you may appear and produce the deponent and take such part in the examination as shall be fit and proper.

**Please provide the documents listed on the attached Exhibit A. Documents may be sent certified mail, return receipt requested in a separate sealed envelope with a notarized affidavit (see attached) in lieu of a personal appearance by the Keeper of Records to arrive prior to the date requested at the Law Offices of McKinnon & Harwood, 1168 Newport Avenue, Pawtucket, RI 02861.**

Plaintiff,
By and through his attorney,

Joseph-Anthony DiMaio (KS)

Joseph-Anthony DiMaio, Esq. (3910)
McKinnon & Harwood
1168 Newport Avenue
Pawtucket, RI 02861
(401) 723-9655

**CERTIFICATION**

I hereby certify that a true copy of the within was mailed to above on the 18th day of January 2006.

[signature]

# United States District Court

DISTRICT OF RHODE ISLAND

RECEIVED
JAN 19 2006
Clerk, U.S. District Court
District of Rhode Island

RICHARD MOREAU

V.

STATE OF RHODE ISLAND, DEPARTMENT OF CORRECTIONS, ET AL

## SUBPOENA IN A CIVIL CASE

CASE NUMBER: 04-459S

TO: KEEPER OF RECORDS,
DEPARTMENT OF CORRECTIONS

☐ YOU ARE COMMANDED to appear in the United States District Court at the place, date, and time specified below to testify in the above case.

| PLACE OF TESTIMONY | COURTROOM |
|---|---|
| | DATE AND TIME |

☐ YOU ARE COMMANDED to appear at the place, date, and time specified below to testify at the taking of a deposition in the above case.

| PLACE OF DEPOSITION | DATE AND TIME |
|---|---|
| | |

☒ YOU ARE COMMANDED to produce and permit inspection and copying of the following documents or objects at the place, date, and time specified below (list documents or objects):

SEE ATTACHED NOTICE OF DEPOSITION AND EXHIBIT A

| PLACE | DATE AND TIME |
|---|---|
| McKinnon & Harwood<br>1168 Newport Avenue Pawtucket, RI 02861 | January 23, 2006<br>1:45 p.m. |

☐ YOU ARE COMMANDED to permit inspection of the following premises at the date and time specified below.

| PREMISES | DATE AND TIME |
|---|---|
| | |

Any organization not a party to this suit that is subpoenaed for the taking of a deposition shall designate one or more officers, directors, or managing agents, or other persons who consent to testify on its behalf, and may set forth, for each person designated, the matters on which the person will testify. Federal Rules of Civil Procedure, 30(b) (6).

| ISSUING OFFICER SIGNATURE AND TITLE (INDICATE IF ATTORNEY FOR PLAINTIFF OR DEFENDANT) | DATE |
|---|---|
| [signature] #3910 | 1-18-06 |

ISSUING OFFICER'S NAME, ADDRESS AND PHONE NUMBER
Joseph Anthony DiMaio, Esq. 401-723-9655
McKinnon & Harwood 1168 Newport Avenue Pawtucket, RI 02861

(See Rule 45, Federal Rules of Civil Procedure, Parts C & D on Reverse)

# Exhibit A

1. Copies of medical request slips from the Plaintiff;

2. A true, accurate, complete and legible[1] copy of the Plaintiff's medical record; including without limitation the following:

   a. Physician Contact Notes;

   b. Nurse Contact Notes;

   c. Physician Order Forms;

   d. Psychiatrist progress notes;

3. A copy of any document regarding the scheduling of the Plaintiff for examination by any health care provider, whether employed by the State of Rhode Island or otherwise engaged by the State of Rhode Island;

4. A copy of any document pertaining to the duties, rules, regulations, or procedures governing your conduct as an employee for the State of Rhode Island in the capacity which your were employed for the time period of August 1, 2001 through December 31, 2001, inclusive.

5. Copies of all document relating to the creation, use, care, custody, handling, processing, policies or other procedures regarding the multi-part medical request slip bearing the language "Form: c:\forms\medreqst041599" in the lower right hand corner; A proper response should included copies of all documents pertaining to the authorization for use of this form, a copy of the form utilized immediately prior to the described form, and a copy of any document or other communication pertaining to any proposed revisions to this forms use, care, custody, handling, or policies or procedures regarding it. A copy of said slip is attached hereto and made incorporated by reference as if set forth in full herein.

---

[1] Counsel submits that some entries on copies of these documents previously provided during discovery were illegible.

[ ] **DENTAL**
[ ] **MEDICAL REQUEST**
[ ] **MENTAL HEALTH**

DATE:______________________ CELL/WING/MOD ______________

TIME:______________________ BLDG ______________

NAME______________________ D.O.B.______________

SPECIFIC PROBLEM______________________________

______________________________________________

______________________________________________

Is this a work assignment injury? Yes No (circle one)

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

HEALTH CARE RESPONSE______________________________

______________________________________________

______________________________________________

Nursing Signature/Date

Distribution: White-Dispensary Yellow-Administrator Pink-Inmate
Form: c:\forms\medreqst041599

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

RICHARD MOREAU :
:
VS. : CA NO. 04-459S
:
STATE OF RHODE ISLAND, DEPARTMENT :
OF CORRECTIONS, ASHBEL T. WALL, :
JAMES WEEDEN, JOSEPH MAROCCO, :
SCOTT ALLEN, MD, DR. SMILEY, :
BARBARA A. CARROLL, RN, MARYLYN :
GREJUDUS, RN, JOHN DOE (1), :
JOHN DOE (2), JOHN DOE (3) :

**AFFIDAVIT**

The copies of records for which this certification is made are true and complete reproductions of the original records. The original records were made in the regular course of a regularly conducted business, and it was the regular practice of this office to make such records at or near the time of the matter recorded.

This certification is also given pursuant to Rhode Island General Laws by the custodian of the records in lieu of a personal appearance.

Such copies are separately enclosed and sealed in a separate envelope or wrapper.

In re: Richard Moreau D.O.B. [redacted]

Keeper of the Records
Department of Corrections

STATE OF RHODE ISLAND
COUNTY OF

Subscribed and sworn to before me on this ____ day of __________ 2006.

Notary Public
My commission Expires: