UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

FILED
JAN 12 2006
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| RICHARD MOREAU | : | |
| | : | |
| VS. | : | CA NO. 04-459S |
| | : | |
| DEPARTMENT OF CORRECTIONS; ASHBEL T. WALL, DIRECTOR; JAMES WEEDEN, WARDEN; JOSEPH MAROCCO, ASSOCIATE DIRECTOR, HEALTH CARE SERVICES, SCOTT ALLEN, MD, MEDICAL PROGRAM DIRECTOR; DR. SMILEY; BARBARA A. CARROLL, RN, PHYSICIAN EXTENDER; MARILYN GREJDUS, RN, CORRECTIONAL OFFICER JOHN DOE ONE; JOHN DOE TWO; AND JOHN DOE THREE | : | |

**MOTION TO MODIFY SCHEDUELING ORDER**
**TO EXTENED TIME**

Now comes your Plaintiff, Richard Moreau, by and through counsel, and prays this Honorable court enter an Order granting this Motion to Modify the Scheduling Order to extend by an additional sixty (60) days all deadlines. Plaintiff however requests that no extension or delay fall upon any previously noticed mediation dates.

In support of said motion, counsel states that he is presently preparing for two other jury trials which may interfere with the diligent preparation of this matter. Those other trials are *Arthur Rourke v. Rhode Island Hospital*, C.A. No: 99-5537, filed in Rhode Island, Providence County Superior, Court and scheduled for a date certain on April 24, 2006, and *Peter S. Nadhazy v. Norma Anderson* Civil Action No: 04-31CV0885, filed in Massachusetts State, Taunton District, Court to be assigned for trial in February 2006.

**NOTICE:** The above-entitled matter shall be marked up for hearing as this court deems appropriate.

Plaintiff,
By Counsel,

Joseph-Anthony DiMaio, Esq.
Attorney #3910
Mckinnon & Harwood
1168 Newport Avenue
Pawtucket RI 02861
(401) 723-9655

**CERTIFICATION**

I hereby certify that a true copy of the within was mailed + faxed to Thomas A. Palombo, Assistant Attorney General, 150 South Main Street, Providence, RI 02903, Jeffrey G. Latham, Esq., Tate & Associates, The Heritage Building, 321 South Main Street, Providence, RI 02903 and Jay M. Elias, Esq., Ratcliffe, Burke, Harten & Elias, 1600 Financial Plaza, Providence, RI 02903 on the 11th day of January, 2006.

Candy Lund

Granted
WmSmith
USDJ
1/20/06