**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

**RICHARD MOREAU**
**PLAINTIFF**

**V.** **C.A. NO. 04-459 S**

**STATE OF RHODE ISLAND,**
**DEPARTMENT OF CORRECTIONS,**
**ASHBEL T. WALL, DIRECTOR,**
**JAMES WEEDEN, WARDEN,**
**JOSEPH MAROCCO, ASSOCIATE DIRECTOR**
**OF HEALTH CARE, SCOTT ALLEN, MD,**
**DR. SMILEY, R. FIGUEROA,**
**BARBARA A. CARROLL, RN,**
**MARYLYN GREJDUS, RN,**
**JOHN DOE (1), JOHN DOE (2), JOHN DOE (3)**
**DEFENDANTS**

**OBJECTION TO MOTION TO MODIFY SCHEDULING ORDER TO EXTEND TIME**

Now come Defendants and hereby object to Plaintiff's Motion to Modify Scheduling Order to Extend Time filed in the above-captioned matter. In support hereof, Defendants submit the accompanying Memorandum of Law.

WHEREFORE, Defendants respectfully request that Plaintiff's Motion be denied.

Respectfully submitted,

DEFENDANTS
By their Attorney,

PATRICK C. LYNCH
ATTORNEY GENERAL

Thomas A. Palombo, Bar No. 4212
Assistant Attorney General
150 South Main Street
Providence, RI 02903
Tel: (401) 274-4400 ext. 2296
Fax: (401) 222-2995

**CERTIFICATION**

I, the undersigned, hereby certify that I mailed a true copy of this Objection, first class mail, postage pre-paid, on this 20th day of January, 2006 to those indicated below:

Melissa DiFonzo

**Joseph-Anthony DiMaio, Esquire**
McKinnon & Harwood
1168 Newport Avenue

**Jay Elias, Esquire**
Ratcliffe, Burke, Harten and Elias
1600 Financial Plaza
Providence, RI 02903

**Alan R. Tate, Esquire**
Tate & Elias
321 South Main Street
Providence, RI 02903
Pawtucket, RI 02861

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

**RICHARD MOREAU**
**PLAINTIFF**

**V.** **C.A. NO. 04-459 S**

**STATE OF RHODE ISLAND,**
**DEPARTMENT OF CORRECTIONS,**
**ASHBEL T. WALL, DIRECTOR,**
**JAMES WEEDEN, WARDEN,**
**JOSEPH MAROCCO, ASSOCIATE DIRECTOR**
**OF HEALTH CARE, SCOTT ALLEN, MD,**
**DR. SMILEY, R. FIGUEROA,**
**BARBARA A. CARROLL, RN,**
**MARYLYN GREJDUS, RN,**
**JOHN DOE (1), JOHN DOE (2), JOHN DOE (3)**
**DEFENDANTS**

## MEMORANDUM IN SUPPORT OF OBJECTION TO MOTION TO MODIFY SCHEDULING ORDER TO EXTEND TIME

This Memorandum of Law supports Defendants' Objection to Plaintiff's Motion to Modify Scheduling Order to Extend Time. Plaintiff seeks a sixty (60) day extension. For the reasons set forth, Plaintiff's Motion should be denied.

This case was filed in September 2004 and was removed to this Court in or about October 2004. By Pretrial Order dated July 18, 2005, the parties were allowed six (6) months to conduct fact discovery. The parties had asked the Court for a generous timetable and the Court provided half-a-year. Fact discovery closed date on January 18, 2006. However, Defendant waited until December 2005 and January 2006, just weeks before the close of discovery, to commence his discovery in earnest. In fact, Defendant has scheduled no less than nine (9) depositions within the past few weeks. Nonetheless, the parties have been cooperating and diligently conducting said depositions. The parties expect all depositions to be taken within the next several weeks. Thus, there really is no factual basis for the requested extension. Moreover, the requested extension would affect the entire Pretrial Order and schedule that the Court has set in this case.

WHEREFORE, Plaintiff's Motion to Modify Scheduling Order to Extend Time should be denied.

Respectfully submitted,

DEFENDANTS
By their Attorney,

PATRICK C. LYNCH
ATTORNEY GENERAL

Thomas A. Palombo, Bar No. 4212
Assistant Attorney General
150 South Main Street
Providence, RI 02903
Tel: (401) 274-4400 ext. 2296
Fax: (401) 222-2995

**CERTIFICATION**

I, the undersigned, hereby certify that I mailed a true copy of this Memorandum, by first class mail, postage pre-paid, on this 20th day of January, 2006 to those indicated below:

**Joseph-Anthony DiMaio, Esquire**
McKinnon & Harwood
1168 Newport Avenue

**Jay Elias, Esquire**
Ratcliffe, Burke, Harten and Elias
1600 Financial Plaza
Providence, RI 02903

**Alan R. Tate, Esquire**
Tate & Elias
321 South Main Street
Providence, RI 02903
Pawtucket, RI 02861