**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | |
|---|---|
| **CAROL PETRARCA,** | |
| **Plaintiff,** | **C.A. No. 04-310S** |
| **v.** | |
| **SOUTHERN UNION COMPANY and NEW ENGLAND GAS COMPANY, Defendants.** | |

**PLAINTIFF'S OBJECTION TO DEFENDANTS' MOTION TO COMPEL PRODUCTION OF DOCUMENTS**

Now comes the Plaintiff, Carol Petrarca ("Plaintiff"), and hereby objects to the Motion to Compel Production of Documents filed by the Defendants, Southern Union Company and New England Gas Company ("Defendants").

The Defendants are seeking the medical records of Dr. John Ruggiano, with whom Plaintiff treated with during the relevant time period. Some time ago, this office sent a medical release executed by Plaintiff to Dr. Ruggiano. Dr. Ruggiano did not respond. Plaintiff has not treated with Dr. Ruggiano in a number of years, and knew that he had retired. Plaintiff was also told by Christine Stamp that Dr. Ruggiano had received the medical release but that he no longer had the records.

Plaintiff's counsel made multiple attempts to speak with Dr. Ruggiano to confirm that the records were not available. Plaintiff's counsel was finally able to

reach Dr. Ruggiano by phone last week. Plaintiff's counsel Carly Iafrate confirmed the following facts. Dr. Ruggiano "retired" and closed his office in 1997. When he closed his office, he turned his records over to Dr. James Gallo. About one or two years later, Dr. Gallo moved his office to Butler Hospital. When Dr. Ruggiano received Plaintiff's medical release he spoke with Dr. Gallo but his office could not locate any of Carol Petrarca's records.

Plaintiff contends that her efforts, as detailed above, constitute a reasonable effort to respond to Defendants' request. In addition, for extra measure, Plaintiff is in the process of contacting Butler Hospital directly. However, based on Dr. Ruggiano's representations, it seems unlikely that any records will be located. In the event any records are ultimately located, of course, pursuant to Plaintiff's continuing obligations, they will be turned over.

Accordingly, Plaintiff respectfully requests that the Defendants' motion be denied.

Plaintiff,
By her attorneys,

Patricia E. Andrews, #4321
Carly Beauvais Iafrate, #6343
170 Westminster Street, #601
Providence, RI 02903
(401) 421-0966
(401) 351-4802 (fax)

**CERTIFICATION**

I hereby certify that a copy of the within document has been sent by first-class mail on the 23rd day of January 2006, to:

Neal J. McNamara, Esq.
Robert Crohan, Esq.
Holland & Knight, LLP
One Financial Plaza, Suite 1800
Providence, RI 02903

Carol Petrarca
592 Pippin Orchard Road
Cranston, RI 02921