**RECEIVED**

JAN 19 2006

Property of U.S. District Court
District of Rhode Island

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

**RICHARD MOREAU** :
:
**vs.** : **C.A. NO. 04-459S**
:
**DEPARTMENT OF CORRECTIONS;** :
**ASHBEL T. WALL, DIRECTOR;** :
**JAMES WEEDEN, WARDEN;** :
**JOSEPH MAROCCO, ASSOCIATE** :
**DIRECTOR, HEALTH CARE SERVICES** :
**SCOTT ALLEN, M.D., MEDICAL** :
**PROGRAM DIRECTOR; DR. SMILEY;** :
**DR. FIGUEROA; BARBARA A.** :
**CARROLL, RN, PHYSICIAN EXTENDER;** :
**MARILYN GREJDUS, RN,** :
**CORRECTIONAL OFFICER; JOHN DOE** :
**ONE; JOHN DOE TWO; and JOHN** :
**DOE THREE** :

**STIPULATION**

Now come the Parties and stipulate to the following:

1. The Defendant, Scott A. Allen, M.D. shall have until January 18, 2006 to provide objections and responses to the Interrogatories and Request for Production of Documents propounded by the Plaintiff.

DATE

WEsm
HONORABLE WILLIAM E. SMITH
1/24/06

Defendant,
**Scott Allen, M.D.**

By his Attorneys,
RATCLIFFE BURKE HARTEN & ELIAS

Jay M. Elias, Esq. (#3050)
Shannon L. Rand, Esq. (#6896)
1600 Financial Plaza
Providence, RI 02903
401.331.3400
401.331.3440 [Fax]

Defendants

By their Attorney
PATRICK C. LYNCH
ATTORNEY GENERAL

Thomas A. Palombo, Esq. (#4212)
Assistant Attorney General
150 South Main Street
Providence, RI 02903
401.274.4400 ext. 2296
401.222.2995 [Fax]

Defendant
**Harrison T. Smiley, M.D.**

By his Attorneys,
TATE & LATHAM PC

Alan R. Tate, Esq. (#1647)
Jeffery G. Latham, Esq. (6264)
321 South Main Street, Suite 300
Providence, RI 02903
401.421.7400
401.351.3239 [Fax]

Plaintiff
**Richard Moreau**

By his Attorneys
McKINNON & HARWOOD

Joseph Anthony DiMaio, Esq. (#3910)
1168 Newport Avenue
Pawtucket, RI 02861
401.723.9655