**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

RECEIVED
JAN 19 2006
Property of U.S. District Court
District of Rhode Island

| | | |
|---|---|---|
| **RICHARD MOREAU** | : | |
| | : | |
| **vs.** | : | **C.A. NO. 04-459S** |
| | : | |
| **DEPARTMENT OF CORRECTIONS; ASHBEL T. WALL, DIRECTOR; JAMES WEEDEN, WARDEN; JOSEPH MAROCCO, ASSOCIATE DIRECTOR, HEALTH CARE SERVICES SCOTT ALLEN, M.D., MEDICAL PROGRAM DIRECTOR; DR. SMILEY; DR. FIGUEROA; BARBARA A. CARROLL, RN, PHYSICIAN EXTENDER; MARILYN GREJDUS, RN, CORRECTIONAL OFFICER; JOHN DOE ONE; JOHN DOE TWO; and JOHN DOE THREE** | : | |

**STIPULATION**

1. The Defendant, Scott A. Allen, M.D.'s deposition shall be rescheduled to a mutually agreeable date and shall take place on or prior to February 8, 2006.

WESm

_______________________ DATE

HONORABLE WILLIAM E. SMITH

1/24/06

Defendant,
**Scott Allen, M.D.**

By his Attorneys,
RATCLIFFE BURKE HARTEN & ELIAS

Jay M. Elias, Esq. (#3050)
Shannon L. Rand, Esq. (#6896)
1600 Financial Plaza
Providence, RI 02903
401.331.3400
401.331.3440 [Fax]

Defendants

By their Attorney
PATRICK C. LYNCH
ATTORNEY GENERAL

Thomas A. Palombo, Esq. (#4212)
Assistant Attorney General
150 South Main Street
Providence, RI 02903
401.274.4400 ext. 2296
401.222.2995 [Fax]

Defendant
**Harrison T. Smiley, M.D.**

By his Attorneys,
TATE & LATHAM PC

Alan R. Tate, Esq. (#1647)
Jeffery G. Latham, Esq. (6264)
321 South Main Street, Suite 300
Providence, RI 02903
401.421.7400
401.351.3239 [Fax]

Plaintiff
**Richard Moreau**

By his Attorneys
McKINNON & HARWOOD

Joseph Anthony DiMaio, Esq. (#3910)
1168 Newport Avenue
Pawtucket, RI 02861
401.723.9655