UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

RECEIVED
JAN 19 2006
Property of U.S. District Court
District of Rhode Island

RICHARD MOREAU

VS. C.A. NO. 04-459S

STATE OF RHODE ISLAND, DEPARTMENT OF CORRECTIONS, ASHBEL T. WALL, DIRECTOR, JAMES WEEDEN, WARDEN, JOSEPH MAROCCO, ASSOCIATE DIRECTOR OF HEALTH CARE, SCOTT ALLEN, MD, DR. SMILEY, R. FIGUEROA, BARBARA A. CARROLL, RN, MARYLYN GREJUDUS, RN, JOHN DOE (1), JOHN DOE (2), JOHN DOE (3)

## STIPULATION

It is agreed by and between Plaintiff and Defendant, Harrison Smiley, O.D., (referred to in the complaint as "Dr. Smiley"), may be rescheduled from Monday, January 16, 2006, to Friday, January 27, 2006. It is agreed by and between the parties that deposition will be the only discovery by plaintiffs of Dr. Smiley after the January 18, 2006, discovery closure date.

Joseph-Anthony DiMaio, Esquire (#3910)
Attorney for Plaintiff

Alan R. Tate, Esquire (#1674)
Attorney for Defendant, Dr. Smiley

Thomas A. Palombo, Esquire (#4212)
Attorney for Defendants

Jay M. Elias, Esquire (#3050)
Shannon L. Rand, Esquire (#6896)
Attorneys for Scott Allen, M.D.

DATE

HONORABLE WILLIAM E. SMITH
1/24/06

3875.stip2