**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| RICHARD MOREAU<br><br>VS.<br><br>STATE OF RHODE ISLAND, DEPARTMENT OF CORRECTIONS, ASHBEL T. WALL, DIRECTOR, JAMES WEEDEN, WARDEN, JOSEPH MAROCCO, ASSOCIATE DIRECTOR OF HEALTH CARE, SCOTT ALLEN, MD, DR. SMILEY, BARBARA A. CARROLL, RN, MARYLYN GREJDUS, RN, JOHN DOE (1), JOHN DOE (2), JOHN DOE (3) | ) | CA NO. 04-459S |

**PLAINTIFF'S OBJECTION TO**
**DEFENDANTS, BARBARA A. CARROL, R.N.'S and MARYLYN GREJDUS HALE, R.N.'S, MOTION TO AMEND ANSWER**

**Now** comes the Plaintiff, Richard Moreau, and objects to Defendants, Barbara A. Carroll, R.N. and Marilyn Grejdus, R.N.'s Motion to Amend Answer.

In support of said objection, Plaintiff states that this affirmative defense is waived due to the substantial delay in its filing. Moreover, it is not supported by even a liberal reading of the facts. Mr. Moreau testified that he clearly recalled watching the "911" tragedy unfold on September 11, 2001. Suit was instituted on September 1, 2004.

The non-trivial damages, which Plaintiff complains of, are related to her permanent blindness. Without the Defendants pointing to specific language from the Plaintiff's deposition supporting their contention, the Plaintiff reserves the right to supplement this memorandum. The failure to articulate specific date facts upon which they base their motion for relief, and the vague reference to "vision problems in relation to certain dates in the year 2001" at this late date are inadequate.

It should be pointed out that these Defendants are represented by the same counsel as other co-defendants. That extensive discovery was instituted for the sole purpose of serving these Defendants, and therefore, if this was a real defense, there is no excuse for its late submission.

**WHEREFORE**, Plaintiff requests Defendant's Motion be denied.

Plaintiff,
By Counsel,

Joseph-Anthony DiMaio, Esq.
Attorney #3910
Mckinnon & Harwood
1168 Newport Avenue
Pawtucket RI 02861
(401) 723-9655

**CERTIFICATION**

I hereby certify that a true copy of the within Objection was faxed and mailed to **Alan R. Tate Esq.**, 321 South Main Street, Suite 300, Providence, RI 02903; **Jay M. Elias, Esq**, 1600 Financial Plaza, Providence, RI 02903, **Thomas A. Palombo Esq.**, 150 South Main Street, Providence, RI 02903, on this ~~Friday~~, ~~January 20, 2006~~. Monday, January 23, 2006.

Kim Benyon