UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

RICHARD MOREAU
PLAINTIFF

v. C.A. NO. 04-459 S

STATE OF RHODE ISLAND,
DEPARTMENT OF CORRECTIONS,
ASHBEL T. WALL, DIRECTOR,
JAMES WEEDEN, WARDEN,
JOSEPH MAROCCO, ASSOCIATE DIRECTOR
OF HEALTH CARE, SCOTT ALLEN, MD,
DR. SMILEY, R. FIGUEROA,
BARBARA A. CARROLL, RN,
MARYLYN GREJDUS, RN,
JOHN DOE (1), JOHN DOE (2), JOHN DOE (3)
DEFENDANTS

RECEIVED
FEB 01 2006
Property of U.S. District Court
District of Rhode Island

**STIPULATION**

The parties, by and through the undersigned attorneys of record, hereby stipulate and agree that Defendants, Ashbel T. Wall, James Weeden, Joseph Marocco, Barbara A. Carroll, R.N., and Marylyn Grejdus Male, R.N., have up to and including February 7, 2006 within which to answer or otherwise respond to Plaintiff's Interrogatories.

**Attorney for Plaintiff**
Joseph-Anthony DiMaio, Esquire, Bar No. 2910
McKinnon & Harwood
1168 Newport Avenue
Pawtucket, RI 02861
Tel: (401) 723-9655
Fax: (401) 722-9106

**Attorney for Defendants**
Thomas A. Palombo, Bar No. 4212
Assistant Attorney General
150 South Main Street
Providence, RI 02903
Tel: (401) 274-4400 ext. 2296
Fax: (401) 222-2995

Alan R. Tate, Esquire
Tate & ~~Associates~~ LATHAM, PC
321 South Main Street
Providence, RI 02903
Tel: (401) 421-7400
Fax: (401) 351-3239

Shannon L. Rand, Esquire
Ratcliffe, Burke, Harten and Elias
1600 Financial Plaza
Providence, RI 02903
Tel: (401) 331-3400
Fax: (401) 331-3440

Approved:

**William E. Smith**
United States District Judge