FILED
JAN 13 2006
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

**RICHARD MOREAU**
**PLAINTIFF**

**V.** **C.A. NO. 04-459 S**

**STATE OF RHODE ISLAND,**
**DEPARTMENT OF CORRECTIONS,**
**ASHBEL T. WALL, DIRECTOR,**
**JAMES WEEDEN, WARDEN,**
**JOSEPH MAROCCO, ASSOCIATE DIRECTOR**
**OF HEALTH CARE, SCOTT ALLEN, MD,**
**DR. SMILEY, R. FIGUEROA,**
**BARBARA A. CARROLL, RN,**
**MARYLYN GREJDUS, RN,**
**JOHN DOE (1), JOHN DOE (2), JOHN DOE (3)**
**DEFENDANTS**

2/10/06: GRANTED FOR THE REASONS STATED AT TODAY'S HEARING. DEFENDANTS CARROLL AND HALE SHALL FILE THEIR AMENDED ANSWER BY 2/17/06.
USMJ

## MOTION TO AMEND ANSWER

Now come Defendants, Barbara A. Carrol, R.N. and Marylyn Grejdus Hale, R.N. ("Defendants"), and pursuant to Rule 15(a) of the Fed. R. Civ. P., hereby move to amend their Answer to Plaintiff's First Amended Complaint ("Complaint"). The amendment is solely to add the Affirmative Defense of Statute of Limitations. A copy of the proposed Amended Answer is attached hereto. A supporting Memorandum is filed herewith.

WHEREFORE, Defendants, Barbara A. Carroll, R.N. and Marylyn Grejdus Hale, R.N. respectfully request that their Motion to Amend be granted.

Referred to U.S.M.J. Almond
☐ for findings & recommendation
☑ for determination
☐
Date 1/25/06