**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

**RICHARD MOREAU**

**VS.** **C.A. NO. 04-459S**

**STATE OF RHODE ISLAND, DEPARTMENT OF CORRECTIONS, ASHBEL T. WALL, JAMES WEEDEN, JOSEPH MAROCCO, SCOTT ALLEN, MD, DR. SMILEY, BARBARA A. CARROLL, R.N., MARYLYN GREJUDUS, R.N., JOHN DOE (1), JOHN DOE (2), JOHN DOE (3)**

**NOTICE OF DEPOSITION**

**DEPONENT:** **THOMAS R. HEDGES, M.D.**

**DATE:** **TUESDAY, MARCH 7, 2006 ***

**TIME:** **10:00 A.M.**

Please take notice that pursuant to the provisions of the Federal Rules of Civil Procedure, the Defendant, Harrison T. Smiley O.D., in the captioned matter will take the deposition of the above-named individual, upon oral examination, ***by stenographic means***, which examination will continue from day-to-day until completed; the same to commence at the above-specified time on the above-mentioned date at the offices of **Esquire Deposition Services, 99 Summer Street, Suite 804, Boston, MA 02110, (617) 956-9920** before a Notary Public, or some other officer duly authorized to administer oaths by law in the State of Massachusetts.

*** THE DEPONENT IS REQUESTED TO BRING TO THE DEPOSITION A COPY OF HIS CURRENT CURRICULUM VITAE AND BILLING RECORDS, HIS ENTIRE FILE ON THE CASE, INCLUDING ALL DOCUMENTS HE RELIED UPON IN DEVELOPING HIS OPINION, (INCLUDING ALL MEDICAL LITERATURE CONSULTED IN FORMULATION OF HIS OPINION), ALONG WITH ANY WRITTEN REPORTS OR NOTES.**

Defendant, Harrison T. Smiley, O.D.,
By his attorneys,

Tate + Latham PC

Alan R. Tate, Esquire (#1647)
Christy B. Durant, Esquire (#7128)
321 South Main Street, Suite 300
Providence, RI 02903
(401) 421-7400
Fax (401) 351-3239

**CERTIFICATION**

I hereby certify that a true copy of the within was mailed, postage prepaid, on this 13th day of February, 2006, to the following:

Joseph Anthony DiMaio, Esquire
McKinnon & Harwood
1168 Newport Avenue
Pawtucket, RI 02861

Thomas A. Palombo, Esquire
Special Assistant Attorney General
150 South Main Street
Providence, R.I. 02903

Jay M. Elias, Esquire
Ratcliffe, Burke, Harten & Elias
1600 Financial Plaza
Providence, RI 02903

Michael Grant, Esquire
Deputy Chief Legal Counsel
RI Department of Corrections
40 Howard Avenue
Cranston, RI 02920

cc: Esquire Deposition Services

3875dn.th