**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

**RICHARD MOREAU**

**VS.** **C.A. NO. 04-459S**

**STATE OF RHODE ISLAND, DEPARTMENT OF CORRECTIONS, ASHBEL T. WALL, DIRECTOR, JAMES WEEDEN, WARDEN, JOSEPH MAROCCO, ASSOCIATE DIRECTOR OF HEALTH CARE, SCOTT ALLEN, MD, DR. SMILEY, R. FIGUEROA, BARBARA A. CARROLL, RN, MARYLYN GREJUDUS, RN, JOHN DOE (1), JOHN DOE (2), JOHN DOE (3)**

## STIPULATION OF DISMISSAL

It is agreed by and between the parties that pursuant to Fed.R.Civ.P.41(a)(1)(ii) all the Plaintiff's claims against Defendant, Dr. Smiley (a/k/a Harrison Smiley, O.D.) only, are hereby dismissed with prejudice. Each party will bear their own costs.

Joseph-Anthony DiMaio, Esquire (#3910)
Attorney for Plaintiff

Alan R. Tate, Esquire (#1674)
Attorney for Defendant, Dr. Smiley

Thomas A. Palombo, Esquire (#4212)
Attorney for Defendants for State Of Rhode Island, Wall, Weeden, Marocco, Carroll and Grejudus

Jay M. Elias, Esquire (#3050)
Shannon L. Rand, Esquire (#6896)
Attorneys for Scott Allen, M.D.

William E. Smith
United States District Judge

Date: 3/10/06

3875.stip of dismissal