EXHIBIT-B

RECEIVED
RI. DEPT. OF CORRECTIONS
SEP ? - 2001
HEALTH SERVICES ADMINISTRATION

COPY

September 17, 2001

Dear Mr Marraco,

I am a sentanced inmate in PC - P-8-TOP.

Back in 1996 I discovered I needed glasses. While at a job fair they tested my vision utilizing a book of various colored dots in a circle to make a number - some 2-digit numbers I could not identify so they suggested I see an eye physician. They tell me I am colored blink. Prescription glasses did correct it. In 2001 I did come into prison wearing my glasses. During one move or another I lost them. Later in prison I saw the prison affiliated eye doctor who gave me new state/free eyeglasses.

Just recently I noticed my eyes are worse. My glasses don't work. I placed a slip in to see the eye doctor and was told he comes in every few weeks, lately seeing non-sentanced inmates. My job as an outside porter involves picking up cigarette butts in the ground cement cracks. My vision is so bad that I miss them, They cigarettes blend in. I cant see them. I am getting yelled at by my boss for missing cigarette butts on the cement along with green weeds not being picked from the dirt. They too I cant see. As we speak, I can't see the thin blue lines on this paper. Can you please place me at the

B

very top of the list for seeing the eye doctor next time he visits. I need to see him desperately to have it corrected. This time I am willing to buy my own eyeglasses. Without concentrating on this paper, its a white, no blue lines to me.

Thank you.

Richard M. Moreau
P-MOD (PC) -STOP
#113743