COPY

Rhode Island Department of Corrections
Health Care Services

# Memo

To: Inmate Richard Moreau
ID# 113743
Intake Service Center

From: Joseph R. Marocco
Hospital Administrator
Health Care Services

Cc: Inmate File

Date: 9/26/01

Re: YOUR 9/17/01 LETTER

---

I spoke to a member of the nursing staff at ISC regarding your request to see the eye doctor. Dr. Smiley is scheduled to be at ISC on 10/29/01. You are on the list to see him at that time. If you have any further questions, please speak to a nurse.

:jb

A:\JRM6\Moreau, R.



EXHIBIT - D