13. Please describe in medical terms the type of services you performed on the Plaintiff on each date; and as to each date chronicle each document or written request for medical care you reviewed, each observation you made and each instrument or other object, if any, you used during the course of rendering services to the Plaintiff in the order that those services were performed.

**ANSWER:** Medical services performed on plaintiff would include the daily administration of doctor-ordered medications. On December 24, 2001, I responded to a call from the staff that the plaintiff had a dizzy spell. I went to the plaintiff and found him not to be suffering from dizziness. I took his blood pressure and advised him to eat and drink, as he had not done so that day. His blood pressure was within normal limits. He was told to return to the clinic if his symptoms persisted. My contact with the plaintiff and his medical record are as follows:

-- 11-10-01, I wrote a telephone order for Tagamet and another for HCTZ.

-- 12-07-01, I administered a flu shot, as ordered by Dr. Mottola.

-- 12-24-01, I responded to the plaintiff, who was having a dizzy spell. On exam, the dizzy spell had ceased. I searched for signs of a fainting spell, and found plaintiff to be fine.

-- 01-07-02, I arranged for the inmate to get a magnifying sheet.

-- 02-01-02, I co-signed an order for medicine and lab work.

-- 05-24-02, I co-signed an order for a furlough to Dr. Figueroa and another for a new hearing aid.

-- 05-31-02, I co-signed an order for a bottom bunk for one year.

-- 06-13-02, I co-signed an order for a furlough to the Rhode Island Hospital Eye Clinic.

-- 07-01-02, I co-signed an order for HCPZ.

-- 04-05-02, I co-signed an order for medicine and lab work.

The following are a list of furloughs that I completed for the doctors who ordered them:

-- 10-29-01, In-house ophthalmology/Dr. Figueroa.

-- 11-15-01, Rhode Island Hospital Eye Clinic.

-- 05-23-02, Rhode Island Neurosurgery Clinic.

-- 05-24-02, Community Hearing Aid.

-- 06-07-02, Furlough for CT scan of head.



EXHIBIT - A