-- 06-07-02, Rhode Island Hospital neurosurgery.

-- 06-13-02, Rhode Island Hospital Eye Clinic.

Please also see my Deposition Testimony as to these contacts.

14. On the date(s) that you rendered care to the Plaintiff please indicate respectively to what degree you were cognizant of his hydrocephalous condition, including, without limitation and by way of example and not quantification, requests for examination; appointment and message books; the manner and mode and method by which you were cognizant; a time chronicle of the time, times, day or dates you were so cognizant; and a description of any other document you had knowledge of regarding this topic.

**ANSWER:** Although I do not recall specifically at what time or date I became aware of the plaintiff's hydrocephalic condition, I was aware, at some point, that the plaintiff did have this condition. Requests for examination would have been forwarded to the doctor. Please see my Answers to Interrogatories Number 10 and 13. Please also see my deposition testimony.

15. Prior to rendering care to the Plaintiff, detail all training, education, documentation and other information you received or reviewed regarding the underlying condition commonly referred to as hydrocephalous, including, without limitation and by way of example and not quantification, the date of said training or education or information or documentation received; the name of the institution providing the same; the name(s) of the individual(s) providing the same; a description of any diplomas, certificates, awards, notations, etc. received by yourself (if any) upon your completing any of such training or education; any Plaintiff specific medical records, charts, you reviewed; any and all other information.

**ANSWER:** I learned about hydrocephalus during my second year of training in a diploma course thirty-five years ago. I have had no further training in the subject.

16. On the date(s) that you examined the Plaintiff in the fall of 2001 (on or about September and October of 2001) please indicate what medical opinion, if any, you reached as a result of your review of records, your physical examination, your observations of his general demeanor, your conversations with any medical care provider or co-defendant or their agents or employees or staff. Include, without limitation, a statement indicating the degree or extent his hydrocephalous was considered in that medical opinion or a statement indicating that it was not considered at all.

**ANSWER:** To my knowledge and recollection, I did not examine Plaintiff during the time frame indicated. I have some recollection that Plaintiff put in medical request slips. Please see my Answers to Interrogatories Number 10 and 13. Also, please see my Deposition testimony.

17. Please explain in detail what ability you had in the Fall of 2001 to command immediate, i.e. same day or within the same week, emergency action such as additional medical care



EXHIBIT - B