October 29 or whatever date you mentioned, they were processed. They all are.

MR. TATE: Could you just excuse me for one second? I'll be right back.

(DISCUSSION OFF THE RECORD)

MR. DIMAIO: Okay. Are we back on the record?

THE WITNESS: We are.

MR. DIMAIO: Okay. And now, does anybody care to make a representation on the record about what happened off the record?

MR. TATE: No.

MR. DIMAIO: Can we have the last question?

MR. PALOMBO: Yes. Shannon ate all the crackers.

THE WITNESS: I've got M&Ms left if anybody wants them.

MR. DIMAIO: Can we have the last question read back for the deponent to answer, please.

(LAST QUESTION READ BACK)

A. Yes. Because I was not a desk nurse in any other facility.

MR. DIMAIO: Okay. And subject to the reservation to be able to reconvene the deposition



once I receive her Answers to Interrogatories, and subject to the other reservation that I've made relative to pending document requests that may require this deponent to answer questions, I have no further questions.

MR. PALOMBO: Thank you, Mr. DiMaio. Mr. Tate?

MR. TATE: I have a few questions. Did you -- may I proceed?

MR. PALOMBO: Please. By all means.

EXAMINATION BY MR. TATE

Q. Thank you. Mrs. Hale, is it?
A. Yes. Ms.
Q. Ms. Hale. Let me introduce myself, because I don't think we've been introduced. My name is Alan Tate. I represent Dr. Smiley in this action. The last time you were here, my associate was here --
A. Yes.
Q. -- representing Dr. Smiley. I just want to follow up on a couple of questions that Mr. DiMaio asked, and then I have a few more of my own. Do I understand from the testimony that you have given here today that you were assigned to the High Security Center at the time of -- period of October 2001?
A. Yes.



Q. And as such, do I understand correctly that you would have had no role in processing the medical request slips if indeed there were any medical request slips filed by Mr. Moreau in October 2001?
A. Prior to October 29, I would have had no role.
Q. All right. Is that because you worked in a different facility than where Mr. Moreau was seen?
A. Mr. Moreau was housed in the Intake Service Center.
Q. Do you -- do you even know if Mr. Moreau filed any medical request slips in October 2001 or in September 2001? Have you seen any medical request slips?
A. I can't say that with certainty.
Q. I actually unfortunately asked two questions. I should have asked just one. You have not seen any medical request slips filed by Mr. Moreau in 2000 -- in September or October 2001, have you?
A. In September and October, you're talking Intake there. The other facility, I would not have seen any there, no.
Q. You have no independent knowledge whether -- one way or the other whether he has filed -- whether he filed any medical request slips in September or October of 2001?



A. No.
Q. Now, in the last deposition there was a reference to an examination which took place on October 29, 2001?
A. Yes.
Q. And that -- do you know -- withdrawn. Do you know where that examination took place?
A. I'm told it took place at Intake.
Q. Okay. You have no personal knowledge as to where that examination took place?
A. Not -- I could not say with accuracy.
Q. All right. And were you working at the Intake Service Center in -- on October 29, 2001?
A. No -- well, I don't think so.
Q. Were you there at the Intake Service Center on that day?
A. Probably not.
Q. So do you know whether or not, assuming there was an examination of Mr. Moreau by Dr. Smiley on October 29, 2001, do you know if you were even present at the facility where Mr. Moreau as examined?
A. I would expect not.
Q. Why is that?
A. Because my duties were at High Security. I was on occasion, maybe once or twice a week, asked to go and help out in other facilities when they were short of



EXHIBIT- E