7. Please identify by title, name of author and date of publication all books, articles, treatises, or other learned writings which you intend to introduce at time of trial as part of your defense.

**ANSWER:** None at this time, to be supplemented in accordance with the Rules of Civil Procedure and the Court's Pretrial Order.

8. Identify by name, case number and court, each and every criminal case (including arrests, charges and dispositions) in which the you have ever participated whether as a witness or a party, and also as to every civil action pertaining to alleged medical negligence or failure to retain document or records, either as a plaintiff or a defendant, the name of the parties, and state with particularity the substance of the underlying matters and circumstances and the ultimate dispositions if known.

**ANSWER:** Objection, on the grounds that the Interrogatory is overly broad, unduly burdensome and not reasonably calculated to lead to the discovery of admissible evidence.

9. If a lawsuit was filed in regards to any of those claims which are set forth in the interrogatory immediately preceding this one, please identify the name, address, phone number, and claim or policy number of each respective insurer, if any, who insured you against said claim; and the amount of any settlement monies paid.

**ANSWER:** Objection, on the grounds that the Interrogatory is overly broad, unduly burdensome and not reasonably calculated to lead to the discovery of admissible evidence.

10. With respect to each count filed against you in this action by the Plaintiff, set forth in detail all facts which you rely upon in support of your denial that your actions or inactions did not cause or contribute to the injuries or damages alleged by the Plaintiff.

**ANSWER:** At no time prior to being served with the plaintiff's complaint have I had any knowledge concerning the allegations contained therein. Please see the Answers of the other State Defendants.

11. Describe with sufficient detail all documents referred to or referenced in the preparation of your answers to interrogatories and responses to any requests for production from all parties.

**ANSWER:** Plaintiff's complaint and inmate correspondence file maintained in my office that



EXHIBIT- A