**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

**RICHARD MOREAU**
**PLAINTIFF**

**V.** **C.A. NO. 04-459 S**

**STATE OF RHODE ISLAND,**
**DEPARTMENT OF CORRECTIONS,**
**ASHBEL T. WALL, DIRECTOR,**
**JAMES WEEDEN, WARDEN,**
**JOSEPH MAROCCO, ASSOCIATE DIRECTOR OF HEALTH CARE, SCOTT ALLEN, MD,**
**DR. SMILEY, R. FIGUEROA,**
**BARBARA A. CARROLL, RN,**
**MARYLYN GREJDUS, RN,**
**JOHN DOE (1), JOHN DOE (2), JOHN DOE (3)**
**DEFENDANTS**

## STIPULATION OF DISMISSAL

It is hereby agreed by and between the parties that pursuant to Fed. R. Civ.P.41(a)(1)(ii) all of the Plaintiff's claims against the Defendant, Scott Allen, M.D., are hereby dismissed with prejudice as to this Defendant only.

Plaintiff
**Richard Moreau**

Joseph Anthony DiMaio, Esquire (#3910)
McKinnon & Harwood
1168 Newport Avenue
Pawtucket, RI 02861
Tel: (401) 723-9655
Fax: (401) 722-9106

Defendants
By their Attorney
PATRICK C. LYNCH
ATORNEY GENERAL

Thomas A. Palombo, Esq. (#4212)
Assistant Attorney General
150 South Main Street
Providence, RI 02903
Tel: (401) 274-4400 ext. 2296
Fax: (401) 222-2995

Defendant,
Scott Allen, M.D.

By his Attorneys,
RATCLIFFE BURKE HARTEN & ELIAS

Jay M. Elias, Esq. (#3050)
Shannon L. Rand, Esquire (#6896)
Ratcliffe, Burke, Harten and Elias
1600 Financial Plaza
Providence, RI 02903
Tel: (401) 331-3400
Fax: (401) 331-3440

ENTERED: ______________________

PER ORDER ______________________

DATE: 3/28/06

DATE: ______________________

## CERTIFICATION

I hereby certify that a true and accurate copy of the within was mailed postage prepaid on this 17 day of March, 2006, to:

Joseph-Anthony DiMaio, Esquire (#3910)
McKinnon & Harwood
1168 Newport Avenue
Pawtucket, RI 02861
Tel: (401) 723-9655
Fax: (401) 722-9106

Thomas A. Palombo, Esq. (#4212)
Assistant Attorney General
150 South Main Street
Providence, RI 02903
Tel: (401) 274-4400 ext. 2296
Fax: (401) 222-2995

______________________