G____ P____ A____ T____

Date Last Pap____ Date Last Mammogram____

WT. 166 Temp. 98.8 P 72 RR 18 BP 124/76

fects? good / Alert

st Exam (Women q.yr.)

Extremities; track marks?: No tracks ō c, c, c

t:

Neurologic/Psych: N/.

Tremor? None

omen:

Skin/Scars:

italia/Pelvic: ō discharge

Smear Y____ N / long wait

Surg Scar - Abdomen occipital area

tal Rectal Exam (if >40 yrs.)

Examined by: B Carroll CNP

without glasses SEE D.O.I

20/ 40 (R) 20/ 40 Mammogram (Y)____ (N)____ Date:

Tetanus (Y) ✓ (N)____ Date: > 10 yrs

nes? (Y) ✓ (N)____

PLAN: (Indicate if Priority)

Discussed c̄ pt.

↓ wght

ntative Services Task Force Guidelines):____

Medical

t/General Population/Refer to Emergency Treatment

Reviewed [illegible] 09/27/01

BARBARA A. CARROLL CNP 9/26/01

Physician's Printed Name Date

209