15/12

| DIAGNOSIS / PROBLEM: | NAME / DOB / ID# 113743<br>Moreau, Richard<br>[redacted] |
|---|---|
| DRUG ALLERGIES:<br>NKA | R.I. Department of Corrections<br>Health Services |

**INSTRUCTIONS FOR USE**

1. DATE & TIME ALL ORDERS
2. A PHYSICIAN'S SIGNATURE MUST ACCOMPANY THE ORDERS.

| DATE | TIME | SECURITY | |
|---|---|---|---|
| 9/5/01 | | ISC | Re-evaluate 9/7/01 at 8³⁰ AM<br>Amoxicillin 25<br>[signature] |
| | | | INMATE TRANSFER Date: 10/29/1<br>From: ISC to HSC<br>Reviewed by: Nurse M Greydus RN<br>Signature |
| 11/10/01 | 9³⁰A | HSC | Tagamet 400mg po q hs x 90d (error)<br>TO DiMatola / M Greydus RN<br>M Greydus RN |
| 11/10/01 | 9³⁰ | HSC | HCTZ 25mg po qd x 90<br>M Greydus RN TO DiMatola / M Greydus RN |
| 12/7/01 | 8A | HSC | Flu Vaccine 0.5ml IM<br>M Greydus RN |
| 1/7/02 | 11A | HSC | Magnifying Sheet<br>M Greydus VO DiMatola / M Greydus RN<br>1/7/11A |
| 02/01/02 | | | HCTZ 25 Tpd & Radiology<br>SMA-7 |

HSPPO Rev. 7/00

**PHYSICIAN'S ORDER FORM**

M Greydus RN
2/1 12N