# EAST BAY EYE CARE


**Dr. Harrison Smiley**

*Family Doctor of Optometry*

690 Warren Avenue
East Providence, Rhode Island 02914-1411
(401) 434-7590

Rhode Island Mall
Warwick, Rhode Island 02886-1827
(401) 821-2050


October 30, 2001

TO: Mr. Joseph Marocco
Hospital Administrator
P.O. Box 8274
Cranston, R.I. 02920

From: Harrison Smiley, O.D.
[redacted]

Re: Eye Exams For October 2001

October 1, 2001 - Minimum

1.
2.
3.
4.
5.
6.
7.
8.
9.
10.
11.
12.
13.
14.
15.
16.
17.
18.
19.

Names Redacted

TOTAL 19

OCTOBER 01 - 19
OCTOBER 23 - 11
OCTOBER 29 - 07 TOTAL 37X$20.00=$740.00

October 23, 2001 Medium

1.
2.
3.
4.
5.
6.
7.
8.
9.
10.
11.

Names Redacted

TOTAL 11

OCTOBER 29, 2001 Intake

1.
2.
3.

Redacted

4. Moreau, Richard #113743
5.
6.
7.

Redacted

TOTAL 07