ITENEMY2

File Edit PF Keys Shift PF Keys Help

PAYROLL JOB INMATE VIEW

*** INMATE ***

LAST NAME: MOREAU FIRST: RICHARD MINIT: M

ID: 113743 D.O.[redacted] RACE: WHITE

| IND DAYS | JOB CODE | DESCRIPTION | *** JOB *** START DATE | END DATE | RATE |
|---|---|---|---|---|---|
| YES | 5405 | O/P MOD 7-3 SHIFT | 02/10/2001 | 10/28/2001 | 1.50 |

*** PAYROLL RECORDS ***

| BEGIN DATE | END DATE | RATE | DAYS | PAY |
|---|---|---|---|---|
| 08/01/2001 | 08/31/2001 | 1.50 | 31 | 46.50 |
| 10/01/2001 | 10/28/2001 | 1.50 | 28 | 42.00 |

Enter) Display 4) Prev /First 16) Return

2) Mark /Clear 5) Next /Last *16) Main Menu

Ready

Start Error Message - Mic... Response to 1-27-0... MENURUN ITENEMY2