<table>
<tr><td colspan="4">RHODE ISLAND DEPARTMENT OF CORRECTIONS<br>POLICY AND PROCEDURE</td></tr>
<tr><td rowspan="2"></td><td>POLICY NUMBER:<br>18.36 DOC</td><td>EFFECTIVE DATE:<br>02/07/2000</td><td>PAGE 1 OF 2</td></tr>
<tr><td>REPEALS:<br>HCS 301.0, 305.0</td><td colspan="2">DIRECTOR:<br>Ashbel T. Wall II</td></tr>
<tr><td colspan="2">SECTION:<br>HEALTH CARE</td><td colspan="2">SUBJECT:<br>EMERGENCY SERVICES</td></tr>
<tr><td colspan="4">AUTHORITY: Rhode Island General Laws (RIGL) § 42-56-10(v), Powers of the director</td></tr>
<tr><td colspan="4">REFERENCES: NCCHC standard J-36 (essential); RIDOC policy 9.12-3 DOC, Intra-Prison Transfers and Outside Transportation of Inmates; RIDOC policy 9.13 DOC, Inmate Transportation – State Marshals</td></tr>
<tr><td colspan="4">INMATE ACCESS THROUGH LAW LIBRARY? X YES</td></tr>
</table>

I. **PURPOSE:**

To provide 24-hour emergency health care.

II. **POLICY:**

The Rhode Island Department of Corrections (RIDOC) will implement 24-hour emergency health care services.

III. **PROCEDURES:**

A. Emergency health care includes the following arrangements:

1. Emergency evacuation of the inmate from within the facility when ordered by a physician;

2. Use of an emergency vehicle when ordered by a physician;

| RHODE ISLAND DEPARTMENT OF CORRECTIONS POLICY AND PROCEDURE | | | |
|---|---|---|---|
| | POLICY NUMBER: 18.49 DOC | EFFECTIVE DATE: 01/17/2000 | PAGE 1 OF 4 |
| | REPEALS: N/A | DIRECTOR: | |
| SECTION: HEALTH CARE SERVICES | | SUBJECT: SPECIAL NEEDS TREATMENT PLANS | |
| AUTHORITY: Rhode Island General Laws (RIGL) § 42-56-10(v), Powers of the director | | | |
| REFERENCES: RIDOC policy #18.07 DOC, Communication on Special Needs Patients | | | |
| INMATE ACCESS THROUGH LAW LIBRARY? X YES | | | |

I. **PURPOSE:**

To establish uniform scheduling of medical care at minimal regular intervals for patients with chronic illnesses and act as a formal part of their written treatment plan.

II. **POLICY:**

Health care personnel monitor patients who have special needs or chronic illnesses at regular intervals to assure continuity and quality of care.

III. **PROCEDURES:**

A. Special needs patients include the following:

1. Chronically ill;

2. Physically disabled;

3. Frail or elderly patients;