**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

**RICHARD MOREAU**
**PLAINTIFF**

**V.** **C.A. NO. 04-459 S**

**STATE OF RHODE ISLAND,**
**DEPARTMENT OF CORRECTIONS,**
**ASHBEL T. WALL, DIRECTOR,**
**JAMES WEEDEN, WARDEN,**
**JOSEPH MAROCCO, ASSOCIATE DIRECTOR**
**OF HEALTH CARE, SCOTT ALLEN, MD,**
**DR. SMILEY, R. FIGUEROA,**
**BARBARA A. CARROLL, RN,**
**MARYLYN GREJDUS, RN,**
**JOHN DOE (1), JOHN DOE (2), JOHN DOE (3)**
**DEFENDANTS**

**DEFENDANT JAMES WEEDEN'S ANSWERS TO PLAINTIFF' FIRST SET OF INTERROGATORIES**

1. Please identify yourself giving your full name, age, social security number, marital status, home address, and business address as well as any other names by which you have been known.

**ANSWER:** James Weeden, 51 years old, 40 Howard Avenue, Cranston, RI 02920. Objection, on grounds of confidentiality and institutional security, as to home address, marital status and social security number.

2. Please provide a full and complete description of your professional education, skill, training, and experience, and other credentials, privileges, and certifications. A signed copy of your most current curriculum vitae will suffice as a valid response.

**ANSWER:** See my application for employment previously produced through discovery.

3, If you were insured for the type of loss alleged in Plaintiff's Complaint, whether individually or as an employee, independent contractor, or other agent of any co-defendant, provide all insurance information details including, without limitation and by way of example and not quantification, the name and address and phone number of the insurance company, the policy number(s), the terms and limitations of coverage, and a statement indicating whether

13. Identify the name, current address and telephone number, and last know address and telephone number of the warden or warden(s) for the facility or facilities that housed the Plaintiff from August 1, 2000, through present, arranged chronologically identifying the name and address of the respective facility.

**ANSWER:** Walter Whitman served as Warden of the Maximum Security and the High Security Center from August 1, 2000 through August, 2003. James Weeden served as Warden of Maximum Security and the High Security Center from August of 2003 to the present time. James Weeden served as Warden of the Medium I Security facility from September 23, 2001, through August, 2003. From August, 2003 through November, 2005, Walter Whitman served as Warden of the Medium I Security facility. William Cudworth served as Warden of the Intake Service Center from August, 2000 to October 31, 2004.

14. Please describe the actions, communications, or other services, you performed on behalf of or at the request of the Plaintiff, whether in your individual or official capacity between January 1, 2001 and June 1, 2002, (hereinafter collectively "Services") chronicled by date; and as to each Service fully relate all oral conversations, the contents and identify of each document or Written request for medical care you reviewed, and each observation or conclusion you made, if any, as it relates to those Services.

**ANSWER:** See answer to Interrogatories Number 5, 10 and 13.

15. On the date(s) that you performed Services please indicate respectively to what degree you were cognizant of the Plaintiff's hydrocephalous condition, including, without limitation and by way of example and not quantification, discipline reports, reports or other information regarding or pertaining to inability or unwillingness to perform normal or usual or anticipated assignments or yard work or porter services or other services expected of the Plaintiff, requests for examination; appointment and message books; the manner and mode and method by which you were cognizant; a time chronicle of the time, times, day or dates you were so cognizant; and a description of any other document you had knowledge of regarding this topic.

**ANSWER:** See answer to Interrogatory Number 5, 10 and 13.

16. On the date(s) that you performed Services, specifically including without limitation those performed between January 1, 2001 and June 1, 2002, please indicate what medical or other opinion, if any, you reached as a result of your review of records or other documents pertaining to the Plaintiff or his complaint(s) or condition(s), your conversations with any medical care provider or co-defendant or their agents or employees or staff. Include, without limitation, a statement indicating the degree or