UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

RICHARD MOREAU )
)
vs. )
)
STATE OF RHODE ISLANDS, et. al. )
)

**STIPULATION**
**REGARDING SCHEDUELING**

It is hereby agreed by and between the parties that all presently pending scheduling dates are hereby extended by ten (10) days. The new dates are as follows:

| | |
|---|---|
| 5/1/06 | Plaintiff's Expert Disclosure Due |
| 5/29/06 | Defendant's Expert Disclosure Due |
| 6/29/06 | Expert Discovery Closes |
| 6/29/06 | Dispositive Motions Due |
| 7/31/06 | Pretrial Memo Due |
| August | Trial at the court's convenience |

Plaintiff
**Richard Moreau**

Joseph-Anthony DiMaio, Esquire
Attorney #3910
McKinnon & Harwood
1168 Newport Avenue
Pawtucket, RI 02861
Tel: (401) 723-9655
Fax: (401) 722-9106

Defendants
By their Attorney
PATRICK C. LYNCH
ATORNEY GENERAL

Thomas A. Palombo, Esq.
Assistant Attorney General
Attorney #4212
150 South Main Street
Providence, RI 02903
Tel: (401) 274-4400 ext. 2296
Fax: (401) 222-2995

ENTERED:

WSmm

DATE: 4/24/06

PER ORDER

DATE: