**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| RICHARD MOREAU<br>PLAINTIFF<br><br>VS.<br><br>STATE OF RHODE ISLAND, DEPARTMENT OF CORRECTIONS, ASHBEL T. WALL, DIRECTOR, JAMES WEEDEN, WARDEN, JOSEPH MAROCCO, ASSOCIATE DIRECTOR OF HEALTH CARE, SCOTT ALLEN, MD, DR. SMILEY, R. FIGUEROA, BARBARA A. CARROLL, RN, MARYLYN GREJUDUS, RN, JOE DOE (1), JOHN DOE (2), JOHN DOE (3)<br>DEFENDANTS | ) | CA NO. 04-459-S |

**JOINT MOTION TO**
**AMEND SCHEDUELING ORDER**

Now come the parties to the above-entitled matter and respectfully moves this honorable Court grant an Order granting amendment of the present scheduling order to conform with the stipulation signed by the parties, through counsel, on Friday, April, 28, 2006, a copy of which is attached hereto and made incorporated by reference herein.

As reasons for the amendment, Plaintiff received communication from his expert, Dr. Thomas R. Hedges, III., requesting additional time within which to author a report consistent with the Rules of Procedure.

Plaintiff initially disclosed this expert as part of Plaintiff's voluntary disclosure. Plaintiff then disclosed his curriculum vitae, and shared an initial opinion letter from that expert. This is not a situation where Plaintiff is struggling to locate an expert supportive of his claims.

The amendment embodied in the attached stipulation was calculated by agreement of counsel to approximate the intervals initially established by this court's original scheduling order.

**NOTICE**

The above-entitled matter shall be called for hearing on a date to be determined by the United States District Court for the District of Rhode Island.

Plaintiff
**Richard Moreau**

Joseph-Anthony DiMaio, Esquire
Attorney #3910
McKinnon & Harwood
1168 Newport Avenue
Pawtucket, RI 02861
Tel: (401) 723-9655
Fax: (401) 722-9106

Date: 5/3/06

Defendants
By their Attorney
PATRICK C. LYNCH
ATORNEY GENERAL

Thomas A. Palombo, Esq.
Assistant Attorney General
Attorney #4212
150 South Main Street
Providence, RI 02903
Tel: (401) 274-4400 ext. 2296
Fax: (401) 222-2995

Date: 5/3/06