UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

RICHARD MOREAU )
vs. )
STATE OF RHODE ISLANDS, et. al. ) CA NO. 04-459-S

## STIPULATION
## REGARDING SCHEDUELING

It is hereby agreed by and between the parties that all presently pending scheduling dates are hereby extended nine (9) days. The new dates are as follows:

| | |
|---|---|
| 5/10/06 | Plaintiff's Expert Disclosure Due |
| ~~6/1?/06~~ 6/14/06 | Defendant's Expert Disclosure Due |
| 7/17/06 | Expert Discovery Closes |
| 7/17/06 | Dispositive Motions Due |
| 8/19/06 | Pretrial Memo Due |
| August-September | Trial at the court's convenience |

Plaintiff
Richard Moreau

4/28/06

Joseph-Anthony DiMaio, Esquire
Attorney #3910
McKinnon & Harwood
1168 Newport Avenue
Pawtucket, RI 02861
Tel: (401) 723-9655
Fax: (401) 722-9106

Defendants
By their Attorney
PATRICK C. LYNCH
ATORNEY GENERAL

4/28/06

Thomas A. Palombo, Esq.
Assistant Attorney General
Attorney #4212
150 South Main Street
Providence, RI 02903
Tel: (401) 274-4400 ext. 2296
Fax: (401) 222-2995

ENTERED:

PER ORDER

DATE:

DATE:

**CERTIFICATION**

I hereby certify that a true and accurate copy of the within was mailed postage prepaid on April 27, 2006, to:

Joseph-Anthony DiMaio, Esq.
McKinnon & Harwood
1168 Newport Avenue
Pawtucket, RI 02861

Thomas A. Palombo, Esq.
Assistant Attorney General
150 South Main Street
Providence, RI 02903