MAY 0 3 2006

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

RICHARD MOREAU )
PLAINTIFF )
)
VS. ) CA NO. 04-459-S
)
STATE OF RHODE ISLAND, DEPARTMENT )
OF CORRECTIONS, ASHBEL T. WALL, )
DIRECTOR, JAMES WEEDEN, WARDEN, )
JOSEPH MAROCCO, ASSOCIATE DIRECTOR )
OF HEALTH CARE, SCOTT ALLEN, MD, )
DR. SMILEY, R. FIGUEROA, BARBARA )
A. CARROLL, RN, MARYLYN GREJUDUS, )
RN, JOE DOE (1), JOHN DOE (2), )
JOHN DOE (3) )
DEFENDANTS )

GRANTED
WmM
William E. Smith
U.S. District Judge
5/5/06

**JOINT MOTION TO**
**AMEND SCHEDUELING ORDER**

Now come the parties to the above-entitled matter and respectfully moves this honorable Court grant an Order granting amendment of the present scheduling order to conform with the stipulation signed by the parties, through counsel, on Friday, April, 28, 2006, a copy of which is attached hereto and made incorporated by reference herein.

As reasons for the amendment, Plaintiff received communication from his expert, Dr. Thomas R. Hedges, III., requesting additional time within which to author a report consistent with the Rules of Procedure.

Plaintiff initially disclosed this expert as part of Plaintiff's voluntary disclosure. Plaintiff then disclosed his curriculum vitae, and shared an initial opinion letter from that expert. This is not a situation where Plaintiff is struggling to locate an expert supportive of his claims.

The amendment embodied in the attached stipulation was calculated by agreement of counsel to approximate the intervals initially established by this court's original scheduling order.

**NOTICE**

The above-entitled matter shall be called for hearing on a date to be determined by the United States District Court for the District of Rhode Island.

Plaintiff
**Richard Moreau**

Joseph-Anthony DiMaio, Esquire
Attorney #3910
McKinnon & Harwood
1168 Newport Avenue
Pawtucket, RI 02861
Tel: (401) 723-9655
Fax: (401) 722-9106

Date: 5/3/06

Defendants
By their Attorney
PATRICK C. LYNCH
ATORNEY GENERAL

Thomas A. Palombo, Esq.
Assistant Attorney General
Attorney #4212
150 South Main Street
Providence, RI 02903
Tel: (401) 274-4400 ext. 2296
Fax: (401) 222-2995

Date: 5/3/06

UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

RICHARD MOREAU )
vs. )
) CA NO. 04-459-S
STATE OF RHODE ISLANDS, et. al. )

**STIPULATION**
**REGARDING SCHEDUELING**

It is hereby agreed by and between the parties that all presently pending scheduling dates are hereby extended nine (9) days. The new dates are as follows:

| | |
|---|---|
| 5/10/06 | Plaintiff's Expert Disclosure Due |
| ~~6/14/06~~ 6/14/06 | Defendant's Expert Disclosure Due |
| 7/17/06 | Expert Discovery Closes |
| 7/17/06 | Dispositive Motions Due |
| 8/19/06 | Pretrial Memo Due |
| August-September | Trial at the court's convenience |

Plaintiff
Richard Moreau

4/28/06

Joseph-Anthony DiMaio, Esquire
Attorney #3910
McKinnon & Harwood
1168 Newport Avenue
Pawtucket, RI 02861
Tel: (401) 723-9655
Fax: (401) 722-9106

Defendants
By their Attorney
PATRICK C. LYNCH
ATORNEY GENERAL

4/28/06

Thomas A. Palombo, Esq.
Assistant Attorney General
Attorney #4212
150 South Main Street
Providence, RI 02903
Tel: (401) 274-4400 ext. 2296
Fax: (401) 222-2995

ENTERED: PER ORDER

_______________ _______________

DATE: _______________ DATE: _______________

**CERTIFICATION**

I hereby certify that a true and accurate copy of the within was mailed postage prepaid on April 27, 2006, to:

Joseph-Anthony DiMaio, Esq.
McKinnon & Harwood
1168 Newport Avenue
Pawtucket, RI 02861

Thomas A. Palombo, Esq.
Assistant Attorney General
150 South Main Street
Providence, RI 02903