**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

RICHARD MOREAU )
)
vs. )
) CA NO. 04-459-S
)
STATE OF RHODE ISLANDS, et. al. )

**AFFIDAVIT OF NOTICE**

I, Joseph-Anthony DiMaio, Esq., counsel for the Plaintiff, makes affidavit under oath that I have notified the defendant, through counsel, of my intention to offer into evidence the following copies of which are attached hereto:

1. Table of Life Expectancy, and
2. Table of Work Life Expectancy

A true copy of each of the within tables were mailed, certified mail, return receipt requested, to Thomas Palumbo, Offices of the Attorney General, 150 South Main Street, Providence, RI 02903 not less than ten (10) days before trial, and that said return receipt is attached hereto and made a part hereof.

Joseph-Anthony DiMaio, Esq.#3910
McKinnon & Harwood
1168 Newport Avenue
Pawtucket, RI 02861
(401)723-9655

Subscribed and sworn to before me in Pawtucket, R.I. on this 8th day of May 2006.

Notary Public

I hereby certify that a copy of the within was mailed to Thomas Palumbo, Esq. on the 8th day of May 2006.

**SENDER: *COMPLETE THIS SECTION***

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Thomas Palumbo
Attorney General's Office
150 South Main Street
Providence RI 02903

***COMPLETE THIS SECTION ON DELIVERY***

A. Signature
X ☐ Agent ☐ Addressee

B. Received by ( *Printed Name*) C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

RECEIVED
APR 26 2006
DEPARTMENT OF ATTORNEY GENERAL

3. Service Type
☒ Certified Mail ☐ Express Mail
☐ Registered ☐ Return Receipt for Merchandise
☐ Insured Mail ☐ C.O.D.

4. Restricted Delivery? *(Extra Fee)* ☐ Yes

2. Article Number *(Transfer from service label)* 7003 3110 0001 4643 4113

PS Form 3811, August 2001 Domestic Return Receipt 102595-02-M-1540

UNITED STATES POSTAL SERVICE

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •

Joseph-Anthony DiMaio, Esq.
1168 Newport Avenue
Pawtucket, RI 02861

Moreau

C015

Table 3. Expectation of life at single years of age, by race and sex: United States, 1996

