**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

**RICHARD MOREAU**
**PLAINTIFF**

**V.** **C.A. NO. 04-459 S**

**STATE OF RHODE ISLAND,**
**DEPARTMENT OF CORRECTIONS,**
**ASHBEL T. WALL, DIRECTOR,**
**JAMES WEEDEN, WARDEN,**
**JOSEPH MAROCCO, ASSOCIATE DIRECTOR**
**OF HEALTH CARE, SCOTT ALLEN, MD,**
**DR. SMILEY, R. FIGUEROA,**
**BARBARA A. CARROLL, RN,**
**MARYLYN GREJDUS, RN,**
**JOHN DOE (1), JOHN DOE (2), JOHN DOE (3)**
**DEFENDANTS**

## STATEMENT OF UNDISPUTED FACTS

Now come Defendants, A.T. Wall and James Weeden, and respectfully submit the following Statement of Undisputed Facts pursuant to Local Rule 56:

1. Plaintiff Richard Moreau is and was incarcerated within the R.I. Department of Corrections ("DOC"). See Exhibit A - First Amended Complaint ("Cpt."), ¶ 1.
2. The instant Defendants are DOC Director A.T. Wall and DOC Warden James Weeden sued in their official and individual capacities. Cpt., ¶ 2 and 3.
3. Plaintiff's Complaint alleges: Count I - negligence and professional malpractice; Count II - violation of open records statute and Count II - and constitutional deprivations (Count III). See Cpt.
4. As to Count I, the Court has previously granted Defendants' Motion for Certification and Substitution of the State pursuant to R.I. Gen. Laws § 9-31-12. See Memorandum and Order dated May 5, 2006.

5. As to Count II, Defendants have herewith filed a Motion for Judgment on the Pleadings under Fed. R. Civ. P. Rule 12(c). See Motion.

6. Plaintiff's Complaint alleged that, while incarcerated within the R.I. Department of Corrections ("DOC"), he lost his vision and became legally blind. Cpt. ¶35-36.

7. The Complaint, Count III, avers that Wall and Weeden violated Moreau's right, under the U.S. and R.I. Constitutions, to due process and to be free from cruel and unusual punishment. Id.

8. Plaintiff alleges that Wall and Weeden acted intentionally, recklessly and egregiously. Id. However, no specific allegations are made as against them. Id.

9. Defendant Wall testified in his Answers to Interrogatories as follows:

> Interr. No. 10. With respect to each count filed against you in this action by the Plaintiff, set forth in detail all facts which you rely upon in support of your denial that your actions or inactions did not cause or contribute to the injuries or damages alleged by the Plaintiff.
>
> **ANSWER: At no time prior to being served with the plaintiff's complaint have I had any knowledge concerning the allegations contained therein. Please see the Answers of the other State Defendants.**

See Exhibit B – Wall's Answer to Interrogatory No. 10. (Emphasis added.)

10. Defendant Weeden testified in his Answers to Interrogatories as follows:

> Interr. No. 5. Please identify each and every person by name and address and phone number known or believed to be a witness to the matter set forth in Plaintiff's Complaint; Further, please state the name and address of all persons believed or known by you to have any knowledge concerning any facts pertaining to the claims set forth in this action by the Plaintiff or the defense set forth by you to this action; for each person you anticipate and/or intend on calling as a witness in the defense of this matter, as to each person set forth with specificity the anticipated subject matter of his/her testimony and the facts upon which the anticipated subject matter is based.
>
> **ANSWER:** Objection, irrelevant and not reasonably calculated to lead to the discovery of admissible evidence. Without waiving said Objections, **I have no knowledge regarding the allegations contained in the plaintiff's complaint, because I was not the Warden of the Intake Services Center, the High**

**Security Center or Medium 1 Security Facility at any time relevant to Plaintiff's Complaint.**

See Exhibit C – Weeden's Answer to Interrogatory No. 5. (Emphasis added.)

Respectfully submitted,

DEFENDANTS
By their Attorney,

PATRICK C. LYNCH
ATTORNEY GENERAL

Thomas A. Palombo, Bar No. 4212
Assistant Attorney General
150 South Main Street
Providence, RI 02903
Tel: (401) 274-4400 ext. 2296
Fax: (401) 222-2995

## CERTIFICATION

I, the undersigned, hereby certify that I mailed a true copy of this Statement of Undisputed Facts by first class mail, postage pre-paid, on this 16th day of June 2006 to those indicated below:

**Joseph-Anthony DiMaio, Esquire**
McKinnon & Harwood
1168 Newport Avenue
Pawtucket, RI 02861