WEEDEN
INTERR. ANS.
NO. 5

coverage is cumulative.

**ANSWER:** None.

4. List all discoverable non-privileged information regarding any and all expert witness retained to testify on your behalf, including without limitation and by way of example and not quantification, their names, residence and business addresses; qualifications, field of specialization; the subject matter upon which the expert is expected to testify; the substance of the facts and opinions to which the expert is expected to testify; and a summary of the grounds of each opinion.

**ANSWER:** None at this time, to be supplemented in accordance with the Rules of Civil Procedure and the Court's Pretrial Order.

5. Please identify each and every person by name and address and phone number known or believed to be a witness to the matter set forth in Plaintiff's Complaint; Further, please state the name and address of all persons believed or known by you to have any knowledge concerning any facts pertaining to the claims set forth in this action by the Plaintiff or the defense set forth by you to this action; for each person you anticipate and/or intend on calling as a witness in the defense of this matter, as to each person set forth with specificity the anticipated subject matter of his/her testimony and the facts upon which the anticipated subject matter is based.

**ANSWER:** Objection, irrelevant and not reasonably calculated to lead to the discovery of admissible evidence. Without waiving said Objections, I have no knowledge regarding the allegations contained in the plaintiff's complaint, because I was not the Warden of the Intake Services Center, the High Security Center or Medium 1 Security Facility at any time relevant to Plaintiff's Complaint.

6. If you or any person acting on your behalf has written statements from any witnesses, for each such statement, indicate all non-privileged details, including, without limitation and by way of example and not quantification, the name, address, and job description of the person who gave and signed the statement; the name, address, and job description of each person present at the time the statement was given; the date of the statement; the contents of each statement in detail; the name and address of the person who has custody of the statement; the name, address, and occupation of the person who took the statement; if the statement was given under oath.

**ANSWER:** None.

7. Please identify by title, name of author and date of publication all books, articles, treatises, or other learned writings which you intend to introduce at time of trial as part of