**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| RICHARD MOREAU<br>PLAINTIFF<br><br>VS.<br><br>STATE OF RHODE ISLAND, DEPARTMENT OF CORRECTIONS, ASHBEL T. WALL, DIRECTOR, JAMES WEEDEN, WARDEN, JOSEPH MAROCCO, ASSOCIATE DIRECTOR OF HEALTH CARE, SCOTT ALLEN, MD, DR. SMILEY, R. FIGUEROA, BARBARA A. CARROLL, RN, MARYLYN GREJUDUS, RN, JOE DOE (1), JOHN DOE (2), JOHN DOE (3)<br>DEFENDANTS | ) | CA NO. 04-459-S |

**PLAINTIFF'S MOTION TO FILE OPPOSITION TO MOTION FOR JUDGMENT ON THE PLEADING OUT OF TIME.**

Now comes the Plaintiff in the above-entitled matter and respectfully moves this Honorable Court grant an Order allowing Plaintiff to file his Memorandum in Opposition and Objection to Defendants Motion for Judgment on the Pleadings out of time. Plaintiff states that he was served with Defendant's Motion for Judgment on the Pleadings June 14, 2006, together with a Motion for Summary Judgment. Research, writing, analysis, and preparation of same took longer than anticipated. In addition, it was anticipated that Plaintiff may need additional time for to respond to this motion, as reflected in Defendant's June 14, 2006 cover letter (Exhibit A). Accordingly, Plaintiff hereby seeks permission to file same six (6) days late.

**NOTICE:** The above-entitled matter shall be called for hearing on a date to be determined by the United States District Court for the District of Rhode Island.

Plaintiff,
By Counsel,

Joseph-Anthony DiMaio, Esq.
Attorney #3910
Mckinnon & Harwood
1168 Newport Avenue
Pawtucket RI 02861
(401) 723-9655

**CERTIFICATION**

I hereby certify that a true copy of the within Objection was mailed to **Thomas A. Palombo Esq.**, 150 South Main Street, Providence, RI 02903, on the 30th day of June, 2006.