**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| RICHARD MOREAU<br>PLAINTIFF<br><br>VS.<br><br>STATE OF RHODE ISLAND, DEPARTMENT OF CORRECTIONS, ASHBEL T. WALL, DIRECTOR, JAMES WEEDEN, WARDEN, JOSEPH MAROCCO, ASSOCIATE DIRECTOR OF HEALTH CARE, SCOTT ALLEN, MD, DR. SMILEY, R. FIGUEROA, BARBARA A. CARROLL, RN, MARYLYN GREJUDUS, RN, JOE DOE (1), JOHN DOE (2), JOHN DOE (3)<br>DEFENDANTS | ) | CA NO. 04-459-S |

**PLAINTIFF'S MOTION TO EXTEND TIME TO FILE: MEMORANDUM OF LAW IN SUPPORT OF OBJECTION TO DEFENDANTS, A.T. WALL AND JAMES WEEDEN'S MOTION FOR SUMMARY JUDGMENT, AND STATEMENT OF DISPUTED AND UNDISPUTED FACTS**

Now comes the Plaintiff in the above-entitled matter and respectfully moves this Honorable Court grant an Order allowing Plaintiff to file his Memorandum of Law In Support of Objection to Defendants, A.T. Wall and James Weeden's Motion for Summary Judgment ("Motion"), and Statement of Disputed and Undisputed Facts out of time. In support of this motion, Plaintiff states that he was served with Defendant's Motion on June 14, 2006 together with a Motion for Judgment on the Pleadings. Research, writing, analysis, and preparation of same took longer than anticipated. In addition, it was anticipated that Plaintiff may need additional time for to respond to this motion, as reflected in Defendant's June 14, 2006 cover letter (Exhibit A). Contemporaneous with this motion, Plaintiff files a motion to file his opposition to Defendant's Motion for Judgmeent on the Pleadings out of time.

Respectfully, Plaintiff seeks an order permiting filing in response to the Motion on or before July 10, 2006.

**NOTICE:** **The above-entitled matter shall be called for hearing on a date to be determined by the United States District Court for the District of Rhode Island.**

Plaintiff,
By Counsel,

Joseph Anthony DiMaio, Esq.
Attorney #3910
Mckinnon & Harwood
1168 Newport Avenue
Pawtucket RI 02861
(401) 723-9655

**CERTIFICATION**

I hereby certify that a true copy of the within Objection was mailed to **Thomas A. Palombo Esq.**, 150 South Main Street, Providence, RI 02903, on the 30th day of June, 2006.