FILED
JUN 30 2006
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

RICHARD MOREAU
PLAINTIFF

VS.

STATE OF RHODE ISLAND, DEPARTMENT OF CORRECTIONS, ASHBEL T. WALL, DIRECTOR, JAMES WEEDEN, WARDEN, JOSEPH MAROCCO, ASSOCIATE DIRECTOR OF HEALTH CARE, SCOTT ALLEN, MD, DR. SMILEY, R. FIGUEROA, BARBARA A. CARROLL, RN, MARYLYN GREJUDUS, RN, JOE DOE (1), JOHN DOE (2), JOHN DOE (3)
DEFENDANTS

CA NO. 04-459-S

Referred to U.S.M.J. LDA/mm
☐ for findings & recommendations
☒ for determination
☐
William E. Smith, District Judge
Date: 6/30/06

7/6/06: GRANTED ABSENT OPPOSITION. LDA

**PLAINTIFF'S MOTION TO EXTEND TIME TO FILE: MEMORANDUM OF LAW IN SUPPORT OF OBJECTION TO DEFENDANTS, A.T. WALL AND JAMES WEEDEN'S MOTION FOR SUMMARY JUDGMENT, AND STATEMENT OF DISPUTED AND UNDISPUTED FACTS**

Now comes the Plaintiff in the above-entitled matter and respectfully moves this Honorable Court grant an Order allowing Plaintiff to file his Memorandum of Law In Support of Objection to Defendants, A.T. Wall and James Weeden's Motion for Summary Judgment ("Motion"), and Statement of Disputed and Undisputed Facts out of time. In support of this motion, Plaintiff states that he was served with Defendant's Motion on June 14, 2006 together with a Motion for Judgment on the Pleadings. Research, writing, analysis, and preparation of same took longer than anticipated. In addition, it was anticipated that Plaintiff may need additional time for to respond to this motion, as reflected in Defendant's June 14, 2006 cover letter (Exhibit A). Contemporaneous with this motion, Plaintiff files a motion to file his opposition to Defendant's Motion for Judgmeent on the Pleadings out of time.