**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| RICHARD MOREAU<br>PLAINTIFF<br><br>VS.<br><br>STATE OF RHODE ISLAND, DEPARTMENT OF CORRECTIONS, ASHBEL T. WALL, DIRECTOR, JAMES WEEDEN, WARDEN, JOSEPH MAROCCO, ASSOCIATE DIRECTOR OF HEALTH CARE, SCOTT ALLEN, MD, DR. SMILEY, R. FIGUEROA, BARBARA A. CARROLL, RN, MARYLYN GREJUDUS, RN, JOE DOE (1), JOHN DOE (2), JOHN DOE (3)<br>DEFENDANTS | ) | CA NO. 04-459-S |

**STIPULATION**

Now come the parties in the above-entitled matter and hereby stipulate as follows:

1. Plaintiff's Motion to File Opposition to Motion for Judgment on the Pleadings, Out of Time, may be granted. Defendants consent to filing on or before July 7, 2006.

2. Plaintiff's Motion to Extent time to File Memorandum of Law in Support of Objection to defendants, A.T. Wall and James Weeden's Motion for Summary Judgment, and Statement of Disputed and Undisputed facts, may be granted. Defendants consent to filing on or before July 10, 2006.

Plaintiff
**Richard Moreau**

Joseph-Anthony DiMaio, Esquire
Attorney #3910
McKinnon & Harwood
1168 Newport Avenue
Pawtucket, RI 02861
Tel: (401) 723-9655
Fax: (401) 722-9106

Defendants
By their Attorney
PATRICK C. LYNCH
ATTORNEY GENERAL

Thomas A. Palombo, Esq.
Assistant Attorney General
Attorney #4212
150 South Main Street
Providence, RI 02903
Tel: (401) 274-4400 ext. 2296
Fax: (401) 222-2995

**ENTERED:**

DATE: 7/6/06

**PER ORDER**

DATE: 7/7/06