# EXHIBIT A

[ ] DENTAL
[ ] MEDICAL REQUEST
[ ] MENTAL HEALTH

DATE:____________________ CELL/WING/MOD ____________

TIME:____________________ BLDG____________

NAME____________________ D.O.B.____________

SPECIFIC PROBLEM________________________

____________________________________

____________________________________

Is this a work assignment injury? Yes No (circle one)

---

HEALTH CARE RESPONSE________________________

____________________________________

____________________________________

Nursing Signature/Date

Distribution: White-Dispensary Yellow-Administrator Pink-Inmate
Form: c:\forms\medreqst041599