# EXHIBIT B

STATE OF RHODE ISLAND AND PROVIDENCE PLANTATIONS

Department of Corrections
OFFICE OF LEGAL COUNSEL
40 Howard Avenue
Cranston, R.I. 02920
Tel: (401) 462-2622
Fax: (401) 462-2583
TDD: (401) 462-5180

August 6, 2004

Joseph A. DiMaio, Esq.
McKinnon & Harwood
1168 Newport Avenue
Pawtucket, Rhode Island 02861

Re: **Richard Moreau**

Dear Joe:

Pursuant to your request for public information, enclosed please find a complete copy of Mr. Moreau's medical record, maintained by the Department; consent forms concerning medical treatment/medical information/health care information related to inpatient services, as well as a medical entrance screening form, a Corrections health services -- Hx and Pe form with breakdown of offenders currently supervised by the probation and parole unit, which identifies supervision, gender, offense type; job specifications inclusive of salary range for the positions of Associate Director of Health Services, Correctional Officer - Hospital, Correctional Officer - Hospital II, Correctional Officer, Hospital Supervisor, Director of General Nursing Services, Medical Program Director, Physician II-General, Assistant Director, Administration, Assistant Director, Institutions/Operations, Assistant Director, Rehabilitative Services, and Warden.

As we discussed on August 3rd via telephone, you shall be providing me with the specific health policies you would like copied and forwarded. There will be a minor charge for providing copies of these policies. There is no charge for providing copies of the enclosed documents.

Very truly yours,

Michael B. Grant
Deputy Chief Legal Counsel