# *ASHBEL T. ("A.T.") WALL, II*
# *RESUME*

Rhode Island Department of Corrections
40 Howard Avenue
Cranston, RI 02920
Phone: (401) 462-2611
e-mail: at.wall@doc.ri.gov

## Employment

**1987-Present** **RHODE ISLAND DEPARTMENT OF CORRECTIONS** **CRANSTON, RHODE ISLAND**

***Director (2000 - present).*** Chief Executive Officer for a comprehensive correctional agency encompassing all components of Rhode Island's adult correctional system: jails, prisons, probation, parole, transitional housing and home confinement. Set policy direction and oversee all operations for a department that supervises over 3600 pretrial and sentenced inmates in eight institutions and 27,000 offenders on probation, parole and community confinement. Budget totals $136 million and staff complement is 1550. First native Rhode Islander and first employee from within Departmental ranks to lead agency in 22 years.

## SIGNIFICANT ACCOMPLISHMENTS

- *Leadership.* Have successfully guided Department through all-time highs in both inmate and community corrections populations.
- *Safe and Secure Institutions.* No riots, disturbances, homicides or escapes from secure facilities during tenure as Director. Exceptionally low rates of assaults and suicides.
- *Labor Relations.* Successfully resolved four-year-old contract dispute with correctional officers union while securing new management rights.
- *Programming.* Significant upgrades and expansions of mental health, sex offender treatment, domestic violence, discharge planning and victim notification and services programs.
- *Community Corrections.* Inaugurated transitional housing program, launched intensive community-based probation for high risk youthful offenders in Providence and created the Family Life Center to support ex-inmates returning to South Providence.
- *Workforce Diversity.* Increased diversity of workforce through strong community outreach. Eighteen percent of correctional officers hired as Director are members of racial minority groups.
- *Economies and Efficiencies.* Achieved savings for taxpayers through such measures as negotiating increases in court-ordered inmate capacities at Adult Correctional Institutions, contracting to house federal detainees at a profit to the state and outsourcing the inmate commissary.

***Assistant Director, Administration (1991-1999).*** Functioned as agency's second-in-command and directed central management for entire Department. Acting Director during all absences of Director and Interim Director during transition to appointment as Director. Significant accomplishments included

heading team that successfully resolved two decades of federal litigation over conditions of confinement in all ACI facilities; overseeing $125 million in capital construction anchored by two new prisons totaling almost 1700 beds; authoring and enforcing tough new Code of Ethics and Conduct.

*Assistant Director, Policy and Development (1987-1991)*

**1985-1987** **OFFICE OF THE GOVERNOR** **PROVIDENCE, RHODE ISLAND**

***Principal Policy Analyst.*** Advised Governor on issues relating to criminal and juvenile justice and corrections; child abuse, neglect and other aspects of child welfare; and mental health and retardation.

**1981-1985** **VERA INSTITUTE OF JUSTICE** **NEW YORK, NEW YORK**

***Director, Manhattan Community Service Sentencing Project*** for major institute dedicated to criminal justice reform. Directed pioneering community corrections program as alternative to jail for chronic offenders convicted in Manhattan Criminal Court.

**1980-1981** ***OFFICE OF THE DISTRICT ATTORNEY, NEW YORK COUNTY*** **New York, New York**

***Assistant District Attorney.*** Prosecuted criminal cases in Manhattan.

**1976-1978** **SUPERIORCOURT FOR THE STATE OF CONNECTICUT** **NEW HAVEN, CONNECTICUT**
**DIVISION FOR JUVENILE MATTERS**

***Probation Officer.*** Investigated backgrounds and circumstances of youths adjudicated delinquent. Presented recommendations in court at dispositional hearings. Supervised juveniles placed on probation.

**1979 (summer)** **DAVIS POLK & WARDWELL** **NEW YORK, NEW YORK**

***Summer Associate*** in civil litigation and corporate law.

## Education

**YALE LAW SCHOOL** **NEW HAVEN, CONNECTICUT**

***Juris Doctor, 1980***

**YALE UNIVERSITY** **NEW HAVEN, CONNECTICUT**

***Bachelor of Arts, summa cum laude, 1975.*** Phil Beta Kappa.

## OTHER

- *Bar Admissions.* Admitted to practice of law in Rhode Island, New York and Federal Court

- *Commissions and Boards.* Tapped to serve on numerous state and national commissions on wide range of topics including institutional security, prison overcrowding, racial disparity and probation and parole. Member of State's Information Resources Management Board, which sets policy for state's management information systems development.
- *Professional Development.* Participant and presenter in a number of programs sponsored by National Institute of Corrections (U.S. Department of Justice). Chair, Program and Training Committee for professional organization of all state corrections directors (Association of State Correctional Administrators).
- *Consulting.* Expert witness for Federal District Court in the areas of correctional administration and inmate management (security issues, classification and gangs) for major litigation on conditions of confinement in Commonwealth of Puerto Rico's correctional institutions (1994-1999).
- *SECA.* Chair, State Employees Charitable Appeal Campaign for 2001-2002.

## Publications

Juvenile Robbery in New Haven. Monograph of Guggenheim Program in Criminal Justice (1979).

"Inmate Grievance Procedures" in Carlson and Garrett (eds.) Prison and Jail Administration: Practice and Theory. Gaithersburg, Maryland: Aspen Publications, Inc. 1999.

## Personal

Conversant in Spanish, French and Italian.
Married, two children.

References available upon request.

November 2002