Q. Okay. Do you have a recollection of reviewing any medical request slips submitted by Mr. Moreau?
A. No.
MR. DIMAIO: Okay. And so that we understand what a medical request slip is, I'm going to ask this next document be marked as Exhibit Number 2.
(PLAINTIFF'S EXHIBIT 2 MARKED FOR IDENTIFICATION)
Q. I'm handing to you what's been marked as Plaintiff's Exhibit 2. Do you recognize that document?
A. Yes.
Q. What is that document?
A. It's a medical request slip, or in the prison system, it's called a KITE.
Q. And you would agree that I have before me an original medical request slip; correct?
A. Yes.
Q. And the original medical request slip in blank form consists of three pages, all identical except in color; correct?
A. Correct.
Q. And there's colors noted at the bottom of the exhibit which is in front of you indicating



4b0afb9d-c2cc-4755-ac9a-e9be66130010

White-Dispensary, Yellow-Administrator, and Pink-Inmate; correct?

A. Correct.

Q. And that is, in fact, the color of the original document that I have before me today; correct?

A. Yes.

Q. Okay. Is that a true and accurate copy of the medical request slip which was used during the fall of 2001?

A. I believe it was.

Q. Were there any other slips or KITEs that were used in the fall of 2001 for inmates to request medical appointments?

A. Inmates could request medical appointments using the medical request slip or corresponding directly with somebody either verbally or in writing.

Q. When you say anyone, were there specific categories of persons that were to restrict their requests for medical appointments to, or was it really anyone?

MR. PALOMBO: Objection. You can answer.

A. Medical request slips can be filed in several manners in the prison system. If you would like



4b0afb9d-c2cc-4755-ac9a-e9be66130010

me to go through them, I would.

Q. As it pertains to the fall of 2001, please go through the different manners in which inmates could request a medical appointment.

A. An inmate could request a medical slip from correctional officers assigned to the inmate's living area. An inmate could request a medical slip from the correctional officer supervisor assigned to the living area. An inmate could request a medical slip from the nurse who actually goes to the specific living area to distribute medications. A medical request slip could be requested by an inmate when he went to a specific Medline to receive medication that he might have been on. An inmate could get a medical request slip by stopping by the infirmary and asking for a medical request slip. These are some of the ways they can get them.

Q. And as far as corresponding, who are the different people that they would correspond with for the purpose of requesting a medical appointment in the fall of 2001?

MR. PALOMBO: Objection. You can answer.

A. Who would have, could have? I mean, inmates

Π's Exhibit 2 (Joe Marouie Deposition)

[ ] DENTAL
[ ] MEDICAL REQUEST
[ ] MENTAL HEALTH

DATE:____________________ CELL/WING/MOD ____________

TIME:____________________ BLDG____________

NAME____________________ D.O.B.____________

SPECIFIC PROBLEM____________________

Is this a work assignment injury? Yes No (circle one)

HEALTH CARE RESPONSE____________________

Nursing Signature/Date

Distribution: White-Dispensary Yellow-Administrator Pink-Inmate
Form: c:\forms\medreqst041599