# RHODE ISLAND DEPARTMENT OF CORRECTIONS
## POLICY AND PROCEDURE

| | | | |
|---|---|---|---|
| | POLICY NUMBER: 18.31 DOC | EFFECTIVE DATE: 02/07/2000 | PAGE 1 OF 3 |
| | REPEALS: HCS 201.0 (Procedures, Item A) | DIRECTOR: | |
| SECTION: HEALTH CARE | | SUBJECT: INFORMATION ON HEALTH SERVICES | |
| REFERENCES: NCCHC standard # J-31, Information on Health Services (essential); 2.28 DOC, Medical Co-Pay | | | |
| AUTHORITY: Rhode Island General Laws (RIGL) § 42-56-10(v), Powers of the director | | | |
| INMATE ACCESS THROUGH LAW LIBRARY? | | X YES | |

I. <u>PURPOSE:</u>

To ensure all inmate patients are informed of the availability of health care services at the Rhode Island Department of Corrections (RIDOC).

II. <u>POLICY:</u>

A. Wardens ensure facility inmate handbooks and general orientation sessions include information regarding the availability and accessibility of health care services.

B. Information must be provided in a language which the inmate understands.

III. <u>PROCEDURES:</u>

A. Upon commitment, the inmate is issued a handbook which outlines the various services provided by the health care services at the Rhode Island Department of Corrections. Information will also be given verbally.

B. Suggested Core Wording:

Health care services are provided for the physical and mental well-being of the population and include medical and dental services, nursing, personal hygiene, health education, and attending to environmental conditions. Regular medical sick call is conducted at all facilities. Legitimate emergencies are processed immediately.

1. Routine Medical Request (Sick Call Visit):

Inmates may make a request for an appointment with medical personnel by filling out a request form and dropping the slip in any facility mail box or handing it to a nurse. Inmate patients will be charged a co-payment for each inmate-initiated visit. Other co-payments may apply for certain medical services or medication consistent with policy # 2.28 DOC, Medical Co-Pay. Inmate patients will not be charged for medical services initiated by the RIDOC, follow-up medical visits advised by medical staff, nor for medication that, by law, is available by prescription only.

2. Emergency Sick Calls

If an inmate has a legitimate medical emergency, s/he may go on emergency sick call. This is done by contacting the correctional officer. A medical emergency is any condition likely to result in lasting or severe bodily harm if treatment is delayed until the next regularly scheduled sick call. Examples of emergencies are:

a. severe cuts;

b. burns;

c. broken bones;

d. unconsciousness;

e. conditions resulting in temporary high fever;

f. sudden change in chronic conditions causing intolerable discomfort.

3. Emergencies will be seen immediately while regular sick call waits. No one will be precluded from going on emergency sick call if s/he states his/her problem is an emergency. Inmates who abuse emergency sick call for non-emergency problems will be subject to disciplinary action. Forgetting to sign up for regular sick call or missing sick call are not acceptable reasons for going on emergency sick call.

4. Med Line procedures will be posted in each dispensary.