**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

**RICHARD MOREAU**
**PLAINTIFF**

**V.** **C.A. NO. 04-459 S**

**STATE OF RHODE ISLAND,**
**DEPARTMENT OF CORRECTIONS,**
**ASHBEL T. WALL, DIRECTOR,**
**JAMES WEEDEN, WARDEN,**
**JOSEPH MAROCCO, ASSOCIATE DIRECTOR**
**OF HEALTH CARE, SCOTT ALLEN, MD,**
**DR. SMILEY, R. FIGUEROA,**
**BARBARA A. CARROLL, RN,**
**MARYLYN GREJDUS, RN,**
**JOHN DOE (1), JOHN DOE (2), JOHN DOE (3)**
**DEFENDANTS**

**JOINT MOTION FOR EXTENSION OF TIME**
**AND FOR MODIFICATION OF THE PRETRIAL ORDER**

Now come the parties, by and through the undersigned Attorneys of Record, and hereby respectfully request the following extensions of time and modification to the Pretrial Order:

| | |
|---|---|
| 7-27-06 | Expert Discovery Closes |
| 7-27-06 | Dispositive Motions Due |
| 8-31-06 | Pretrial Memoranda Due |
| September-October | Trial at the Court's Convenience |

As grounds, respectfully, other cases and matters necessitate the need for this request. The undersigned represent to the Court that they have conferred to tailor this Joint Motion to their needs with as little impact as possible on the case schedule.

WHEREFORE, the parties, by and through the undersigned Attorneys of Record, respectfully request respectfully request that this Joint Motion be granted.

Respectfully submitted,

PLAINTIFF

By his Attorney,

Joseph Anthony DiMaio, Esquire
Attorney # 3910
McKinnon & Harwood
1168 Newport Avenue
Pawtucket, RI 02861
Tel: (401) 723-9655
Fax: (401) 722-9106

Respectfully submitted,

DEFENDANTS

By their Attorney,

PATRICK C. LYNCH
ATTORNEY GENERAL

Thomas A. Palombo, Bar No. 4212
Assistant Attorney General
150 South Main Street
Providence, RI 02903
Tel: (401) 274-4400 ext. 2296
Fax: (401) 222-2995

Granted By:

**William E. Smith**
U.S. District Judge