UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

**RICHARD MOREAU**
**PLAINTIFF**

**V.** **C.A. NO. 04-459 S**

**STATE OF RHODE ISLAND,**
**DEPARTMENT OF CORRECTIONS,**
**ASHBEL T. WALL, DIRECTOR,**
**JAMES WEEDEN, WARDEN,**
**JOSEPH MAROCCO, ASSOCIATE DIRECTOR**
**OF HEALTH CARE, SCOTT ALLEN, MD,**
**DR. SMILEY, R. FIGUEROA,**
**BARBARA A. CARROLL, RN,**
**MARYLYN GREJDUS, RN,**
**JOHN DOE (1), JOHN DOE (2), JOHN DOE (3)**
**DEFENDANTS**

**JOINT MOTION FOR EXTENSION OF TIME**
**AND FOR MODIFICATION OF THE PRETRIAL ORDER**

Now come the parties, by and through the undersigned Attorneys of Record, and hereby respectfully request the following extensions of time and modification to the Pretrial Order:

| | |
|---|---|
| 7-27-06 | Expert Discovery Closes |
| 7-27-06 | Dispositive Motions Due |
| 8-31-06 | Pretrial Memoranda Due |
| September-October | Trial at the Court's Convenience |

As grounds, respectfully, other cases and matters necessitate the need for this request. The undersigned represent to the Court that they have conferred to tailor this Joint Motion to their needs with as little impact as possible on the case schedule.

GRANTED
WEM
William E. Smith
U.S. District Judge
7/14/06