# EXHIBIT B.

State of Rhode Island and Providence Plantations

DEPARTMENT OF ATTORNEY GENERAL
150 South Main Street • Providence, RI 02903
(401) 274-4400
TDD (401) 453-0410

*Patrick C. Lynch, Attorney General*

June 14, 2006

**By Fax (722-9106) and Mail**

**Joseph-Anthony DiMaio, Esquire**
McKinnon & Harwood
1168 Newport Avenue
Pawtucket, RI 02861

**Re: Richard Moreau v. State of Rhode Island, et al., USDC 04-459 S**

Dear. Joe:

Thank you for the phone message and letter as to Defendants' Expert Disclosure. And for discussing this matter with me this morning and again this afternoon. I have checked and you are correct, Rule 26 contains a requirement of expert signature, among other things. While I have not complied with the letter of the Rule, I feel that I have met its spirit, and have provided a reasonable disclosure. I had been told by medical malpractice attorneys that it was permissible to make the disclosure as I have done, given that the experts are subject to deposition. Nonetheless, please let's discuss this matter further and try to work it out. Any reasonable request for additional time that you need for this, I shall not oppose, and will represent to the Court that I have occasioned your request.

In addition, accompanying (by mail) please find copies of the following:

- Defendants Wall and Weeden's Motion for Summary Judgment
- Statement of Undisputed Facts and Exhibits
- Supporting Memorandum of Law
- Defendants' Motion for Judgment on the Pleadings
- Supporting Memorandum of Law

Once again, upon review, if you need additional time to respond to these Motions, please let's discuss. As I have stated, I do plan to file a motion for summary judgment on the constitutional claims at the close of discovery.

**6-14-06, DiMaio, Page 2**

As it stands, expert discovery closes July 17 and my summary judgment is due that date. If possible, I would like to comply with that date. If we cannot, we should consider a joint motion, because I would like to take a 2 week family vacation in August and I know you are planning time off in August with your family as well. We've had a professional and courteous working relationship in this case and I trust it shall continue. As always, thank you for your time and consideration.

Very truly yours,

Thomas A. Palombo
Assistant Attorney General
Ext. 2296

Enclosures