# EXHIBIT C.

LAW OFFICES
McKINNON & HARWOOD

DANIEL V. McKINNON
JOHN B. HARWOOD*

MICHAEL E. SENDLEY
JOSEPH-ANTHONY DIMAIO*
DANIEL J. McKINNON
STEPHEN J. McKINNON

1168 NEWPORT AVENUE
PAWTUCKET, R.I. 02861
(401) 723-9655

*ALSO ADMITTED IN MASSACHUSETTS

June 15, 2006

Thomas Palumbo
Attorney General's Office
150 South Main Street
Providence, RI 02903

**Re: Richard Moreau vs. State of RI**

Dear Tom:

I received your expert disclosure today with a letter indicating that you will forward signed supplemental answers to interrogatories once received. I am not as concerned with the signed supplemental answer as I am with the lack of inclusion with your disclosure a written report signed by the expert. The disclosure is incomplete.

I immediately left a brief message on your voice-mail indicating that I had urgent concerns with your disclosure. Among all other obvious reasons that I should be concerned with an incomplete disclosure, Defendant's response triggers the beginning of other critical deadlines.

Please call me immediately so that we can reach a joint solution and file a joint motion that protects all interests. I will be happy to further elaborate my concerns either orally or in writing.

Thank you for your time and attention.

Very truly yours,

Joseph-Anthony DiMaio, Esq.

JAD:jd