# EXHIBIT D.

LAW OFFICES
MCKINNON & HARWOOD

DANIEL V. McKINNON
JOHN B. HARWOOD*

MICHAEL E. SENDLEY
JOSEPH-ANTHONY DIMAIO*
DANIEL J. McKINNON
STEPHEN J. McKINNON

1168 NEWPORT AVENUE
PAWTUCKET, R.I. 02861
(401) 723-9655

*ALSO ADMITTED IN MASSACHUSETTS

June 20, 2006

Thomas Palumbo
Attorney General's Office
150 South Main Street
Providence, RI 02903

**Re: Richard Moreau vs. State of RI**

Dear Tom:

Thank you for your call today.

As discussed, I do not feel it is the Plaintiff's obligation to seek relief from the court to cure the Defendant's omission. It is my professional opinion that the omission is substantive and not merely procedural.

While your June 14, 2006 letter did not promise a supplemental compliance, your conversations have suggested that you are working on a supplement. Unfortunately you were uncertain as to when, or if, or the form of such a supplement.

Since this is an important issue, and since time is of the essence, I am requesting that you specify in writing the date by which I can expect your supplement and make a proffer as to exactly what it is that I can expect so that I may advise my client accordingly.

Thank you for your time and attention.

Very truly yours,

Joseph-Anthony DiMaio, Esq.

JAD:jd