# EXHIBIT F.

LAW OFFICES
MCKINNON & HARWOOD

DANIEL V. McKINNON
JOHN B. HARWOOD*

MICHAEL E. SENDLEY
JOSEPH-ANTHONY DIMAIO*
DANIEL J. McKINNON
STEPHEN J. McKINNON

1168 NEWPORT AVENUE
PAWTUCKET, R.I. 02861
(401) 723-9655

*ALSO ADMITTED IN MASSACHUSETTS

June 28, 2006

Thomas Palumbo
Attorney General's Office
150 South Main Street
Providence, RI 02903

**Re: Richard Moreau vs. State of RI**

Dear Tom:

In light of our conversation today regarding your expert disclosure, I though it best to clarify my position. I cannot begin to contemplate depositions of your experts based upon the disclosures the State provided.

The State's non-compliance is substantive and not merely procedural. In fairness, it was appropriate to give you notice and an opportunity to cure the defects before raising them against the Defendants in either a motion or argument. Also, it alleviates the concern that one or more defect may have been the result of an innocent oversight.

Personally and professionally, I am more comfortable knowing the present amended compliance is the product of your well-thought judgment and/or risk assessment regarding the best manner and mode to cure the defects.

Since my notice did prompt a promise for a supplemental disclosure, I thought it prudent to work on the pleadings that accompanied your June 14, 2006 letter until I received your supplement. The supplement was received through hand delivery of your supplemental compliance to me on Friday, June 23, 2006, at 5:00 pm.

My opposition to your presently pending motions is due on Friday, June 30, 2006. Once filed, I will have an opportunity to resume my analysis of your expert disclosures and decide what action, if any, is required before the July 17, 2006 date.

Thank you for your time and attention.

Very truly yours,

Joseph-Anthony DiMaio, Esq.

JAD:jd