**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

FILED
JUL 17 2006
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

RICHARD MOREAU )
)
VS. ) C.A. No. 04-459S
)
STATE OF RHODE ISLAND, DEPARTMENT OF CORRECTIONS, ASHBEL T. WALL, DIRECTOR, JAMES WEEDEN, WARDEN, JOSEPH MAROCCO, ASSOCIATE DIRECTOR OF HEALTH CARE, SCOTT ALLEN, MD, DR. SMILEY, BARBARA A. CARROLL, RN, MARYLYN GREJUDUS, RN, JOHN DOE (1), JOHN DOE (2), JOHN DOE (3) )

7/26/06: DENIED WITHOUT PREJUDICE FOR THE REASONS STATED AT TODAY'S HEARING.
LDA
USMJ

**PLAINTIFF'S RULE 37 MOTION**
**TO STRIKE DEFENDANTS' EXPERT DISCLOSURE**
**AND TO PRECLUDE TESTIMONY**

**NOW** comes the Plaintiff, Richard Moreau, and moves this Honorable Court grant an order striking the Defendants' expert disclosure and further precluding the Defendants from providing testimony or otherwise as this court shall deem fair and just. In further support of said motion, Plaintiff incorporates by reference herein Plaintiff's Memorandum of Law.

**WHEREFORE**, Plaintiff respectfully requests this Honorable Court grant his motion.

Plaintiff,
By Counsel,

Joseph-Anthony DiMaio, Esq.
Attorney #3910
Mckinnon & Harwood
1168 Newport Avenue
Pawtucket RI 02861
(401) 723-9655
(401) 722-9160 (fax)

Referred to U.S.M.J. Almond
☐ for findings & recommendations
☑ for determination
☐ ______________________
William E. Smith, District Judge
Date: 7/21/06