**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| RICHARD MOREAU<br><br>VS.<br><br>STATE OF RHODE ISLAND, DEPARTMENT OF CORRECTIONS, ASHBEL T. WALL, DIRECTOR, JAMES WEEDEN, WARDEN, JOSEPH MAROCCO, ASSOCIATE DIRECTOR OF HEALTH CARE, SCOTT ALLEN, MD, DR. SMILEY, BARBARA A. CARROLL, RN, MARYLYN GREJUDUS, RN, JOHN DOE (1), JOHN DOE (2), JOHN DOE (3) | ) | C.A. No: 04-459S |

**PLAINTIFF'S, SECOND STATEMENT**
**OF DISPUTED AND/OR UNDISPUTED FACTS ("SSF")**

**NOW** comes the Plaintiff, Richard Moreau, and in support of his Motion for Partial Summary Judgment as to Defendants' Affirmative Defenses, pursuant to Local Rule 56, states as follows:

**Disputed:**

NOT APPLICABLE

**Undisputed:**

1. Plaintiff's First Amended Complaint pleads three counts, Count I is titled " –negligence and professional malpractice", Count II is entitled "Violation of Open Records Statute," and Count III pertains to his state and federal constitutional claims (see Exhibit A).

2. All defendants[1] in the present suit have pled in unison affirmative defenses, "First" through "Thirteenth" (see Exhibit B; compare Exhibit C). They are as follows:

a. First: Plaintiff's Complaint fails to state a claim upon which relief can be granted. Plaintiff's Complaint fails to allege facts sufficient to show that Plaintiff is entitled to recover any damages as against Defendants ("First Defense");

b. Second: Defendants have the benefit of the State's status as sovereign, together with all privileges and immunities which inure to said sovereign status ("Second Defense");

c. Third: Defendants have the benefit of all expressed and implied exceptions to waiver of sovereign immunity ("Third Defense");

d. Fourth: At all times material to the matters alleged in the Complaint, the State, its officers, agents and employees, were in the exercise of due care and had in good faith duly fulfilled any and all duties owed to Plaintiff if, in fact, and duties were owed. ("Fourth Defense");

e. Fifth: Defendants claim the benefit of Eleventh Amendment immunity to the extent applicable to this civil action ("Fifth Defense");

f. Sixth: Defendants acted reasonably and in good faith and did not violate any clearly established law and, therefore, plead qualified immunity ("Sixth Defense");

g. Seventh: The acts or omissions were not a conscious disregard of Plaintiff's needs or rights; were not intentional and willful; and were not in violation of Federal or State law ("Seventh Defense");

h. Eighth: The acts or omissions do not constitute actual fraud, willful misconduct, or actual malice in violation of Federal or State law ("Eighth Defense");

---

1 Defendants, SCOTT ALLEN and DR. SMILEY, have been voluntarily dismissed from the suit by way of dismissal stipulation. All other enumerated defendants which presently remain active in this litigation are collectively referred to as "All defendants".

i. Ninth: Assumption of the risk ("Ninth Defense");

j. Tenth: Comparative and/or contributory negligence ("Tenth Defense");

k. Eleventh: Plaintiff is not enti9tled to monetary damages as against Defendants under Federal or State law ("Eleventh Defense");

l. Twelfth: plaintiff is not entitled to punitive damages as against defendants under Federal or State law ("Twelfth Defense");

m. Thirteenth: Plaintiff is not entitled to attorney's fees, interest, or costs under Federal or State law ("Thirteenth Defense");

3. In addition, the Defendants, Barbara A. Carroll, R.N. and Marylyn Grejdus Hale, R.N., filed and Amended Answer, Exhibit C, which pleads an additional "Fourteenth" affirmative defense of "Statute of Limitations" (see Exhibit C, p.9) ("Fourteenth Defense").

4. Expert discovery has closes on July 27, 2006, which is the same deadline for the filing of dispositive motions.

5. Closure of discovery is subject to the July 26, 2006 order on Plaintiff's Motion to Strike Defendants' Expert Disclosure and to preclude testimony for reasons stated at that hearing (Exhibit D).

Plaintiff,
By Counsel,

Joseph-Anthony DiMaio, Esq.
Attorney #3910
Mckinnon & Harwood
1168 Newport Avenue
Pawtucket RI 02861
(401) 723-9655
(401) 722-9106 (fax)

**CERTIFICATION**

I hereby certify that a true copy of the within was mailed to **Thomas A. Palombo Esq.**, 150 South Main Street, Providence, RI 02903, on Thursday, July 27, 2006.

____________________