**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

**RICHARD MOREAU**
**PLAINTIFF**

**V.** **C.A. NO. 04-459 S**

**STATE OF RHODE ISLAND,**
**DEPARTMENT OF CORRECTIONS,**
**ASHBEL T. WALL, DIRECTOR,**
**JAMES WEEDEN, WARDEN,**
**JOSEPH MAROCCO, ASSOCIATE DIRECTOR**
**OF HEALTH CARE, SCOTT ALLEN, MD,**
**DR. SMILEY, R. FIGUEROA,**
**BARBARA A. CARROLL, RN,**
**MARYLYN GREJDUS, RN,**
**JOHN DOE (1), JOHN DOE (2), JOHN DOE (3)**
**DEFENDANTS**

**MOTION TO FILE ONE DAY OUT OF TIME**

Now come Defendants and, respectfully, move to file an Amended Motion for Judgment on the Pleadings, with supporting Memorandum, and an Amended Motion for Summary Judgment, with supporting Memorandum, one (1) day out of time. These Motions seek to incorporate the Motion for Summary Judgment (and supporting documents) filed yesterday, July 27, 2006.

As grounds, the undersigned Attorney of Record represents that in the hustle and bustle of yesterday's filing deadline, the above documents were simply overlooked. Counsel apologizes to the Court for any inconvenience. The opposing Attorney of record has no objection to this Motion.

WHEREFORE, Defendants respectfully request that their Motion be granted.

Respectfully submitted,

DEFENDANTS
By their Attorney,

PATRICK C. LYNCH
ATTORNEY GENERAL

Thomas A. Palombo, Bar No. 4212
Assistant Attorney General
150 South Main Street
Providence, RI 02903
Tel: (401) 274-4400 ext. 2296
Fax: (401) 222-2995

**CERTIFICATION**

I, the undersigned, hereby certify that I faxed and mailed a true copy of this Motion, by first class mail, postage pre-paid, on this 28th day of July, 2006 to:

**Joseph-Anthony DiMaio, Esquire**
McKinnon & Harwood
1168 Newport Avenue
Pawtucket, RI 02861