**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

**RICHARD MOREAU**
**PLAINTIFF**

**V.** **C.A. NO. 04-459 S**

**STATE OF RHODE ISLAND,**
**DEPARTMENT OF CORRECTIONS,**
**ASHBEL T. WALL, DIRECTOR,**
**JAMES WEEDEN, WARDEN,**
**JOSEPH MAROCCO, ASSOCIATE DIRECTOR**
**OF HEALTH CARE, SCOTT ALLEN, MD,**
**DR. SMILEY, R. FIGUEROA,**
**BARBARA A. CARROLL, RN,**
**MARYLYN GREJDUS, RN,**
**JOHN DOE (1), JOHN DOE (2), JOHN DOE (3)**
**DEFENDANTS**

**AMENDED MOTION FOR JUDGMENT ON THE PLEADINGS**

Now come Defendants, R.I. Department of Corrections, A.T.Wall, James Weeden, Joseph Marocco, Barbara Carroll and Marilyn Hale (formerly, Grejudus), ("State" or "Defendants") and respectfully move to amend the Motion for Judgment on the Pleadings pursuant to Rule 12 (c) of the Federal Court Rules of Civil Procedure filed on June 16, 2006. Defendants seek to add the arguments set forth in the Memorandum of Law in Support of Motion for Summary Judgment filed on July 27, 2006. In support, hereof Defendants submit the accompanying Memorandum of Law.

WHEREFORE, Defendant respectfully requests that this Amended Motion for Judgment on the Pleadings be granted as to Plaintiff, Richard Moreau's, Amended Complaint, Count II – Violation of Open Records Statute.

Respectfully submitted,

DEFENDANTS
By their Attorney,

PATRICK C. LYNCH
ATTORNEY GENERAL

Thomas A. Palombo, Bar No. 4212
Assistant Attorney General
150 South Main Street
Providence, RI 02903
Tel: (401) 274-4400 ext. 2296
Fax: (401) 222-2996

**CERTIFICATION** FAXED & MAILED

I, the undersigned, hereby certify that I mailed a true copy of this Amended Motion for Judgment on the Pleadings, by first class mail, postage pre-paid, on this 7/28/06 day of July, 2006 to those indicated below:

**Joseph-Anthony DiMaio, Esquire**
McKinnon & Harwood
1168 Newport Avenue
Pawtucket, RI 02861

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

**RICHARD MOREAU**
**PLAINTIFF**

**V.** **C.A. NO. 04-459 S**

**STATE OF RHODE ISLAND,**
**DEPARTMENT OF CORRECTIONS,**
**ASHBEL T. WALL, DIRECTOR,**
**JAMES WEEDEN, WARDEN,**
**JOSEPH MAROCCO, ASSOCIATE DIRECTOR**
**OF HEALTH CARE, SCOTT ALLEN, MD,**
**DR. SMILEY, R. FIGUEROA,**
**BARBARA A. CARROLL, RN,**
**MARYLYN GREJDUS, RN,**
**JOHN DOE (1), JOHN DOE (2), JOHN DOE (3)**
**DEFENDANTS**

**MEMORANDUM OF LAW IN SUPPORT OF**
**AMENDED MOTION FOR JUDGMENT ON THE PLEADINGS**

Defendants, R.I. Department of Corrections, A.T.Wall, James Weeden, Joseph Marocco, Barbara Carroll and Marilyn Hale (formerly, Grejudus), ("State" or "Defendants"), respectfully submit this Memorandum of Law in support of the Amended Motion for Judgment on the Pleadings filed pursuant to Rule 12 (c) of the Federal Court Rules of Civil Procedure. Defendants have moved the Honorable Court for a grant of judgment on the pleadings as to Plaintiff, Richard Moreau's, Amended Complaint, Count II – Violation of Open Records Statute.

Defendants hereby incorporate the Memorandum of Law in Support of Motion for Summary Judgment filed on July 27, 2006. Respectfully, upon reflection, the undersigned has realized that the arguments set forth in said Memorandum should be incorporated into the Motion for Judgment on the Pleadings filed on June 16, 2006. Specifically, though without limitation, the first argument, that Plaintiff Moreau has failed to exhaust his DOC administrative and grievance remedies, needs to be incorporated into the Motion for Judgment on the Pleadings.

For the reasons set forth in the initial Memorandum and in the July 27, 2006 Memorandum, Defendants, R.I. Department of Corrections, A.T. Wall, James Weeden, Joseph Marocco, Barbara Carroll and Marilyn Hale, respectfully request that the Amended Motion for Judgment on the Pleadings be granted as to Plaintiff's First Amended Complaint, Count II – Violation of Open Records Statute.

Respectfully submitted,

DEFENDANTS
By their Attorney,

PATRICK C. LYNCH
ATTORNEY GENERAL

Thomas A. Palombo, Bar No. 4212
Assistant Attorney General
150 South Main Street
Providence, RI 02903
Tel: (401) 274-4400 ext. 2296
Fax: (401) 222-2996

**CERTIFICATION**

I, the undersigned, hereby certify that I ~~mailed~~ FAXED + MAILED a true copy of this Memorandum of Law in Support of Amended Motion for Judgment on the Pleadings, by first class mail, postage pre-paid, on this 28th day of July, 2006 to those indicated below:

**Joseph-Anthony DiMaio, Esquire**
McKinnon & Harwood
1168 Newport Avenue
Pawtucket, RI 02861