**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

**RICHARD MOREAU**
**PLAINTIFF**

**V.** **C.A. NO. 04-459 S**

**STATE OF RHODE ISLAND,**
**DEPARTMENT OF CORRECTIONS,**
**ASHBEL T. WALL, DIRECTOR,**
**JAMES WEEDEN, WARDEN,**
**JOSEPH MAROCCO, ASSOCIATE DIRECTOR**
**OF HEALTH CARE, SCOTT ALLEN, MD,**
**DR. SMILEY, R. FIGUEROA,**
**BARBARA A. CARROLL, RN,**
**MARYLYN GREJDUS, RN,**
**JOHN DOE (1), JOHN DOE (2), JOHN DOE (3)**
**DEFENDANTS**

**AMENDED MOTION FOR SUMMARY JUDGMENT**

Now come Defendants, A.T.Wall and James Weeden ("State" or "Defendants"), and respectfully move to amend the Motion for Summary Judgment pursuant to Rule 56 of the Federal Court Rules of Civil Procedure filed on June 16, 2006. Defendants seek to incorporate by reference the arguments set forth in the Memorandum of Law in Support of Motion for Summary Judgment filed on July 27, 2006 and, also, to incorporate by reference the Statement of Undisputed Facts and Affidavit of DOC Director A.T. Wall filed on July 27, 2006. In support, hereof Defendants submit the accompanying Memorandum of Law.

WHEREFORE, Defendants Wall and Weeden respectfully requests that the Amended Motion for Summary Judgment be granted.

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

**RICHARD MOREAU**
**PLAINTIFF**

**V.** **C.A. NO. 04-459 S**

**STATE OF RHODE ISLAND,**
**DEPARTMENT OF CORRECTIONS,**
**ASHBEL T. WALL, DIRECTOR,**
**JAMES WEEDEN, WARDEN,**
**JOSEPH MAROCCO, ASSOCIATE DIRECTOR**
**OF HEALTH CARE, SCOTT ALLEN, MD,**
**DR. SMILEY, R. FIGUEROA,**
**BARBARA A. CARROLL, RN,**
**MARYLYN GREJDUS, RN,**
**JOHN DOE (1), JOHN DOE (2), JOHN DOE (3)**
**DEFENDANTS**

**MEMORANDUM OF LAW IN SUPPORT OF AMENDED MOTION FOR SUMMARY JUDGMENT**

This Memorandum of Law supports the Amended Motion for Summary Judgment filed by Defendants, A.T.Wall and James Weeden ("State" or "Defendants"), pursuant to Rule 56 of the Federal Rules of Civil Procedure. Defendants seek to incorporate by reference the arguments set forth in the Memorandum of Law in Support of Motion for Summary Judgment filed on July 27, 2006 and, also, to incorporate by reference the Statement of Undisputed Facts and Affidavit of DOC Director A.T. Wall filed on July 27, 2006.

Respectfully, upon reflection, Defendants have realized that the arguments set forth in the July 27, 2006 Memorandum should be incorporated into their previous Motion for Summary Judgment. Specifically, though without limitation, the first argument, that Plaintiff Moreau has failed to exhaust his DOC administrative and grievance remedies, needs to be made in the instant Motion.

WHEREFORE, Defendants Wall and Weeden respectfully requests that the Amended Motion for Summary Judgment be granted.