UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

RICHARD MOREAU )
)
VS. ) C.A. No: 04-459S
)
STATE OF RHODE ISLAND, et. al. )

**PLAINTIFF'S, THIRD STATEMENT OF DISPUTED AND/OR UNDISPUTED FACTS ("TSF")**

**NOW** comes the Plaintiff, Richard Moreau, and in support of his objection to the Amended Motion for Summary Judgment filed by defendants, A.T. Wall and James Weeden ("WW"), and pursuant to Local Rule 56 states as follows:

**Disputed:**

NOT APPLICABLE

**Undisputed:**

1. Plaintiff's Complaint was filed in state court on September 1, 2004 (see Exhibit A "Filing Date: 09-01-2004").
2. Plaintiff's First Amended Complaint was filed in state court on or about September 30, 2004 (see Exhibit A ""NM 03-30-2004 AMENDED COMPLAINT FILED OFPLF");
3. Defendants' expert disclosure expired on June 14, 2006 (Document # 78);
4. Defendants, Joseph Marocco, Barbara Carroll and Marilyn Hale (formerly, Grejudus), ("State" or "Defendants") filed a Motion for Judgment on the Pleadings as to Count II, on June 16, 2006 (Document #80);
5. WW also filed a motion for summary judgment on June 16, 2006. (Document #81).

6. Plaintiff filed his opposition to Defendants' motion on July 7, 2006 (Document #88);

7. Plaintiff filed his opposition to WW's motion on July 10, 2006 (Document # 89);

8. Defendants' faxed and mailed two expert reports to Plaintiff on July 25, 2006 (Exhibit B);

9. This Court scheduled and heard Defendants' Motion for Summary Judgment on Wednesday, July 26, 2006, together with hearing on the remaining defendants Motion for Judgment on the Pleadings as to Count II, and Plaintiff's Motion to Strike Expert Disclosure and Preclude Expert Testimony[1] (Exhibit C).

10. Expert discovery closed[2] on July 27, 2006, the same day as filing of dispositive motions (see Document #78).

11. Defendants filed a motion for Summary Judgment on July 27, 2006 (Document #97).

12. Defendants, WW now file an Amended Motion for Summary Judgment on July 28, 2006, and Defendants now file an Amended Motion for Judgment on the Pleadings (both motions collectively referenced herein as "Amended Motions").

Plaintiff,
By Counsel,

Joseph-Anthony DiMaio, Esq.
Attorney #3910
Mckinnon & Harwood
1168 Newport Avenue
Pawtucket RI 02861
(401) 723-9655
(401) 722-9106 (fax)
contact@mckinnonharwood.com

---

1 At hearing on Plaintiff's Motion, it was represented that the Defense expert reports were provided to Plaintiff on July 25, 2006. Plaintiff's Motion was "Denied without prejudice for the reasons stated at today's hearing" (Document #94). Those reasons included the proximity of a trial date, and the remedies the Court fashioned on the record. The remedies include additional time for Plaintiff to more fully review the reports with the assistance of his expert, the ability to depose Defense experts, the ability to identify a rebuttal expert, and the ability to renew his Motion upon a showing of prejudice and upon articulating further defects of Defendants' expert reports with the disclosure requirements.

2 Discovery has closed subject to the remedies provided to Plaintiff on the record through this court's ruling and order (Document #94) of this court regarding Denying without prejudice Plaintiff's Motion to Strike Defendants' Expert and Preclude Expert Testimony.

**CERTIFICATION**

I hereby certify that a true copy of the within was mailed to **Thomas A. Palombo Esq.**, 150 South Main Street, Providence, RI 02903, on Monday, July 31, 2006.