# EXHIBIT A.

DOCKET EVENT LISTING

CA E NO.: PC2004 4769 TYPE MALPRACTICE/MEDICAL
TI LE: RICHARD MOREAU V DEPT OF CORRECTIONS
FI ING DATE: 09-01-2004 ASSIGNED TO TRIAL POOL:
DESIGNATED TO ARBITRATION:

| | | | |
|---|---|---|---|
| AI N,SCOTT MD | DEF | Unknown,Attorney | AOR |
| CA ROLL,BARBARA A | DEF | Unknown,Attorney | AOR |
| DI OCCO,JOSEPH | DEF | Palombo,Thomas A | AOR |
| DI T OF CORRECTIONS | BDF | Palombo,Thomas A | AOR |
| DI T OF CORRECTIONS | BDF | Attorney,General | AOR |
| FI UEROA,DR | DEF | Unknown,Attorney | AOR |
| GI JDUS,MARYLYN | DEF | Unknown,Attorney | AOR |
| MO EAU,RICHARD | PLF | DiMaio,Joseph Anthony | AOR |
| ST TE OF RHODE ISLAND | BDF | Palombo,Thomas A | AOR |
| ST TE OF RHODE ISLAND | BDF | Attorney,General | AOR |
| SN LEY,DR | DEF | Unknown,Attorney | AOR |
| WI DEN,JAMES WARDEN | DEF | Palombo,Thomas A | AOR |
| WI DEN,JAMES WARDEN | DEF | Attorney,General | AOR |
| WA L,ASHBEL T DI | DEF | Palombo,Thomas A | AOR |
| WA L,ASHBEL T DI | DEF | Attorney,General | AOR |

DO . ID. DATE JUDGE OUTCOME EFFECTIVE DATE

NM 09-30-2004
AMENDED COMPLAINT FILED
OFPLF
KJS 10-05-2004
SUMMONS,PROOF OF SERVICE FILED
4 FILED
PAO 10-06-2004
SUMMONS,PROOF OF SERVICE FILED
NM 10-21-2004
ANSWER TO COMPLAINT FILED
OF DFTS
NM 10-21-2004
ENTRY OF APPEARANCE FILED
Palombo,Thomas A
OF DFTS
SXH 10-28-2004
NOTICE OF REMOVAL

True Copy Attest

Superior Court
Bristol