# EXHIBIT B.

STATE OF RHODE ISLAND AND PROVIDENCE PLANTATIONS

# DEPARTMENT OF ATTORNEY GENERAL

150 SOUTH MAIN STREET, PROVIDENCE

*PATRICK C. LYNCH, ATTORNEY GENERAL*

## Civil Division

***FACSIMILE COVER PAGE***

---

CONFIDENTIALITY NOTE:

The documents accompanying this facsimile transmission may contain legally privileged/confidential information. The information is intended only for the inspection and use of the recipient (s) named below. If you are not an intended recipient, you are hereby notified that any inspection, use, disclosure, copying, distribution, or exploitation of, or of taking any action in reliance on the contents of this facsimile is unauthorized and prohibited. If you have received this facsimile in error, please notify us immediately by telephone to arrange for return of the original documents to us at our expense.

---

TO:

Name: JOE DiMAIO

Firm: 0 6

Facsimile Phone Number: 722-9160

FROM: Thomas A. Palombo, Assistant Attorney General
**Rhode Island Department of Attorney General**

TELEPHONE: (401) 274-4400 Extension 2296

RE: MOREAU – 2 EXPERT REPORTS.

DATE: 7-25-06 TIME: 9:45

TOTAL NUMBER OF PAGES, INCLUDING COVER SHEET: 13

If you do not receive all papers as transmitted, please advise Melissa L. DiFonzo by telephone at (401) 274-4400 Ext. 2402.