# EXHIBIT C.

# *UNITED STATES DISTRICT COURT*
## *District of Rhode Island*

# ***NOTICE***

*RICHARD MOREAU*

*v.* *CA04-459S*

*STATE OF RHODE ISLAND, et al.*

***PLEASE TAKE NOTICE THAT THE PROCEEDING LISTED BELOW HAS BEEN SCHEDULED IN THE ABOVE ENTITLED CASE BEFORE U.S. DISTRICT COURT MAGISTRATE JUDGE LINCOLN D. ALMOND***

***TYPE OF PROCEEDING:***

Motion for Summary Judgment
Motion for Judgment on the Pleadings
Plaintiffs Rule 37 Motion to Strike Defendants' Expert Disclosure and to Preclude Testimony

***PLACE:*** ***U.S. District Court***
***Courtroom A - Room 224***
***John O. Pastore Federal Building***
***Two Exchange Terrace***
***Providence, RI 02903***

***DATE:*** ***JULY 26, 2006***

***TIME:*** ***10:00 A.M.***

***David A. DiMarzio, Clerk of Court***

Jeannine Theall

Jeannine Theall
Deputy Clerk
Date: July 24, 2006

**NOTICE SENT TO: PALOMBO, DIMAIO**

N.B. COUNSEL ARE DIRECTED TO NOTIFY THE CLERK'S OFFICE AT 752-7217 IF THE NAME OF COUNSEL FOR ANY PARTY IS OMITTED FROM THIS NOTICE.