**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

**RICHARD MOREAU**
**PLAINTIFF**

**V.** **C.A. NO. 04-459 S**

**STATE OF RHODE ISLAND,**
**DEPARTMENT OF CORRECTIONS,**
**ASHBEL T. WALL, DIRECTOR,**
**JAMES WEEDEN, WARDEN,**
**JOSEPH MAROCCO, ASSOCIATE DIRECTOR**
**OF HEALTH CARE, SCOTT ALLEN, MD,**
**DR. SMILEY, R. FIGUEROA,**
**BARBARA A. CARROLL, RN,**
**MARYLYN GREJDUS, RN,**
**JOHN DOE (1), JOHN DOE (2), JOHN DOE (3)**
**DEFENDANTS**

**MOTION FOR EXTENSION OF TIME**

Now comes the undersigned and hereby moves for an extension of time to file a Memorandum in Support of Objection to Plaintiff's Motion for Partial Summary Judgment as to Defendants' Affirmative Defenses. As grounds, the undersigned states that he is court excused and out of State on vacation, returning on August 23, 2006 and needs the additional time to respond. (A copy of the approved Petition for Excusal is attached).

WHEREFORE, the undersigned respectfully requests that his Motion be granted and that Defendants be given up to and including August 30th to file their Memorandum in Support of Objection.

Respectfully submitted,

DEFENDANTS
By their Attorney,

PATRICK C. LYNCH
ATTORNEY GENERAL

*/s/ Thomas A. Palombo*

Thomas A. Palombo, Bar No. 4212
Assistant Attorney General
150 South Main Street
Providence, RI 02903
Tel: (401) 274-4400 ext. 2296
Fax: (401) 222-2995
tpalombo@riag.ri.gov

**CERTIFICATION**

I, the undersigned, hereby certify that I sent a true copy of the foregoing by electronic mail this 9th day of August, 2006 to those indicated below:

*/s/ Thomas A. Palombo*

**Joseph-Anthony DiMaio, Esquire**
McKinnon & Harwood
contact@mckinnonharwood.com