**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| RICHARD MOREAU | ) | |
| | ) | |
| VS. | ) | C.A. No: 04-459S |
| | ) | |
| STATE OF RHODE ISLAND, et. al. | ) | |

# PLAINTIFF'S OBJECTION TO MOTION FOR SUMMARY JUDGMENT

**NOW** comes the Plaintiff, Richard Moreau, and objects to the Motion for Summary Judgment filed by Defendants, State of Rhode Island, Department of Corrections ("state" or "DOC"), Joseph Marocco ("Marocco") Barbara Carroll ("Carroll") and Marilyn (formerly, "Grejudus") Hale ("Hale"), as to Count I and Count III of Plaintiff, Richard Moreau's ("Plaintiff" or "Moreau"), First Amended Complaint ("Cpt."). In further support of said objection, Plaintiff incorporates by reference herein "Plaintiff's Fourth Statement of Disputed and/or Undisputed Facts" and further incorporates by reference herein "Plaintiff's Memorandum of Law in Support of Objection to Motion for Summary Judgment."

**WHEREFORE**, Plaintiff requests Defendants' Motion be denied.

Plaintiff,
By Counsel,

/s/ Joseph-Anthony DiMaio, Esq.
Joseph-Anthony DiMaio, Esq.
Attorney #3910
Mckinnon & Harwood
1168 Newport Avenue
Pawtucket RI 02861
(401) 723-9655
contact@mckinnonharwood.com

## CERTIFICATION

I hereby certify that on Monday, August 14, 2006, a true copy of the within, was served upon the following and in the following manner(s):

**Thomas A. Palombo Esq.**, by electronic means only to " tpalombo@riag.ri.gov".

/s/ Joseph-Anthony DiMaio, Esq.
Joseph-Anthony DiMaio