# RHODE ISLAND DEPARTMENT OF CORRECTIONS
# POLICY AND PROCEDURE

| | | | |
|---|---|---|---|
| | POLICY NUMBER: 18.11 DOC | EFFECTIVE DATE: 04/12/99 | PAGE 1 OF 2 |
| | REPEALS: N/A | DIRECTOR: | |
| SECTION: HEALTH CARE | | SUBJECT: INMATE COMPLAINTS RELATIVE TO HEALTH SERVICES | |
| AUTHORITY: Rhode Island General Laws (RIGL) § 42-56-10(v), Powers of the director | | | |
| REFERENCES: NCCHC standard # J-11 (important); policy # 13.10 DOC, Inmate Grievance Procedure | | | |
| INMATE ACCESS THROUGH LAW LIBRARY? X YES | | | |

I. PURPOSE:

To establish a mechanism to address inmates' complaints about Health Services in a timely manner.

II. POLICY:

A. Health care is not a "grievable" area of institutional life, except as pertains to the interpretation and/or application of Departmental and/or facility policies, rules, and procedures.

B. However, the Rhode Island Department of Corrections (RIDOC) provides a mechanism to allow inmates to submit complaints relative to Health Services.

C. Each inmate complaint is addressed in a timely manner.

III. **PROCEDURES:**

A. Legitimate inmate complaints relative to RIDOC's Health Services program should be resolved informally and at the lowest level of the chain of command whenever possible.

1. Inmates are therefore encouraged to seek relief from the Medical Services staff in their facilities (nurses, physicians, etc.).

a. In some cases, submission of a second sick call medical request may suffice.

2. In those instances when complaints cannot be resolved on an informal or facility level, inmates should write to Health Care Administrator.

3. If the Health Care Administrator does not resolve a complaint to the inmate's satisfaction, s/he may appeal to the Medical Program Director.

B. Any staff member who receives an inmate complaint relative to Health Services:

1. May consult Health Services staff in order to investigate the complaint;

2. Responds to the inmate, in writing, within a reasonable time.

3. Forwards copies of the inmate's complaint and written response to the Health Care Administrator.

a. The Health Care Administrator reviews all such correspondence and reports results to the Medical Program Director on a regular basis. (This documentation and review process is essential to a comprehensive quality control effort.)

C. Abuse of the Complaint Process. "Abuse" is defined as the filing of repetitive complaints addressing the same issue where sufficient time for response has not elapsed or where a valid response has been provided; the filing of an excessive number of complaints; the appeal of a complaint settled in the inmate's favor at a lower level; the filing of harassing complaints; or the intentional filing of emergency complaints which are not emergencies.

1. Inmates who appear to abuse the complaint process are dealt with on a case-by-case basis by Health Services administration.