-00459-S-LDA Document 110-4 Filed 08/14/2006

# RHODE ISLAND DEPARTMENT OF CORRECTIONS POLICY AND PROCEDURE

| | | | |
|---|---|---|---|
| | POLICY NUMBER: 13.10 DOC | EFFECTIVE DATE: 05/20/96 |  |
| | REPEALS: 1.20.01 | DIRECTOR: | |
| SECTION: INMATE RIGHTS | | SUBJECT: INMATE GRIEVANCE PROCEDURE | |
| REFERENCES: ACA # 3-4271 (grievance procedure) | | AUTHORITY: Rhode Island General Laws (RIGL) § 42-56-10(v), Powers of the director; C.A. No. 94-063IL (U.S. Court for the District of Rhode Island) | |

I. **PURPOSE**:

To provide a procedure for the resolution of those inmate complaints, problems, and grievances which cannot be resolved informally.

II. **POLICY**:

Legitimate inmate grievances should be resolved informally and at the lowest level of the chain of command. In those instances where a grievance cannot be solved on an informal basis, a structured grievance process as described herein will be used to investigate and, where appropriate, resolve the grievance.

III. **PROCEDURES**:

A. Definitions:

1. Abuse - The filing of repetitive grievances addressing the same issue where sufficient time for response has not elapsed or where a valid response has been provided; the filing of an excessive number of grievances; the appeal of a grievance settled in the inmate's favor at a lower level; the filing of harassing grievances; or the intentional filing of emergency grievances which are not emergencies; or otherwise stated herein.

2. Departmental Grievance Coordinator - The individual responsible for coordinating and monitoring the Departmental Inmate Grievance Procedure.

3. Director - The Director of the Rhode Island Department of Corrections (RIDOC).

4. Emergency Grievance - A grievance processed by expedited methods to resolve an issue which presents a need for prompt disposition because the time is lapsing when meaningful action or decision is possible.

5. Extension Request Form - The form utilized by the Director, Warden, or designee when requesting an extension of response time.

6. Facility - An organizational component of the RIDOC, including correctional institutions, correctional centers, detention centers, and the Health Care Services division.

7. Grievance - A written complaint filed by an inmate on the inmate's own behalf in accordance with the procedures stated herein.

8. Informal Resolution Form - RIDOC's Request Form (commonly referred to as a "pink slip"); utilized for routine institutional requests. In addition, it may be utilized by an inmate to request an extension of up to twenty (20) days of the Grievance Appeal Process.

9. Inmate - Any person in the custody of the RIDOC.

10. Institutional Grievance Officer - An employee of a RIDOC facility designated by the Warden to coordinate the Inmate Grievance Procedure.

11. Reimbursement - Monetary compensation which may be paid to an inmate, based on the depreciated value of his/her lost or damaged property.

12. Warden/Administrator - The manager of a facility (as described in #6 above) or functional unit within the RIDOC.

B. General:

1. Eligibility to File a Grievance. All inmates, both sentenced and awaiting trial, are eligible to file grievances.

2. Limitations. A grievance may only be filed:

   a. concerning one subject matter;

b. by the inmate directly affected by the alleged incident;

c. within three (3) days of the actual situation/incident or within three (3) days of the inmate's becoming aware of same.

3. Discipline. Inmates will not be subject to disciplinary charges for utilizing the Grievance Procedure. (Exception: See Abuse of the Inmate Grievance Procedure.)

4. Assistance. All inmates in RIDOC's custody have access to the Inmate Grievance Procedure. Special provisions shall be made to ensure access for the impaired, handicapped, illiterate, or those with language barriers. Inmates may contact the Counseling staff within their facilities for needed assistance.

5. Grievable Areas of Institutional Life

a. Interpretation and application of policies, rules, and procedures of the facilities and/or Department;

b. Individual employee and/or inmate actions, including any denial of access to the Inmate Grievance Procedure, other than as provided herein;

c. Formal or informal reprisal for use of or participation in the Inmate Grievance Procedure;

d. Property loss or damage;

e. Any other matter relating to access to privileges, programs, and/or services; conditions of care or supervision; and living facility conditions within the authority of the RIDOC, except as noted herein.

