To Dr. S[illegible] Nov 27
From: Richard moreau # 113743

I am a sentenced December 2000 [illegible] hydrocephalus – excess fluid on the brain. [illegible] birth defect inmate called [illegible]

RECEIVED
NOV 29 2001
MEDICAL PGRM. DIR.

Around Sept 2000 my vision started to blurr and then gradually deteriorated. Today my vision is all I see is partly darkness blurred and It is very difficult to write and read and watch TV.

I [illegible] med slip in the middle of the Sept 2000 to see the doctor – saw a doctor for my routine physical exam.

I mentioned then my eyesight – the reply was put a slip in to see the doctor.

The doctor did not check my eyes.

In October 2000 I wrote to Joe Marocco hospital administrator who put me on the list to see Dr Smiley eye doctor on Oct 29. Dr Smiley saw me and then referred me to a eye specialist Doctor Figero ??

I saw the specialist on Nov 9 ?? The specialist said he saw a ~~heavy~~ nerve from the eye that appeared swollen. He was concerned that too much time passed. He referred me to more tests at NT hospital. I went the following day on Friday.

There I saw an eye specialist who concluded the Shunt in my head malfunctioned. Same results. The concern was

I had a cat scan done and reviewed. to be ok.

Now They are referring me to another neurosergeon
For more consultation.
I Fear we are focusing on my shunt looking for
answers. As time passes. I think it will be
too late to cure. I am confused as to what
direction. The doctors are going. My vision has not
worsen but remains The same.
vision is blurred. The room is dark and
As Director can you look over my medical
records at RI hospital and here to see where
I am healed.

I dont even know if I have an appointment
to see the doctor. yet.

Please also check to see if There is any

(4)

notes about my partial blindness in my records.

I await your response letter.

thank you.

Richard Moreau
#113743
high security center
cell C 2 TOP.