## SECTION IX

## GRIEVANCE PROCEDURES

The following procedures will be followed for the resolution of grievances. The inmate will obtain a Request for Resolution of Grievance Form from the Superior Officer in charge of their particular Module. After filling it out, the inmate will keep one copy of the grievance form for their record (goldenrod copy). The Superior Officer will forward the three remaining copies of the grievance form to the Institutional Grievance Coordinator. The Institutional Grievance Coordinator will conduct an investigation of the grievance and make recommendation.

The inmate must file their grievance within three days of the incident or actual knowledge of the problem. Decisions by the discipline board are not grieved. Those inmates dissatisfied with disciplinary board decisions should appeal the decision through the existing disciplinary appeal procedure.

Punishment or disciplinary actions will not result from submitting a complaint or grievance unless the individual demonstrates a pattern of abuse of this process by submitting clearly frivolous or repetitious issues.

Decisions made by qualified medical personnel related to an inmate's health, are not grieved. Also, unlawful acts committed by an inmate are not grieved.