v-00459-S-LDA Document 110-8 Filed 08/14/2006



in something did happen to it. I don't know
exactly, but he did change out the shunt.
Q. So your understanding is you had treatment by Dr. Salame because of some type of problem, medical problem with the shunt?
A. Yeah.
Q. And he surgically repaired it, correct?
A. Yes.
Q. Was that the last time that you had any surgery on the shunt or have you had surgery since on the shunt?
A. Besides being incarcerated in here?
Q. Well, let's take it two ways. Up until the time that you became an inmate in January of 2000 had you had any other surgery after --
A. No.
Q. -- after Dr. Salame's surgery?
A. No. 1995 was -- 1995 or around about. Salame's operation was the last one up until 2000.
Q. And prior to seeing Dr. Salame for the problem you had with the shunt, who was the doctor that had cared for your shunt?
A. Dr. David Barry.
Q. He's a neurosurgeon or a retired neurosurgeon?



A. Correct. He was chief of neurology.
Q. And David Barry performed the previous shunt revisions and/or repairs?
A. As far as I know, he was my primary, and as far as I can remember he was the one that did all of them except maybe one because he was on vacation and I had a problem.
Q. And were all of the shunt revisions except the surgery that was performed by Dr. Salame, were those all done at St. Joseph Hospital?
A. Correct.
Q. And did Dr. Barry ever discuss with you or your mother any potential side effects that you may experience as a result of your hydrocephalus; any, for example, hearing deficits, for example?
A. I had no education in such. My mother, I don't know what she knows.
Q. Well, have you reviewed any of your medical records or had read to you any of your medical records from St. Joseph Hospital or Dr. Barry?
A. No, I believe not.
Q. Do you know if hydrocephalus can cause visual disturbances?
A. I did not know that.



Q. No doctor has ever told you that?
A. No.
MR. DIMAIO: Objection as to timeframe.
MR. TATE: Any time. He's had it since birth.
A. No doctor -- well, I'm sorry. Well, if you're talking about when this started. I mean, the eye doctors had told me this, but let's talk previous 2000. No doctor has ever told me this is the consequence of hydrocephalus previous to 2000.
Q. Prior to 2000 did you have any understanding at all from your doctors or from any other sources as to what the potential medical complications of hydrocephalus were?
A. No.
Q. You had none whatsoever?
A. No.
Q. So Dr. Salame had never discussed that with you?
A. No.
MR. DIMAIO: Objection as to form, the terminology "medical complications."
Q. Incidentally, what was it that brought you to see Dr. Salame, what symptoms?
A. If I remember right, it was dizziness and I was



having headaches at the time, most of the time, even while I was working at Foxwoods.
Q. Was that the first time you had ever experienced dizziness?
A. Yes. It was more like dizziness/imbalance.
Q. Had you ever experienced dizziness in connection with any of the previous shunt revisions or any dizziness as a predecessor symptom to any of the previous shunt revisions or repairs?
A. No, not before 1995, no. It was always migraine-type headache in the front, along with or accompanied by nausea.
Q. And were the migraine headaches that you suffered only in connection with the symptoms that brought you to see Dr. Barry, or shunt repairs or revisions, or did you have a history of migraines?
A. I had no history of migraines, so basically when I have a migraine type of headache, and it usually follows nausea, that means, you know, I need the emergency room, to check in. And they usually followed up with surgery.
Q. Okay. Now, since 2000 has any medical doctor told you that hydrocephalus can cause visual disturbances or deterioration?

v-00459-S-LDA Document 110-8 Filed 08/14/2006



A. Since 2000, yes.
Q. What doctor has told you that, or doctors?
A. I don't know exactly. I've seen so many at Rhode Island Hospital. Dr. Figueroa has come seen me here. I would say the group of doctors. I can't pinpoint who exactly.
Q. When was the first time that you've learned that hydrocephalus can cause vision loss or disturbances?
A. When Dr. Figueroa came to examine me.
Q. And when was that?
A. He came in, I believe it was November 2001.
Q. And what did he tell you about the relationship between hydrocephalus and vision loss?
A. Well, he suspected there was a connection. He explained his examination, and what he found was the optic nerve to be swollen, and he was -- with knowing that I have hydrocephalus he was thinking did the shunt malfunction, which led to the nerve getting swollen. And that's when he wanted to investigate further with neurology.
Q. And was that investigation ever done?
A. Yes. I was then -- after Dr. Figueroa could not -- could do only such things at the -- he went to High



Security Center to see me, and then he sent me for a referral at Rhode Island Hospital Eye Clinic. From there they looked at me. They said the same thing as his findings, and then sent me down for neurology to look at, see what the problem is.
Q. Did -- was it ever confirmed that your shunt had malfunctioned or determined that your shunt had malfunctioned?
A. I received paperwork -- I requested Rhode Island Hospital paperwork, my medical records, and I had, I believe what it was, surgical notes read to me. Not being a doctor, I think it said something about a blockage in the tubing leading to the stomach being a problem of shunt malfunction.
Q. So you had an understanding sometime after you lost your vision that your shunt had malfunctioned?
A. I'm sorry?
Q. You had an understanding sometime after October of 2001 that your shunt had malfunctioned?
A. Yes, because I went in for surgery, and they did the surgery, then sometime after that I requested Rhode Island Hospital medical records. I had the surgical notes read to me, and something's in there that states something to the effect of there's a



blockage in the tube that goes into the stomach.
Q. Before undergoing surgery at Rhode Island Hospital to repair your shunt, did you have a conversation with the doctor who operated on you?
A. Yes.
Q. And who was the doctor that performed the surgery?
A. I know -- I believe there was two of them, and I can only recall one, Santiago. I don't know who the other one was that might have accompanied him.
Q. Did either doctor tell you that you had had a malfunction in the shunt, and that's why they were going to have to go in to do the surgery?
A. They were not sure what was happening.
Q. After the surgery did you learn from either doctor that you had a blockage in your shunt?
A. Yes. When I went for my stitches to be taken out I inquired, and they told me the problem was down in the stomach.
Q. And did you have an understanding at that time from your doctor that the blockage in the shunt had some relationship to your optic nerve damage?
A. He wouldn't say for sure whether it was.
Q. What do you recall -- first of all, the "him," you're not sure of the name of this physician?



A. I'm speaking of -- I believe when I went to have stitches taken out and such, I believe that was Santiago. And so I'm referring to him, and I believe -- I believe he didn't give me a concrete answer as, you know, this did cause the optic nerve to swell therefore the shunt malfunctioned, and A, B, and C. He did not give me a concrete answer.
Q. Have you heard of a doctor named Harrington?
A. Yes.
Q. Who is Dr. Harrington?
A. I believe that's the other neurosurgeon.
Q. Did Dr. Harrington ever offer you an explanation as to whether there had been any relationship between the optic nerve damage and the problem with your shunt?
A. As earlier stated, I guess -- let me change my answer. I don't exactly know who I was speaking to. It could have been Harrington, it could have been Santiago after the surgery. I was trying to inquire with them, is this the -- what happened. So asking me who did I exactly speak to, I can't remember exactly if it was Harrington or Santiago, to be exact, but I did talk to one of them. And they didn't really pinpoint it, but they --