December 14, 2001

A. Bucci
Assistant Director
Department of Corrections

Mr. Bucci,

Thank you for taking time out of your busy schedule to read this letter. I have been led to understand that under R.I.D.O.C. policy it is not allowed for inmates to grieve any complaints they have concerning medical treatment. With this said I respectfully request that you accept this letter in the form of a complaint to you in your capacity as Assistant Director of the D.O.C.

I am a sentenced inmate, serving 18 years, housed in the Protective Custody area since December 2000. I have a birth defect known as "hydrocephalus" this is known in simpler terms as excess fluid on the brain. I in fact have a shunt in my head that drains into my stomach. The medical staff at the D.O.C. are aware of this shunt condition.

In September of 2001 my vision started to get blurry. As an outside yard porter at the Intake Service Center (P-mod) I had difficulty seeing small objects on the ground. I submitted numerous medical request slips asking to be seen by the eye doctor, Dr. Smiley, all of which were never answered. In October I submitted a letter of complaint to Dr. Joseph Morocco and he helped to secure an appointment for October 29, 2001 to be examined by Dr. Smiley. On that date Dr. Smiley after a general examination referred me to an eye specialist. On or about November 19th I examined by a Dr. Figuero. By this time my eyesight had progressively worsened to blurry and darkened vision. Dr. Figuero detected that a nerve that connected the eye to the brain appeared swollen. However with limited examination resources at the I.S.C. Hospital he referred me to the eye clinic at Rhode Island Hospital for further and more precise examining.

That same week I was transported to Rhode Island Hospital where I was examined by a new doctor at the eye clinic. After examining my eyes this doctor

12-14-02



sent me to the emergency room for a C.A.T. scan. The C.A.T. scan ruled out the possibility that the shunt was the cause of my vision problems. I was sent back to the A.C.I. upon the completion of the examination with a referral to be seen by a neurologist. Nothing has occurred since. After many letters to Dr. Joseph Morocco and Medical Director Dr. Scott Allen there are more questions than there are answers. These are the things that I do know;

1) I am told the eye doctors are saying there is nothing they can do.
2) I am told that my referral paperwork has been lost.
3) I am told that we don't have all the paperwork from the Rhode Island Hospital Eye Clinic.
4) I am told that the eye specialist did not write down what he saw before referring me to the Rhode Island Hospital eye clinic. Note; Dr. Figuero told me that he was concerned about the time lapse in being seen by a doctor. He further stated that if I had been seen sooner maybe medicine might of been able to help.

As of this date my vision is depleted to the point where the room is dark, I cannot read, and have great difficulty writing on paper. I cannot get any information as to the results of the examinations, what will be done next, or why medicine cannot be used to treat my illness. I fully understand the logic and reasoning behind the D.O.C.'s concern about me knowing an exact date for doctors appointments and such due to the obvious security reasons and I am not making any requests that would supercede D.O.C. policies in this area.

In closing, I respectfully request your help in getting some answers as to what medical intends to do concerning what I consider my serious medical condition. I thank you in advance for any assistance rendered.

Respectfully submitted;

_______________________________

Richard M. Moreau
C-2-T/H.S.C.
P.O. Box 8200
Cranston, Rhode Island 02920