# JOSEPH R. MAROCCO

**PROFILE:**

Academic background in Public Administration and Health Care Administration; Licensed Health Care Administrator; extensive, progressive experience in the health care industry with emphasis as Associate Director/Rehabilitative Services. Knowledge of the principles, practices and techniques of rehabilitation of the adult criminal offender; penology and the criminal justice system; laws effecting rehabilitation of the incarcerated individual; sociological, psychological, education and health issues affecting the adult inmate population. Familiar with medical services, education, classification, community confinement, public health education and probation and parole; ability to ensure that unit is well represented in addressing rehabilitative service needs. Adept in budget planning and administration; complying with state and federal mandates; developing and implementing policies, procedures and programs; employee supervision, training and development. Excellent verbal and written communication skills; work well with diverse backgrounds and cultures. Proficient in meeting/exceeding goals; achieving consensus among employees; ensuring optimal productivity. Computer literate.

**EDUCATION:**

1983 — UNIVERSITY OF RHODE ISLAND, Kingston, RI
***Master of Public Administration***

1973 — ASSUMPTION COLLEGE, Worcester, MA
***Bachelor of Arts/English and Health Care Administration***

**LICENSE:**

1974 — STATE OF RHODE ISLAND
***Health Care Administration***

**EXPERIENCE:**

1990 – Present — STATE OF RHODE ISLAND (1975 to Present)
RHODE ISLAND DEPARTMENT OF CORRECTIONS, Cranston, RI
***Associate Director – Health Care Services***

Administratively responsible for the Health Care Services Unit within the Division of Rehabilitative Services with an annual budget of $15 million dollars. Duties include: interviewing, hiring, overseeing the Director of Nurses, Medical Records Administrator, Chief of Dental Services, Clinical Director of Mental Health Services, Physicians and consultants; preparing consultative service contracts; providing administrative direction in nursing, medical records, psychology, special services, AIDS treatment, pharmacy, dental and medical areas; maintaining expense control; budget planning and administration; developing and implementing policies, procedures, and programs; supervising non-clinical operations; assisting with the preparation of work plans for goal achievement; ensuring compliance with appropriate standards, policies, procedures and work plans; purchasing; selecting and negotiating with vendors; continuous quality improvement; performing in-service training; meeting budget allocations.

Accomplishments:

- Decreased inmate complaints regarding health care services
- Removed federal court order in areas of health care services
- Increased professional services and staff
- Updated and modified methods used in performing nursing and dental tasks
- Recommended adding position of Medical Program Director and expanding the amount of medical and clinical services, which was implemented
- Implemented pharmacy system to increase data and efficiency
- Implemented inmate Medical Co-Payment Policy
- Homeland Security liaison for the RIDOC

1979 – 1990

RHODE ISLAND DEPARTMENT OF MENTAL HEALTH, RETARDATION AND HOSPITALS (MHRH), GENERAL HOSPITAL, Cranston, RI
***Associate Hospital Administrator***
Served as second administrative officer and chief of operations for a 560-bed hospital with 1,000 employees and an annual budget of $40 million dollars. Duties included: overseeing and interacting with support services, budget, payroll, patient accounts, purchasing and procurement, data processing, central information services and mailroom, environmental services, safety, risk management, personnel and labor relations, pharmacy departments; maintaining JCAHO standards; performing within budget restrictions; ensuring compliance with state, federal and JCAHO regulations.

Accomplishments:

- Streamlined personnel and labor relations management
- Significantly increased data processing of hospital functions including the set up and computerization of payroll, data processing and MIS system

1978 – 1979

***Client/Facilities Liaison Officer***
Assistant to the Director of the Department of Mental Health, Retardation and Hospitals. Duties included: working closely with Associate Director of Rehabilitative Services in the administration of three facilities (General Hospital, Zambarano Memorial Hospital, and a rehabilitation facility within the Division of Substance Abuse); relaying directives and information to facilities; coordinating facilities to avoid duplication of efforts regarding policies and procedures.

1975 – 1978

RHODE ISLAND DEPARTMENT OF ELDERLY AFFAIRS, Providence, RI
***State Nursing Home Ombudsman***
Responsible for responding to community complaints regarding nursing home services. Duties included: analyzing/identifying problems; coordinating efforts of state departments to ensure problem resolution; serving as community resource and liaison regarding health care facilities and patient care quality; complying with state and federal rules and regulations pertaining to health care facilities.

Accomplishments:

- Hired to work on federally funded project, which was the first of its kind in the United States and continues to receive funding today

1974 – 1975

CEDAR CREST NURSING CENTER, Cranston, RI
***Administrator***
Directed a 130-bed nursing home with 127 employees. Duties included: managing all aspects of employee relations; employee supervision, training and development; coordinating patient procedures; budget planning and administration; finance management; overseeing general administration and fee adjustment procedures; supervising nursing, business, dietary, maintenance, housekeeping and laundry departments.

**ADDITIONAL EXPERIENCE:**

2005

NATIONAL COMMISSION ON CORRECTIONAL HEALTH CARE
***Proctor for Certified Correctional Health Care Professional Exam***

2003

NATIONAL COMMISSION ON CORRECTIONAL HEALTH CARE
***Certified as a Certified Correctional Health Professional (CCHP)***

1984 – 1993

COMMUNITY COLLEGE OF RHODE ISLAND, Warwick, RI
***Instructor – Business Administration Department***

Instructed students in various courses dealing with Business Administration and Small Business Administration.

**CONFERENCES:**

2005 Federal Emergency Management Agency – Integrated Emergency Management - Metropolitan Medical Response System

Emergency Management Agency – Jail Evacuation: Planning & Implementation

Rhode Island Disaster Responder Conference

10th Northeast Correctional Health Care Conference

2004 LifeWatch Employee Assistance Program – Job Performance and Chemical Dependency

Behavioral Health in Corrections – Critical Issues in Working with Co-Occurring Disordered Individuals in Contact with the Criminal Justice System

Peg-Intron and Rebetol – Combination Therapy for Hepatitis C

Bloodborne Pathogen Update

Infectious Disease and Addiction in the Correctional Setting

2003 HIV Management and Clinical Care Update

Prevention and Treatment of Infectious Disease in Prison – What Corrections-Based Staff Need to Know

Behavioral Health in Corrections – Co-Occurring Disorders in Corrections: Management Strategies and Practice Options

Reportable Diseases

2000 National Institute of Corrections – Prison Service Contracts

1995 National Institute of Corrections – Medical Services in Corrections

**PROFESSIONAL AFFILIATIONS:**
National Commission on Correctional Health Care – Certified Correctional Health Professional; American College of Healthcare Executives; American Society of Public Administrators; American Management Association; American Correctional Association; American Correctional Health Services Association; International Association of Hospital Security; Hospital Association of Rhode Island; Leadership Rhode Island; Chairman – Building Committee; Member – Finance Council – Holy Apostles Church