[ ] DENTAL
[ ] MEDICAL REQUEST
[ ] MENTAL HEALTH

DATE:______________________ CELL/WING/MOD ____________

TIME:______________________ BLDG ____________

NAME______________________ D.O.B.____________

SPECIFIC PROBLEM______________________

______________________

______________________

Is this a work assignment injury? Yes No (circle one)

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

HEALTH CARE RESPONSE______________________

______________________

______________________

Nursing Signature/Date

Distribution: White-Dispensary Yellow-Administrator Pink-Inmate
Form: c:\forms\medreqst041599