12:02 TEL 4014623222 ACI HEALTH SERV ADMIN ☐008

RECEIVED
OCT 25 2000
MEDICAL PGRM. DIR.

October 24, 2000

To Dr Ann Spalding
From Intake Inmate Richard M. Moreau #113743 N-Mod cell-10B

I am an awaiting trial inmate, expecting to be sentanced within a month to a possible sentance of 25-years to serve.

I have a birth-defect called hydrocephalus. From birth, I had a shunt in place to drain the Fluid. My physician was Dr. David Barry up til 1993 when he retired. I had an operation, due to shunt malfunction in 1994 by Dr. Salame of Norwich, Connecticut.

Dr. Barry used to give me (send me) For a cat-scan every year to keep with routine checkups of the shunt.

My 2 questions are:

1. As a state prison inmate - do I get routine yearly cat-scans to keep in check with the shunt?
2. I would like to send the last cat-scan xrays into medical staff so they have a medical history on File. Where do I send these?

I look Forward to your reply.

Thank You.

Richard M. Moreau #113743
of N. Mod cell-10B Intake Center