RHODE ISLAND DEPARTMENT OF CORRECTIONS
HEALTH CARE SERVICES
INTER-OFFICE MEMORANDUM

TO: Richard Moreau, Inmate
ID# 113743
Intake Service Center

FROM: Joseph R. Marocco
Hospital Administrator
Health Care Services

DATE: November 15, 2000

SUBJECT: YOUR LETTER TO DR. SPAULDING DATED 10/24/00

Dr. Spaulding referred your letter to me for my review and response. I called the ISC infirmary and spoke to Nurse Mary Lou O'Neil regarding the question of whether or not you need to be sent for a CT scan. It is my understanding that you saw the physician, most recently on 11/3/00, but nothing was noted in your medical record about your shunt. I asked her to place your name on the list to see the physician again. When you meet with him, please let him know of your condition and he will decide if it is necessary to send you for a CT scan at this time.

Relative to your second issue of where you should send medical documentation and/or test results, please contact Mrs. Pauline Marcussen, Medical Records Administrator, at the Intake Service Center.

:jb

cc: M. O'Neil, RN
P. Marcussen
Inmate File

A:\AS.2\MOREAU