*Salary Range 62360 - 70667*

**CLASS TITLE:** **ASSOCIATE DIRECTOR OF HEALTH CARE SERVICES (CORRECTIONS)**

**Class Code:** 02595200
**Pay Grade:** 39
**EO:** A

**CLASS DEFINITIONS:**

**GENERAL STATEMENT OF DUTIES:** To be responsible for the overall administration of all non-medical and administrative functions of the Health Care Services Unit within the Rhode Island Department of Corrections and for the integration and coordination of all non-medical services and to work in collaboration with the Medical Program Director relative to the examination, diagnosis, care and treatment of inmates; and to do related work as required.

**SUPERVISION RECEIVED:** Works under the general direction of the Medical Program Director with wide latitude for the exercise of independent judgment in the overall administration of the functions of the Health Care Services Program in collaboration with the Medical Program Director; works under the technical and professional direction of the Medical Program Director on matters relating to the Health Care Services Program; work is reviewed, usually upon completion, for conformance to law, rules, regulations, directions, instructions or policies.

**SUPERVISION EXERCISED:** Plans, organizes, coordinates, directs and supervises the work of staff engaged in non-clinical functions; reviews work of administrative and medical personnel on matters of an administrative nature for conformance to law, rules, regulations, directions, instructions or policies and for technical proficiency of work performed.

**ILLUSTRATIVE EXAMPLES OF WORK PERFORMED:**

To be responsible for the administrative direction of all non-medical functions required for the professional care and treatment of inmates through consultation and through evaluation of the Medical Program Director's application of policies, directives, rules, regulations or instructions established or issued by the Assistant Director of Rehabilitative Services (Rhode Island Department of Corrections) relating to such functions and through review of required or special reports or recommendations submitted by the Medical Program Director concerning the professional care and treatment of inmates.

To work in collaboration with the Medical Program Director in achieving an integrated and acceptable medical delivery system.

To be responsible for the administrative processing of requests for admission, transfer and discharge of inmates.

To be responsible for overall administration of all non-medical and administrative functions of the Health Care Services Unit and for the integration and coordination of all non-medical services with the medical services for the examination, diagnosis, care and treatment of inmates.

To be responsible for the continuous review and evaluation of the effectiveness of existing policies, procedures and work methods relating to these services and to install or provide improved procedures and work methods.

To make rounds of facility areas on a regular basis to assure proper maintenance of standards of inmate care.

To be responsible for administrative functions of budget, accounting, fiscal, personnel, supply, and facility maintenance.

To do related work as required.

**REQUIRED QUALIFICATIONS FOR APPOINTMENT:**

**KNOWLEDGES, SKILLS AND CAPACITIES:** A thorough knowledge of hospital administrative principles, practices and methods and skill in applying such knowledge; a thorough knowledge of hospital organization, operation and maintenance; the ability to maintain effective control and checks upon performance and operation; the ability to integrate and coordinate effectively the administrative services with the medical care and treatment services; the ability to assist the Medical Program Director in the formulation and execution of policies and programs for the care and treatment of inmates and the ability to interpret principles and practices of business management and the ability to apply such knowledge in the direction and supervision of the administrative services at a hospital, mental institution or correctional institution; a working knowledge of trends and current developments in modern hospital administration methods and procedures; the ability to plan, organize, direct and review work performed by professional personnel through consultation and through evaluation of their reports for conformance to the objectives, policies, directions and instructions approved by the Medical Program Director for the care and treatment of inmates; and related capacities and abilities.

**EDUCATION AND EXPERIENCE:**

Education: Such as may have been gained through: possession of a Master's Degree in hospital, public or business administration, and
Experience: Such as may have been gained through: employment as a Hospital Administrator, Assistant Hospital Administrator or employment in an administrative position in a general hospital, correctional institution or mental health institution involving the coordination of administrative services with the medical services for proper health care and treatment.
Or, any combination of education and experience that shall be substantially equivalent to the above education and experience.

Class Created: December 29, 2002
Editorial Review: 3-15-2003