**Rhode Island Department of Corrections**
**Health Care Services**
**Memorandum**

To: Inmate Richard Moreau
ID# 113743
High Security Center

From: Joseph R. Marocco
Hospital Administrator
Health Care Services

Cc: Inmate File

Date: November 5, 2001

Re: **YOUR 10/14/01 LETTER**

In response to your 10/14/01 letter (not received until 10/25/01) regarding your request to see Dr. Smiley, I called Nurse Abelli at the ISC Infirmary and discovered that you had been transferred to High Security. I made arrangements for you to be transported to the Intake Service Center for your scheduled appointment on 10/29/01 with Dr. Smiley. It is my understanding that you were seen at ISC on that date. If you have any additional concerns regarding your eyesight, please let me know.

JRM/jb

A:\JRM\Moreau, R.