RECEIVED

FEB 19 2002

MEDICAL PGRM. DIR.

February 15, 2002

To: Dr. Scott Allan
Medical Director
Adult Correctional Institution

Dr. Allan,

It is going on six months since I first complained about my loss of vision (gradually) problem. Previously I had to seek the assistance of Joseph Morroco the hospital administrator in order to get an initial eye exam appointment. At this appointment the examining doctor after learning of my having a shunt due to my Hydrocephalus considered the possibility that it could be a malfunction in the shunt that could possibly be the cause of the loss of vision. I was then referred to the eye clinic at Rhode Island Hospital. After an exam at the R.I. hospital eye clinic I was ordered by the eye specialist for an appointment with the hospital neurology department for a follow-up exam. It took the D.O.C. nearly three months to get the appointment and during this three month period I was informed that my paperwork was lost. Now I have been waiting since January 7th to go in for surgery to change the shunt and find out if there is a connection between the shunt and my vision loss. I have already signed the paperwork to have the surgery at Rhode Island hospital. Today I am told that there is no appointment for the surgery yet due to the fact that we don't know where the paperwork is. I seek your assistance in this matter. Could you please check the status on my surgery and let me know where I am at?

Respectfully;

Richard M. Moreau
A-8-B/P.O. Box 8200
Cranston, Rhode Island 02920