RHODE ISLAND DEPARTMENT
OF CORRECTIONS
NURSING CONTACT NOTES

NAME Moreau, Richard

DOB 9.13.71

S (subjective symptoms) O (objective findings)
A (assessment or impression) P (plan)
All entries must be **signed**, **dated** and **timed**.

| DATE & TIME | ENTRY CODE SECURITY | |
|---|---|---|
| 7.8.00 2:50p | ISC | inmate states he was assaulted by another inmate Contusions on face, nose swollen neuro signs intact hand grasps = BP P place on H.W #2 on head trauma precautions due to his hydrocephales - he has a shunt in place. Will monitor - have seen in AM J Caldman |
| 7/8/00 9 PM | ISC | Resting in bed at this time. A&OX3 PERRL, R&L hand grasp good diet taken. Will cont to monitor. [illegible] RN |
| 7.9.00 5AM | ISC | BP 110/80 - 76 - 18 - Slept well all noc. easily aroused. P.E.R.L. alert, well oriented X3. Henderson RN |
| 7.9.00 7-3 | ISC | Seen by Dr. Santa Theresa & may go to population. P [illegible] |
| 12-24-01 11A | HSC | Called white to visiting room when inmate had a dizzy spell. 148/80 Feels better. Advised to hydrate + eat lunch. RTC prn M Guydus RN |

HSP #5 REV. 7-91