# RHODE ISLAND DEPARTMENT OF CORRECTIONS PHYSICIAN CONTACT NOTES

NAME [illegible]

DOB [illegible]

ENTRY CODE

S (subjective symptoms) O (objective findings)
A (assessment or impression) P (plan)
All entries must be signed, dated and timed.

| DATE & TIME | SECURITY | |
|---|---|---|
| 06/07/01 | | [illegible] Throat<br>O: Throat [illegible]<br>P: [illegible] |
| 06/26/01 | [illegible] | [illegible] Throat<br>O: Throat [illegible]<br>[illegible]<br>P: Throat [illegible] |
| 11/15/01 | [illegible] | Furlough to RIH Eye Clinic<br>Fx Figueroa [illegible] |
| 02/25/02 | | [illegible]<br>Furlough done |
| 04/05/02 | | [illegible]<br>[illegible] BP?<br>O: BP 120/78 [illegible] 74<br>[illegible] HCTZ |



31

# RHODE ISLAND DEPARTMENT OF CORRECTIONS PHYSICIAN CONTACT NOTES

NAME [illegible]

DOB [illegible]

ENTRY CODE

S (subjective symptoms) O (objective findings)
A (assessment or impression) P (plan)
All entries must be signed, dated and timed.

| DATE & TIME | SECURITY | |
|---|---|---|
| 03/09/01 | 1200 | BP 1[illegible]/[illegible] P 78 (S) [illegible] ... good condition. A/(1) Transient feeling of swaying [illegible] ... ~~[illegible]~~ ... (2) HTN - [illegible] |
| 03/17/01 | TSC | Has dizziness, headache [illegible] and [illegible] OE BP 130/85 [illegible] wax both [illegible] |
| 03/21/01 | ISC | Some of the wax removed [illegible] will need flushing of ears |
| 04/23/01 | | Continue to have dizziness also [illegible] O/E: Has wax both ears needs to flush |