15
12

DIAGNOSIS / PROBLEM:

DRUG ALLERGIES:

NKA

NAME / DOB / ID# 113743
Moreau, Richard
9-13-71

R.I. Department of Corrections
Health Services

INSTRUCTIONS FOR USE

1. DATE & TIME ALL ORDERS
2. A PHYSICIAN'S SIGNATURE MUST ACCOMPANY THE ORDERS.

| DATE | TIME | SECURITY | |
|---|---|---|---|
| 9/5/01 | | ISC | Palm ectivate 9/7/01 at 8:30 AM<br>Amoxicillin 2 g |
| | | | INMATE TRANSFER Date: 10/29/01<br>From: ISC to HSC<br>Reviewed by: Nurse M Greydus RN (Signature) |
| 11/10/01 | 9:30 A | HSC | Tagomet 400 mg po q hs x 90 d<br>M Greydus R TO Dr Matola / M Greydus RN |
| 11/10/01 | 9:30 | HSC | HCTZ 25 mg po qd x 90<br>M Greydus RN TO Dr Matola / M Greydus |
| 12/7/01 | 8A | HSC | Flu Vaccine 0.5 ml IM<br>M Greydus RN |
| 1/7/02 | 11A | HSC | Magnifying Sheet<br>M Greydus VO Dr Matola / M Greydus<br>1/7/11A |
| 02/01/02 | | | HCTZ 25 TPO & Q day<br>SMA-7 |

HSPPO Rev. 7/00

PHYSICIAN'S ORDER FORM

M Greydus RN
2/1 12N