Rhode Island Hospital
A Lifespan Partner

RECEIVED
APR 29 2002
RIDOC MEDICAL
PROGRAM DIRECTOR

BROWN UNIVERSITY
SCHOOL OF MEDICINE

Department of
Ophthalmology

593 Eddy Street, APC 7
Providence, RI 02903
Tel 401 444-8615
Fax 401 444-6187

4/22/02

To Whom It May Concern,

I am writing this letter on behalf of Richard Moreau. Mr Moreau was seen in our eye clinic on 11/16/01. He was found to have florid optic nerve edema in both eyes. Mr Moreau has a history of hydrocephalus and is s/p shunt placement that was revised in 1995. After our exam on November 16, I made arrangements for the patient to have a stat CT scan and evaluation by the neurosurgical survice. We have not seen the patient since this time. At the time of his exam his vision was hand motion in both eyes, which is considered legally blind. Please let me know if any other information is needed.

Sincerely,

Anne Fitzpatrick MD