# REQUEST FOR EYE EXAMINATION

Name: RICHARD MOREAU Case No.: 113743 Ward: ........ Age: 9/13/71

Referred as part of survey: Yes No

Date seen in survey:

Refer for detailed examination: Yes No Vision Satisfactory Yes No

Referred directly for refraction: For repair of frames:

Referred by:

Date of referral:

Remarks:

Date of examination: 9/17/00 glasses lost

| | | |
|---|---|---|
| Vision Without Glasses | O.D. 20/40 | |
| | O.S. 20/60 | |
| | O.U. | Near V. O. U. |
| Vision With old Glasses | O.D. | |
| | O.S. | Near V. O. U. |
| | O.U. | |

OPHTHALMOSCOPE disc flat, media clear o.u.

EXTERNALS

STATIC SKIAMETRY O.D.
O.S.

S.F.T. O.D. +2.00 sph V. 20/30
O.S. +1.25 = -1.00 x180 V. 20/30
add Near V.

ASSESSMENT:
① low hyperopia c̄ low astigmi.
② glasses indicated

PLAN: order glasses

PD DBL FR

Fee Standard
Economy
State

Rx O.D. +1.75 sph.
O.S. +1.00 = -.75 x180

Signed [signature] Optometrist

Patient competent to use glasses: Yes No

Patient willing to use glasses: Yes No ........ Physician's Signature

I acknowledge receipt of glasses ........ Patient's Signature

B. Each patient should bring with him to the survey or to individual examination any glasses in his possession or in the marking room.