RECEIVED
RI. DEPT. OF CORRECTIONS
OCT 25 2001
HEALTH SERVICES ADMINISTRATION

OCT 14, 2001

RE: my letter to you dated 9-17-01

Dear Mr. Marocco,

Thank you for responding on 9-26-01.

As I said before my eyesight is very bad. In the dining room it is difficult to see what is on the plate and table. In my cell with the light on along with rec area in the mod, to me its too dark. Its like I am outside at 7PM dusk – very dark. I can barely read a newspaper.

I understand you have placed me on the OCT 29 list to see Dr. Smiley. I heard sometimes Dr. Smiley does not see all on the list to ~~see~~ be seen. I fear Dr. Smiley will not get to see me then for whatever reason. I have $100- set aside to buy new eyeglasses.

I understand RIDOC policy is to go through channels via med slip to see any doctor. Would it be (ok) if I could write a letter to Dr. Smiley office via US mail explaining my problem directly to him so he is aware of me when he comes in OCT 29. I dont have his address, so if you

Say not to write him, I will not write him.

Could I do that? If yes can I set his office address.

Also please note that this is not a complaint about your staff.

I want you to know the staff is very good.

The nurses that give me medication (my BP meds) and doctors are very professional.

Thank You.

Richard M. Moreau

113743

P-8-T01 at ISC