# EAST BAY EYE CARE

Dr. Harrison Smiley

*Family Doctor of Optometry*

690 Warren Avenue
East Providence, Rhode Island 02914-1411
(401) 434-7590

Rhode Island Mall
Warwick, Rhode Island 02886-1827
(401) 821-2050

September 17, 2001

TO: Mr. Joseph Marocco
Hospital Administrator
P.O. Box 8274
Cranston, R.I. 02920

FROM: Harrison Smiley, O.D.
SS# 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 P.O. Me2001062

RE: Eye Exams For September 2001

September 17, 2001 - Medium I

1.
2.
3.
4.
5.
6.
7.
8.
9.
10.
11.
12.
13.
14.
15.

TOTAL 15

September 17 - 15 Exams X $20.00 = $300.00 - TOTAL DUE