# EAST BAY EYE CARE

Dr. Harrison Smiley
*Family Doctor of Optometry*

690 Warren Avenue
East Providence, Rhode Island 02914-1411
(401) 434-7590

Rhode Island Mall
Warwick, Rhode Island 02886-1827
(401) 821-2050

October 30, 2001

TO: Mr. Joseph Marocco
Hospital Administrator
P.O. Box 8274
Cranston, R.I. 02920

From: Harrison Smiley, O.D.
SS# 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 P.O. Me2001062
Re: Eye Exams For October 2001

October 1, 2001 - Minimum

1.
2.
3.
4.
5.
6.
7.
8.
9.
10.
11.
12.
13.
14.
15.
16.
17.
18.
19.

TOTAL 19

October 23, 2001 Medium

1.
2.
3.
4.
5.
6.
7.
8.
9.
10.
11.

TOTAL 11

OCTOBER 29, 2001 Intake

1.
2.
3.
4. Moreau, Richard #113743
5.
6.
7.

TOTAL 07

OCTOBER 01 - 19
OCTOBER 23 - 11
OCTOBER 29 - 07 TOTAL 37X$20.00=$740.00