REQUEST FOR EYE EXAMINATION

Name: RICHARD MOREAU Case No.: 113743 Ward: ........ Age: 9/13/71

Referred as part of survey: Yes No

Date seen in survey:

Refer for detailed examination: Yes No Vision Satisfactory Yes No

---

Referred directly for refraction: For repair of frames:

Referred by:

Date of referral:

Remarks:

---

Date of examination: 10/29/01 glasses lost over 2 months, his vision has ↓ drastically,

Vision Without Glasses | O.D. LIGHT PERCEPTION, ONLY
| O.S. HAND MOTION AT 6"
| O.U. Near V. O. U.

Vision With old Glasses | O.D.
| O.S. Near V. O. U.
| O.U.

OPHTHALMOSCOPE (R) disc flat c indistinct edges, media clear
(L) disc flat, edges distinct, media clear

EXTERNALS pupils: sluggish 5.5 mm O.U.

ASSESSMENT: unexplained vision loss S/P optic neuritis

STATIC SKIAMETRY O.D. +1.25 = -1.25 x 10
O.S. +1.25 = -1.25 x 170

S.F.T. O.D. V.
O.S. V.
add Near V.

PLAN: refer to Dr Figueroa

PD DBL FR

Fee Standard
Economy
State

Signed [signature]
Optometrist

---

Patient competent to use glasses: Yes No

Patient willing to use glasses: Yes No ........................
Physician's Signature

---

I acknowledge receipt of glasses

........................
Patient's Signature

N.B. Each patient should bring with him to the survey or to individual examination any glasses in his possession or in the marking room.