| Age | All races | | | White | | | All other | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | Total | | | Black | | |
| | Both sexes | Male | Female | Both sexes | Male | Female | Both sexes | Male | Female | Both sexes | Male | Female |
| 0 | 76.1 | 73.1 | 79.1 | 76.8 | 73.9 | 79.7 | 72.6 | 68.2 | 76.1 | 70.2 | 66.1 | 74.2 |
| 1 | 75.7 | 72.6 | 78.6 | 76.2 | 73.4 | 79.1 | 72.5 | 68.5 | 76.0 | 70.2 | 66.2 | 74.2 |
| 2 | 74.7 | 71.7 | 77.6 | 75.3 | 72.4 | 78.1 | 71.6 | 67.8 | 75.0 | 69.2 | 65.2 | 73.2 |
| 3 | 73.7 | 70.7 | 76.7 | 74.3 | 71.4 | 77.1 | 70.6 | 66.8 | 74.1 | 68.3 | 64.2 | 72.3 |
| 4 | 72.8 | 69.7 | 75.7 | 73.4 | 70.5 | 76.2 | 69.6 | 65.8 | 73.1 | 67.4 | 63.2 | 71.3 |
| 5 | 71.8 | 68.8 | 74.7 | 72.4 | 69.5 | 75.2 | 68.7 | 64.8 | 72.1 | 66.5 | 62.4 | 70.3 |
| 6 | 70.8 | 67.8 | 73.7 | 71.4 | 68.5 | 74.2 | 67.7 | 64.0 | 71.2 | 65.5 | 61.4 | 69.4 |
| 7 | 69.8 | 66.8 | 72.7 | 70.4 | 67.5 | 73.2 | 66.7 | 63.0 | 70.2 | 64.5 | 60.4 | 68.4 |
| 8 | 68.8 | 65.8 | 71.7 | 69.4 | 66.5 | 72.2 | 65.7 | 62.0 | 69.2 | 63.5 | 59.4 | 67.4 |
| 9 | 67.8 | 64.8 | 70.8 | 68.4 | 65.5 | 71.2 | 64.7 | 61.0 | 68.2 | 62.5 | 58.4 | 66.4 |
| 10 | 66.8 | 63.8 | 69.8 | 67.4 | 64.5 | 70.2 | 63.8 | 60.0 | 67.2 | 61.5 | 57.5 | 65.4 |
| 11 | 65.9 | 62.8 | 68.8 | 66.4 | 63.5 | 69.2 | 62.8 | 59.0 | 66.2 | 60.6 | 56.5 | 64.4 |
| 12 | 64.9 | 61.8 | 67.8 | 65.5 | 62.5 | 68.3 | 61.8 | 58.1 | 65.2 | 59.6 | 55.5 | 63.4 |
| 13 | 63.9 | 60.9 | 66.8 | 64.5 | 61.6 | 67.3 | 60.8 | 57.1 | 64.2 | 58.6 | 54.5 | 62.5 |
| 14 | 62.9 | 59.9 | 65.8 | 63.5 | 60.6 | 66.3 | 59.8 | 56.1 | 63.3 | 57.6 | 53.5 | 61.5 |
| 15 | 61.9 | 58.9 | 64.8 | 62.5 | 59.6 | 65.3 | 58.9 | 55.1 | 62.3 | 56.7 | 52.6 | 60.5 |
| 16 | 61.0 | 58.0 | 63.8 | 61.5 | 58.7 | 64.3 | 57.9 | 54.2 | 61.3 | 55.7 | 51.6 | 59.5 |
| 17 | 60.0 | 57.0 | 62.9 | 60.6 | 57.7 | 63.3 | 56.9 | 53.3 | 60.3 | 54.8 | 50.7 | 58.6 |
| 18 | 59.1 | 56.1 | 61.9 | 59.6 | 56.8 | 62.4 | 56.0 | 52.4 | 59.4 | 53.8 | 49.8 | 57.6 |