6. Non-Grievable Areas of Institutional Life

a. State and Federal laws and regulations;

b. State and Federal Court decisions;

c. Formulation of Departmental policies;

d. Decisions of Discipline Boards [governed by Morris v. Travisono, 499 F. Supp. 149 (1980) and including a separate disciplinary appeal process];

e. Decisions of Classification Boards [governed by Morris v. Travisono, 499 F. Supp. 149 (1980) and reviewed by the Director or designee];

f. Designation of an inmate as a Security Risk or Protective Custody inmate (reviewed by Director or designee);

g. Decisions by qualified medical personnel related to an inmate's health;

h. Unlawful acts committed by inmate(s);

i. Matters beyond the control of the RIDOC, including decisions of the Parole Board.

7. Abuse of the Inmate Grievance Procedure

a. Punishment or disciplinary actions will not result from an inmate's submitting a complaint or grievance unless the inmate demonstrates a pattern of abuse of this process by submitting clearly frivolous, repetitious, or knowingly false documents.

b. An inmate who files five or more (5) grievances in a week or twenty or more (20) in any consecutive 180-day period may be determined to be abusing the Inmate Grievance Procedure.

c. An inmate may be limited to not more than ten (10) active grievances at one time, not including any emergency grievance(s).

d. Abuse of the Inmate Grievance Procedure shall be determined by the Warden of the inmate's facility.

1. A determination of abuse shall result in a limitation on the grievance process or on a particular subject.

(a) The Warden shall establish the length of limitation commensurate with the degree of abuse.

(b) The length of limitation may be for up to six (6) months and may be increased for second and subsequent abuse in increments not to exceed six (6) months.

(c) Inmates under limitation for abuse of the Inmate Grievance Procedure shall be allowed to file emergency grievances.

-00459-S-LDA Document 110-4 Filed 08/14/2006


2. Abuse of the emergency Inmate Grievance Procedure may result in limitation of the use of the emergency Inmate Grievance Procedure, as well.

e. Notice of limitation shall be made in writing to the inmate and forwarded to the office of the Departmental Grievance Coordinator for filing.

f. A limitation of access shall be communicated to the receiving facility upon transfer of an inmate and may be reviewed and modified by the receiving facility's Warden.

g. A determination of abuse and any resulting limitation may be appealed to Level 2.

8. Terminations/Withdrawals

Inmates may terminate or withdraw grievances at any level within the procedure. This is accomplished by writing to the facility Warden or Administrator and requesting termination of the grievance. This communication will also be co-signed and dated by a Superior Officer. The Warden will notify the appropriate administrators and forward copies of the request and any other relevant material to the office of the Departmental Grievance Coordinator for filing.

C. Informal Request for Resolution of Grievance

1. Required Form - RIDOC Request Form ("pink slip").

2. Inmates must seek resolution at the lowest level of the chain of command.

3. A request form is completed by the inmate and forwarded to the appropriate individual for response/corrective action.

4. If the grievance is resolved informally to the inmate's satisfaction, no further action is required.

5. If, however, the grievance is not resolved informally (i.e., through the use of the Request Form), the inmate may utilize the formal 2-level inmate grievance procedure.

D. Formal, 2-Level Inmate Grievance Procedure

1. The following levels shall be utilized in an attempt to resolve inmate grievances:

a. Level 1 - Submitted to the Warden of the facility;

b. Level 2 - Submitted to the Director, through the Departmental Grievance Coordinator.

2. It is imperative that these levels be utilized, each one in turn, from the Warden of the facility (Level 1) to the Director of the RIDOC (Level 2), until the grievance is either resolved at any level or denied through both levels.

3. The grievance will be numbered, recorded, and returned to any inmate who attempts to omit the first level in an effort to seek redress at the next higher level. The response on the grievance will direct the inmate to use proper channels.

4. If an inmate does not receive a response within the allotted time frame at Level 1, s/he may appeal to the next level in the system. However, s/he must attach a copy of his/her goldenrod receipt from the prior level to the grievance. The Departmental Grievance Coordinator will confirm the grievant resorted to Level 1 before sending an appeal to Level 2.

5. Level 1 - Warden

a. The aggrieved inmate will obtain a Request for Resolution of Grievance form from:

(1) Any Superior Officer in his/her particular living location;

(2) The facility's Law Library.

b. Requests for Request for Resolution of Grievance forms will not be denied under any circumstances.

c. The inmate must show that s/he has attempted to resolve the grievance through the use of a Request Form (Informal Resolution Form). S/he shall:

(1) Attach a copy of the signed and completed Request Form to the Request for Resolution of Grievance form.