| 19 | 58.1 | 55.2 | 60.9 | 58.7 | 55.8 | 61.4 | 55.1 | 51.5 | 58.4 | 52.9 | 48.9 | 56.6 |
| 20 | 57.2 | 54.2 | 60.0 | 57.7 | 54.9 | 60.4 | 54.2 | 50.6 | 57.4 | 52.0 | 48.0 | 55.7 |
| 21 | 56.2 | 53.3 | 59.0 | 56.8 | 54.0 | 59.5 | 53.2 | 49.7 | 56.5 | 51.1 | 47.2 | 54.7 |
| 22 | 55.3 | 52.4 | 58.0 | 55.8 | 53.0 | 58.5 | 52.3 | 48.8 | 55.5 | 50.2 | 46.3 | 53.7 |
| 23 | 54.3 | 51.5 | 57.0 | 54.9 | 52.1 | 57.5 | 51.4 | 47.9 | 54.5 | 49.2 | 45.4 | 52.8 |
| 24 | 53.4 | 50.6 | 56.1 | 53.9 | 51.2 | 56.5 | 50.5 | 47.0 | 53.6 | 48.3 | 44.6 | 51.8 |
| 25 | 52.4 | 49.6 | 55.1 | 53.0 | 50.2 | 55.6 | 49.5 | 46.1 | 52.6 | 47.4 | 43.7 | 50.9 |
| 26 | 51.5 | 48.7 | 54.1 | 52.0 | 49.3 | 54.6 | 48.6 | 45.2 | 51.7 | 46.5 | 42.9 | 49.9 |
| 27 | 50.6 | 47.8 | 53.2 | 51.1 | 48.4 | 53.6 | 47.7 | 44.4 | 50.7 | 45.6 | 42.0 | 49.0 |
| 28 | 49.6 | 46.9 | 52.2 | 50.1 | 47.4 | 52.6 | 46.8 | 43.5 | 49.8 | 44.7 | 41.1 | 48.0 |
| 29 | 48.7 | 45.9 | 51.2 | 49.2 | 46.5 | 51.7 | 45.9 | 42.6 | 48.8 | 43.8 | 40.3 | 47.1 |
| 30 | 47.7 | 45.0 | 50.3 | 48.2 | 45.6 | 50.7 | 45.0 | 41.7 | 47.9 | 42.9 | 39.4 | 46.2 |
| 31 | 46.8 | 44.1 | 49.3 | 47.3 | 44.6 | 49.7 | 44.0 | 40.9 | 46.9 | 42.0 | 38.5 | 45.2 |
| 32 | 45.8 | 43.2 | 48.3 | 46.3 | 43.7 | 48.8 | 43.1 | 39.9 | 46.0 | 41.1 | 37.7 | 44.3 |
| 33 | 44.9 | 42.2 | 47.4 | 45.4 | 42.8 | 47.8 | 42.2 | 39.1 | 45.1 | 40.2 | 36.8 | 43.4 |
| 34 | 44.0 | 41.3 | 46.4 | 44.4 | 41.9 | 46.8 | 41.3 | 38.2 | 44.1 | 39.4 | 36.0 | 42.5 |
| 35 | 43.0 | 40.4 | 45.5 | 43.5 | 40.9 | 45.9 | 40.5 | 37.3 | 43.2 | 38.5 | 35.1 | 41.6 |
| 36 | 42.1 | 39.5 | 44.5 | 42.5 | 40.0 | 44.9 | 39.6 | 36.5 | 42.3 | 37.6 | 34.3 | 40.7 |
| 37 | 41.2 | 38.6 | 43.6 | 41.6 | 39.1 | 43.9 | 38.7 | 35.6 | 41.4 | 36.8 | 33.4 | 39.8 |
| 38 | 40.3 | 37.7 | 42.6 | 40.7 | 38.2 | 43.0 | 37.8 | 34.8 | 40.5 | 35.9 | 32.6 | 38.9 |
| 39 | 39.3 | 36.8 | 41.7 | 39.7 | 37.2 | 42.0 | 36.9 | 33.9 | 39.6 | 35.1 | 31.8 | 38.0 |
| 40 | 38.4 | 35.9 | 40.7 | 38.8 | 36.4 | 41.1 | 36.1 | 33.1 | 38.7 | 34.2 | 31.0 | 37.1 |