(2) If s/he cannot provide the signed form for any reason, s/he shall provide a written statement as to why the form is not available/attached.

d. The inmate will provide complete and accurate information which is legible on all copies of the self-carbonizing form:

(1) Circle "Level 1, Warden"

(2) Name - Last, First, Middle Initial

(3) RIDOC Inmate Identification (ID) Number

(4) Circle Facility Where Residing

(5) Grievance - in the section marked "Part A - Inmate Request"; typed or printed clearly. It should contain the name of the facility where the alleged incident occurred. It should not contain remarks which are abusive, insulting, or unrelated to the problem. (If more space is required, the inmate will attach a separate sheet, in quadruplicate.)

(6) Date

(7) Signature

e. Once the inmate has signed the Request for Resolution of Grievance form, s/he will retain the goldenrod copy for his/her personal records. The remaining three (3) copies (white, canary, and pink) will be forwarded to:

(1) <u>Emergency Grievances</u> - The level in which corrective action can be taken. The grievance must be plainly marked "EMERGENCY". It will be evaluated to determine whether it is, in fact, an emergency request. If not, it will be returned to the inmate for proper filing.

(2) <u>Non-Emergency Grievances</u> - The Warden's office. The grievance may be:

(a) given directly to a Superior Officer, Deputy Warden, or Warden;

- S/he will verify the accuracy of the date and legibly sign and date the form on all copies.

- The inmate's copy will then be returned to him/her.

- The other copies will be forwarded in accordance with this policy.

(b) sent through the mail;

(c) deposited by the inmate into a mailbox at the entrance to the facility's dining area. In the case of segregation cell- blocks or modules, such mailboxes shall be located in the day rooms.

All mailboxes identified as drop boxes for inmate grievances will be opened at least once during each working day (Monday-Friday).

f. All grievances shall be taken to the Warden's office on the day they are received. There, they will be date-stamped, assigned a number, and entered into the running log. A copy shall be forwarded to the office of the Departmental Grievance Coordinator.

g. The Institutional Grievance Officer will conduct an investigation of the grievance and make a recommendation to the Warden. The initial investigation by the Institutional Grievance Officer shall include a personal interview with the inmate. (See Attachment 3, Investigator's Report.)

h. The Warden will have twenty (20) working days from the date on which the grievance is received in which to respond in writing to the inmate. The response will be complete and concise and entered on the Request for Resolution of Grievance form in the section marked "Part B - Response".

i. The pink copy will be returned to the inmate. The canary copy and a copy of the Investigator's Report will be forwarded to the office of the Departmental Grievance Coordinator.

j. Upon receipt of the decision from the Warden, the inmate will have five (5) days to determine whether s/he will appeal to the second level of the grievance procedure. If the grievant is satisfied with the Warden's response, the grievance procedure terminates at this point.

6. <u>Level 2 - Appeal to the Director</u>

a. If the grievance is not resolved at Level 1, the inmate will have five (5) days to complete a Level 2 grievance. At Level 2, the inmate will be afforded an outside review of his/her grievance.

b. The inmate will provide the information specified in III.F.3.b.-h. above.

c. S/he will circle "Level 2, Director".

d. The Level 2 grievance may be:

(1) given directly to a Superior Officer, Deputy Warden, or Warden;

(a) S/he will verify the accuracy of the date and legibly sign and date the form on all copies.

(b) The inmate's copy (goldenrod) will then be returned to him/her.

(c) The other copies will be forwarded to the office of the facility Warden.

(2) sent through the mail;

(3) deposited by the inmate into a mailbox at the entrance to the facility's dining area. In the case of segregation cellblocks or modules, such mailboxes shall be located in the day rooms.

(a) All mailboxes identified as drop boxes for inmate grievances will be opened at least once during each working day (Monday-Friday).

e. When Level 2 grievances are conveyed either to the Superior Officer or by placement in a locked box, they will be forwarded to the Warden using the same procedures described for Level 1.

f. The Warden will forward the grievance along with any previous responses, decisions, and investigative reports relative to the grievance to the Departmental Grievance Coordinator's secretary. S/he will follow the same procedure outlined in Level 1.

g. At the Departmental Grievance Coordinator's office, all grievance appeals and supplamentary materials will be date-stamped, assigned a RIDOC grievance number, entered into a monthly log, and given to the Departmental Grievance Coordinator.

h. Upon receipt of the appeal of the previous decision, the Departmental Grievance Coordinator will conduct an investigation.

i. Based upon that investigation, the Director or designee will make a decision on the appeal within thirty (30) working days of the receipt of the complete package of materials pertaining to the

grievance. This decision will be in writing and forwarded to the inmate via the pink copy of the form. The white copy will be filed in the office of the Departmental Grievance Coordinator. The canary copy will be forwarded for filing in the inmate's file at his/her facility, along with a copy of the Investigator's Report.