| 41 | 37.5 | 35.0 | 39.8 | 37.9 | 35.5 | 40.1 | 35.2 | 32.3 | 37.8 | 33.4 | 30.2 | 36.2 |
| 42 | 36.6 | 34.1 | 38.9 | 37.0 | 34.6 | 39.2 | 34.3 | 31.4 | 36.9 | 32.6 | 29.4 | 35.3 |
| 43 | 35.7 | 33.3 | 37.9 | 36.1 | 33.7 | 38.2 | 33.5 | 30.6 | 36.0 | 31.7 | 28.6 | 34.5 |
| 44 | 34.8 | 32.4 | 37.0 | 35.1 | 32.8 | 37.3 | 32.6 | 29.8 | 35.1 | 30.9 | 27.8 | 33.6 |
| 45 | 33.9 | 31.5 | 36.1 | 34.2 | 31.9 | 36.4 | 31.8 | 29.0 | 34.2 | 30.1 | 27.1 | 32.8 |
| 46 | 33.0 | 30.6 | 35.1 | 33.3 | 31.0 | 35.4 | 31.0 | 28.2 | 33.3 | 29.3 | 26.3 | 31.9 |
| 47 | 32.1 | 29.8 | 34.2 | 32.4 | 30.1 | 34.5 | 30.1 | 27.4 | 32.4 | 28.5 | 25.6 | 31.0 |
| 48 | 31.2 | 28.9 | 33.3 | 31.5 | 29.2 | 33.6 | 29.3 | 26.6 | 31.6 | 27.7 | 24.8 | 30.2 |
| 49 | 30.3 | 28.0 | 32.4 | 30.6 | 28.4 | 32.7 | 28.5 | 25.9 | 30.7 | 26.9 | 24.1 | 29.4 |
| 50 | 29.5 | 27.2 | 31.5 | 29.7 | 27.5 | 31.7 | 27.7 | 25.1 | 29.9 | 26.2 | 23.4 | 28.5 |
| 51 | 28.6 | 26.3 | 30.6 | 28.9 | 26.6 | 30.8 | 26.9 | 24.3 | 29.0 | 25.4 | 22.7 | 27.7 |
| 52 | 27.7 | 25.5 | 29.7 | 28.0 | 25.8 | 29.9 | 26.1 | 23.6 | 28.2 | 24.6 | 22.0 | 26.9 |
| 53 | 26.9 | 24.7 | 28.8 | 27.1 | 25.0 | 29.1 | 25.3 | 22.9 | 27.4 | 23.9 | 21.3 | 26.1 |
| 54 | 26.0 | 23.9 | 28.0 | 26.3 | 24.1 | 28.2 | 24.5 | 22.1 | 26.5 | 23.1 | 20.6 | 25.3 |
| 55 | 25.2 | 23.1 | 27.1 | 25.4 | 23.3 | 27.3 | 23.8 | 21.4 | 25.7 | 22.4 | 19.9 | 24.5 |
| 56 | 24.4 | 22.3 | 26.2 | 24.6 | 22.5 | 26.4 | 23.0 | 20.7 | 24.9 | 21.7 | 19.2 | 23.7 |
| 57 | 23.6 | 21.5 | 25.4 | 23.8 | 21.7 | 25.6 | 22.3 | 20.0 | 24.1 | 21.0 | 18.6 | 23.0 |
| 58 | 22.8 | 20.7 | 24.5 | 22.9 | 20.9 | 24.7 | 21.5 | 19.3 | 23.3 | 20.3 | 17.9 | 22.2 |
| 59 | 22.0 | 20.0 | 23.7 | 22.1 | 20.1 | 23.9 | 20.8 | 18.6 | 22.5 | 19.6 | 17.3 | 21.4 |
| 60 | 21.2 | 19.2 | 22.9 | 21.4 | 19.4 | 23.0 | 20.1 | 18.0 | 21.8 | 18.9 | 16.7 | 20.7 |
| 61 | 20.4 | 18.5 | 22.1 | 20.6 | 18.6 | 22.2 | 19.4 | 17.3 | 21.0 | 18.2 | 16.1 | 20.0 |
| 62 | 19.7 | 17.8 | 21.3 | 19.8 | 17.9 | 21.4 | 18.7 | 16.7 | 20.3 | 17.5 | 15.6 | 19.3 |