7. <u>Investigator's Report</u> (Attachment 3)

   a. The Investigator's Report form will be completed by either the Departmental Grievance Coordinator or any other person designated by the grievance recipient. The inmate's name and RIDOC identification number will always be included on the form.

   b. It is the responsibility of the Investigator to determine the validity of the grievance in light of facts, discrepancies, disparities in disposition, and/or other pertinent information. Specifically, s/he may review any files and memoranda and interview any witnesses or persons who may be able to reveal pertinent and/or relevant information.

   c. In cases where a specific unit is referred to in the complaint, the Investigator will always interview the unit manager and include his/her comments.

   d. The Investigator will make conclusions based on findings and prepare a draft response which will be submitted to the person to whom the grievance is directed for his/her review.

   e. The time limit for the Investigator's response is five (5) working days, exclusive of weekends and holidays.

   f. <u>NOTE</u>: If the grievance pertains to a complaint against a specific member of the Rhode Island Brotherhood of Correctional Officers (RIBCO), a RIBCO representative will be immediately notified for his/her assistance in the investigation.

   g. Employees or inmates who appear to be involved in a matter are prohibited from participating in any capacity in the investigation.

8. <u>Grievance Extensions</u>:

   Each level of the Inmate Grievance Procedure may be extended.

   a. <u>Level 1</u> - up to twenty (20) working days.

(1) The request for extension shall be answered by the Warden or designee and forwarded to the inmate within the time limits of the level.

b. Level 2 - up to twenty (20) working days.

(1) The request for extension shall be answered by the Director or designee and forwarded to the inmate within the time limits of the level.

c. Warden/Director Request for Extension:

The Warden, Director, or designee shall complete an Extension of Grievance Procedure form (Attachment 4) and forward it to the office of the Departmental Grievance Coordinator for filing.

d. Inmate Request for Extension:

The inmate must complete a Request Form (Attachment 1), commonly referred to as a "pink slip". S/he shall identify the particular grievance, request an extension not to exceed twenty (20) days, and forward the Request Form to the Departmental Grievance Coordinator.

e. Departmental Review Extension:

When the resolution of a grievance may result in Departmental or facility policy change, or the subject matter of the grievance is of a complex nature, the Director or designee may extend the grievance procedure no longer than one hundred and eighty (180) days from the filing of the Level 1 grievance.

f. Exhaustion of Extensions:

Once all extensions have been exhausted and the grievant still desires to seek further action, s/he may attempt to have the matter addressed in the Court system.

9. Grievance Log:

a. Grievance logs for the recording of grievances will be maintained in the offices of the Wardens and Departmental Grievance Coordinator.

b. Upon receipt of a grievance at either of the two (2) levels, the following information will be typed on the log:

(1) Assigned number of the grievance;

(2) Date grievance was received;

(3) Inmate's name and RIDOC identification number;

(4) Facility where inmate is housed;

(5) Subject of grievance;

(6) Decision made on prior level (including informal resolution).

c. Access - Grievance logs will be kept in a notebook or computer and will be readily available to officials at either of the two (2) levels and other appropriate staff with a need to know. This limitation of access is intended to minimize risks to security, protect the safety of individuals, and assure privacy interests protected by law.

10. Institutional Remedies

a. When a grievance is resolved in favor of the grievant, the facility Warden shall have at his/her discretion the following remedies:

(1) Restitution or Monetary Compensation - Monetary reimbursement will be based on the depreciated value of lost or damaged property.

(a) The grievant shall produce/ provide any receipts necessary to assist in determining the cost of lost or damaged property.

(b) It shall be the responsibility of the grievant to provide clear evidence of misconduct or negligence on the part of the RIDOC or its employees.

(2) Changes of facility policies

(3) Correction of inmate records

(4) Other remedies, as appropriate.