| 63 | 19.0 | 17.1 | 20.5 | 19.1 | 17.2 | 20.6 | 18.0 | 16.1 | 19.6 | 17.0 | 15.0 | 18.6 |
| 64 | 18.3 | 16.4 | 19.7 | 18.3 | 16.5 | 19.8 | 17.4 | 15.5 | 18.8 | 16.4 | 14.5 | 17.9 |
| 65 | 17.5 | 15.7 | 19.0 | 17.6 | 15.8 | 19.1 | 16.7 | 14.9 | 18.1 | 15.8 | 13.9 | 17.2 |
| 66 | 16.8 | 15.1 | 18.2 | 16.9 | 15.2 | 18.3 | 16.1 | 14.3 | 17.4 | 15.2 | 13.4 | 16.6 |
| 67 | 16.1 | 14.4 | 17.5 | 16.2 | 14.5 | 17.6 | 15.4 | 13.7 | 16.7 | 14.6 | 12.8 | 15.9 |
| 68 | 15.4 | 13.8 | 16.7 | 15.5 | 13.9 | 16.8 | 14.8 | 13.1 | 16.0 | 13.9 | 12.2 | 15.2 |
| 69 | 14.8 | 13.2 | 16.0 | 14.9 | 13.2 | 16.1 | 14.2 | 12.5 | 15.3 | 13.4 | 11.7 | 14.6 |
| 70 | 14.1 | 12.5 | 15.3 | 14.2 | 12.6 | 15.4 | 13.6 | 12.0 | 14.7 | 12.8 | 11.2 | 13.9 |
| 71 | 13.5 | 12.0 | 14.6 | 13.5 | 12.0 | 14.6 | 13.0 | 11.5 | 14.1 | 12.2 | 10.7 | 13.4 |
| 72 | 12.9 | 11.4 | 13.9 | 12.9 | 11.4 | 14.0 | 12.5 | 11.0 | 13.4 | 11.7 | 10.2 | 12.8 |
| 73 | 12.3 | 10.9 | 13.2 | 12.3 | 10.9 | 13.3 | 11.9 | 10.6 | 12.9 | 11.2 | 9.8 | 12.2 |
| 74 | 11.7 | 10.3 | 12.6 | 11.7 | 10.3 | 12.6 | 11.4 | 10.1 | 12.3 | 10.8 | 9.4 | 11.7 |
| 75 | 11.1 | 9.8 | 12.0 | 11.1 | 9.8 | 12.0 | 10.9 | 9.7 | 11.7 | 10.3 | 9.0 | 11.2 |
| 76 | 10.5 | 9.3 | 11.3 | 10.5 | 9.3 | 11.3 | 10.4 | 9.2 | 11.1 | 9.8 | 8.6 | 10.6 |
| 77 | 9.9 | 8.8 | 10.7 | 9.9 | 8.8 | 10.7 | 9.9 | 8.8 | 10.5 | 9.4 | 8.2 | 10.1 |
| 78 | 9.4 | 8.3 | 10.1 | 9.4 | 8.3 | 10.1 | 9.4 | 8.3 | 10.0 | 8.9 | 7.7 | 9.5 |
| 79 | 8.9 | 7.8 | 9.5 | 8.9 | 7.8 | 9.5 | 8.9 | 7.9 | 9.4 | 8.4 | 7.2 | 9.0 |
| 80 | 8.4 | 7.3 | 8.9 | 8.3 | 7.3 | 8.9 | 8.4 | 7.5 | 8.9 | 8.0 | 7.0 | 8.5 |
| 81 | 7.9 | 6.9 | 8.4 | 7.8 | 6.9 | 8.4 | 7.9 | 7.1 | 8.4 | 7.5 | 6.6 | 8.0 |
| 82 | 7.4 | 6.5 | 7.9 | 7.3 | 6.4 | 7.9 | 7.5 | 6.7 | 7.9 | 7.1 | 6.2 | 7.5 |
| 83 | 6.9 | 6.1 | 7.3 | 6.9 | 6.0 | 7.3 | 7.1 | 6.4 | 7.4 | 6.7 | 5.8 | 7.1 |
| 84 | 6.5 | 5.7 | 6.8 | 6.4 | 5.7 | 6.8 | 6.7 | 6.1 | 7.0 | 6.3 | 5.5 | 6.6 |
| 85 | 6.1 | 5.4 | 6.4 | 6.0 | 5.3 | 6.3 | 6.3 | 5.7 | 6.6 | 6.0 | 5.2 | 6.2 |