R.I. Dept. of Corrections

**REQUEST FORM**

TO: ____________________ DATE: __________

I RESPECTFULLY REQUEST: (STATE PROBLEM - BE SPECIFIC) ____________________

INMATE NAME ____________________ I.D.# __________

WORK ASSIGNMENT: ____________________ CELL NUMBER: __________

H.S.C. ______ MAXIMUM ______ MEDIUM ______ MINIMUM ______

WOMENS ______ I.S.C. ______ WORK RELEASE ______

WING OR DETAIL OFFICER'S COMMENTS: ____________________

OFFICER'S SIGNATURE ____________________

**Disposition of Case**

RESPONSE: ____________________

SIGNATURE ____________ TITLE ____________ DATE ____________

NOTE: YOU WILL NOT BE CALLED IF IT IS POSSIBLE TO DISPOSE OF YOUR REQUEST PROPERLY WITHOUT AN INTERVIEW.

DISTRIBUTION:

REQUEST

WHITE - DESIGNEE
YELLOW - "
PINK - "
SALMON - INMATE

RESPONSE

WHITE - INMATE
YELLOW - ASSOCIATE DIRECTOR
PINK - DESIGNEE

S-10

13.10 DOC
Attachment 2
Page 1 of 1

Rhode Island Department of Corrections

REQUEST FOR RESOLUTION OF GRIEVANCE

Instructions: Type or print, using ballpoint pen. All information must be legible on all copies. If more space is needed, attach additional sheet(s)--in quadruplicate. Attach copy of previous Request Form (Informal Resolution Form).

To: (circle one) Level 1, Warden Level 2, Director

From: (name) ______ First ______ Last ______ MI ______ RIDOC ID #

Facility: (circle one) ISC HSC MAX MED MIN WR WOM/JA WOM/DIX COM.CONF.

PART A - INMATE REQUEST

Facility where alleged incident occurred: ______

Grievance/Complaint: ______

______ Date ______ Inmate's Signature

______ Date Received ______ Staff Member's Signature

PART B - RESPONSE

______ Date Received

______ Date ______ Signature (Level 1 = Warden; Level 2 = Director)

Distribution:
Level 1: White - Warden; Canary - Dept.Griev.Coord.; Pink - Inmate; Goldenrod - Inmate
Level 2: White - Dept.Griev.Coord.; Canary - Warden; Pink - Inmate; Goldenrod - Inmate

RHODE ISLAND DEPARTMENT OF CORRECTIONS

***INVESTIGATOR'S REPORT***

Instructions: **THIS FORM MUST BE TYPED.** This form is provided to facilitate your investigation of the inmate grievance you have been assigned. As stated in the policy, your job is to determine the validity of the grievance in light of facts, discrepancies, disparities in dispositions, and/or other pertinent information. Specifically, you will review files and memoranda and interview any witnesses or other persons who may be able to reveal relative information. In cases where a specific unit is referred to in the complaint, always interview the unit manager involved and include his/her comments. Finally, you will make conclusions based on your findings and prepare a draft response which will be submitted to the person to which the grievance is directed for his/her review. The time limit for response is five (5) working days, exclusive of weekends and holidays.

**TO:** ☐ WARDEN ☐ DIRECTOR ☐ OTHER____________

**INMATE NAME:**____________________ **INMATE ID #:**____________

**CURRENT FACILITY:** ISC HSC MAX MED MIN WR WOM/JA WOM/DIX COM.CONF.
(circle one)

**DATE RECEIVED:**____________________ **GRIEVANCE #:**____________

**DATE OF GRIEVANCE:**____________________ **DATE OF INCIDENT:**____________

1. Does the grievance pertain to a complaint against a specific member of the Rhode Island Brotherhood of Correctional Officers (RIBCO)? ☐ Yes ☐ No

   ***If so, you will notify a RIBCO representative immediately for his/her assistance in this investigation.***

2. What is the problem?____________________

3. Where did the problem occur?____________________

4. Why did the problem occur?____________________

13.10 DOC
Attachment 4
Page 1 of 1

Rhode Island Department of Corrections

EXTENSION OF GRIEVANCE PROCEDURE

GRIEVANCE NO.: ____________________

INMATE NAME: ____________________

FACILITY: ____________________

NUMBER OF DAYS OF EXTENSION: ____________________

EXTENSION SUBMITTED BY: ____________________
(NAME)

____________________
(TITLE)

REASON FOR EXTENSION:

____________________

____________________

____________________

____________________

____________________

COPY FORWARDED TO: INMATE ____________________

ON ____________________.
(DATE)

____________________ ____________________
SIGNATURE TITLE

Distribution:

Level 1
original - Departmental Grievance Coordinator
copy - Inmate
copy - Facility Inmate File

Level 2
original - Departmental Grievance Coordinator
copy - inmate