Table A-1. Working life table for men, 1979-80

(Average years remaining)

| Age | Life expectancy | Expectation of active and inactive life by current labor force status: Total population | | Currently active in labor force | | Currently inactive | |
|---|---|---|---|---|---|---|---|
| | | Active years remaining | Inactive years remaining | Active years remaining | Inactive years remaining | Active years remaining | Inactive years remaining |
| $x$ | $^{T}e_x$ | $^{T}e^{a}_x$ | $^{T}e^{i}_x$ | $^{a}e^{a}_x$ | $^{a}e^{i}_x$ | $^{i}e^{a}_x$ | $^{i}e^{i}_x$ |
| | (1) | (2) | (3) | (4) | (5) | (6) | (7) |
| 16 | 55.5 | 38.1 | 16.5 | 39.8 | 15.7 | 38.2 | 17.2 |
| 17 | 54.6 | 38.6 | 16.0 | 39.3 | 15.3 | 37.7 | 16.9 |
| 18 | 53.7 | 38.0 | 15.6 | 38.7 | 15.0 | 37.1 | 16.6 |
| 19 | 52.8 | 37.5 | 15.3 | 38.1 | 14.7 | 36.4 | 16.3 |
| 20 | 51.8 | 36.8 | 15.0 | 37.4 | 14.5 | 35.7 | 16.1 |
| 21 | 50.9 | 36.2 | 14.8 | 36.7 | 14.3 | 35.0 | 16.0 |
| 22 | 50.0 | 35.4 | 14.6 | 35.9 | 14.1 | 34.2 | 15.8 |
| 23 | 49.1 | 34.7 | 14.4 | 35.1 | 14.0 | 33.4 | 15.7 |
| 24 | 48.2 | 33.9 | 14.3 | 34.3 | 13.9 | 32.6 | 15.6 |
| 25 | 47.3 | 33.1 | 14.2 | 33.5 | 13.8 | 31.8 | 15.6 |
| 26 | 46.4 | 32.2 | 14.1 | 32.7 | 13.8 | 30.9 | 15.5 |
| 27 | 45.5 | 31.5 | 14.1 | 31.8 | 13.7 | 30.0 | 15.5 |
| 28 | 44.6 | 30.6 | 14.0 | 30.9 | 13.7 | 29.1 | 15.3 |
| 29 | 43.7 | 29.8 | 13.9 | 30.1 | 13.6 | 28.1 | 15.4 |
| 30 | 42.8 | 28.9 | 13.9 | 29.2 | 13.6 | 27.1 | 15.6 |
| 31 | 41.9 | 28.0 | 13.9 | 28.3 | 13.5 | 26.2 | 15.7 |
| 32 | 40.9 | 27.1 | 13.8 | 27.5 | 13.5 | 25.1 | 15.8 |
| 33 | 40.0 | 26.2 | 13.8 | 26.6 | 13.4 | 24.1 | 15.9 |
| 34 | 39.1 | 25.3 | 13.7 | 25.7 | 13.4 | 23.1 | 15.9 |
| 35 | 38.2 | 24.5 | 13.7 | 24.8 | 13.4 | 22.1 | 16.0 |
| 36 | 37.3 | 23.6 | 13.7 | 23.9 | 13.3 | 21.1 | 16.2 |
| 37 | 36.3 | 22.7 | 13.7 | 23.1 | 13.3 | 20.0 | 16.3 |
| 38 | 35.4 | 21.8 | 13.6 | 22.2 | 13.2 | 19.0 | 16.5 |
| 39 | 34.5 | 20.9 | 13.6 | 21.3 | 13.2 | 17.9 | 16.6 |
| 40 | 33.6 | 20.0 | 13.6 | 20.4 | 13.2 | 16.9 | 16.7 |
| 41 | 32.7 | 19.2 | 13.6 | 19.6 | 13.1 | 15.9 | 16.8 |
| 42 | 31.8 | 18.3 | 13.5 | 18.7 | 13.1 | 14.9 | 17.0 |
| 43 | 30.9 | 17.4 | 13.5 | 17.9 | 13.0 | 13.8 | 17.1 |
| 44 | 30.1 | 16.6 | 13.5 | 17.1 | 13.0 | 12.9 | 17.3 |
| 45 | 29.2 | 15.7 | 13.5 | 16.3 | 12.9 | 11.8 | 17.3 |
| 46 | 28.3 | 14.9 | 13.4 | 15.5 | 12.9 | 10.8 | 17.4 |
| 47 | 27.5 | 14.0 | 13.4 | 14.7 | 12.9 | 10.0 | 17.4 |
| 48 | 26.6 | 13.2 | 13.4 | 13.9 | 12.8 | 9.2 | 17.4 |
| 49 | 25.8 | 12.4 | 13.4 | 13.1 | 12.7 | 8.3 | 17.4 |
| 50 | 25.0 | 11.6 | 13.4 | 12.3 | 12.6 | 7.5 | 17.4 |
| 51 | 24.2 | 10.8 | 13.4 | 11.5 | 12.6 | 6.8 | 17.4 |
| 52 | 23.4 | 10.0 | 13.3 | 10.4 | 12.5 | 6.1 | 17.3 |
| 53 | 22.6 | 9.3 | 13.3 | 10.1 | 12.5 | 5.4 | 17.2 |
| 54 | 21.8 | 8.5 | 13.3 | 9.4 | 12.4 | 4.7 | 17.1 |
| 55 | 21.1 | 7.8 | 13.3 | 8.7 | 12.4 | 4.2 | 16.9 |
| 56 | 20.3 | 7.0 | 13.3 | 8.0 | 12.3 | 3.7 | 16.7 |
| 57 | 19.6 | 6.3 | 13.3 | 7.4 | 12.2 | 3.2 | 16.4 |
| 58 | 18.9 | 5.6 | 13.2 | 6.8 | 12.1 | 2.8 | 16.1 |
| 59 | 18.2 | 5.0 | 13.2 | 6.2 | 11.9 | 2.5 | 15.7 |
| 60 | 17.5 | 4.4 | 13.1 | 5.7 | 11.7 | 2.2 | 15.3 |
| 61 | 16.8 | 3.9 | 12.9 | 5.3 | 11.5 | 1.9 | 14.9 |
| 62 | 16.1 | 3.4 | 12.7 | 4.9 | 11.2 | 1.7 | 14.4 |
| 63 | 15.5 | 3.0 | 12.5 | 4.6 | 10.9 | 1.5 | 14.0 |
| 64 | 14.9 | 2.6 | 12.3 | 4.3 | 10.5 | 1.3 | 13.5 |
| 65 | 14.2 | 2.3 | 12.0 | 4.1 | 10.1 | 1.2 | 13.1 |
| 66 | 13.6 | 2.0 | 11.6 | 3.9 | 9.7 | 1.0 | 12.6 |
| 67 | 13.0 | 1.8 | 11.3 | 3.8 | 9.3 | .9 | 12.2 |
| 68 | 12.5 | 1.6 | 10.9 | 3.6 | 8.9 | .7 | 11.8 |
| 69 | 11.9 | 1.4 | 10.5 | 3.4 | 8.5 | .5 | 11.4 |
| 70 | 11.4 | 1.2 | 10.2 | 3.2 | 8.1 | .4 | 11.0 |
| 71 | 10.9 | 1.1 | 9.8 | 3.1 | 7.8 | .3 | 10.5 |
| 72 | 10.4 | .9 | 9.4 | 2.8 | 7.5 | .2 | 10.1 |
| 73 | 9.9 | .8 | 9.1 | 2.6 | 7.3 | .1 | 9.7 |
| 74 | 9.4 | .7 | 8.7 | 2.2 | 7.2 | .1 | 9.2 |
| 75 | 9.0 | .6 | 8.4 | 1.7 | 7.2 | 0 | 8.9 |