RESULTS DETAIL LISTING
94393410 MOREAU ,RICHARD XNS
NEUROSURGERY

---

VAL/OBSV CODE: HP DATE/TIME: 01/11/02 09:18
ABNORMAL IND: BODY SITE:
CRITICAL IND: BODY POSITION:
NORMAL DESC:
COMMENT:

RHODE ISLAND HOSPITAL HISTORY AND PHYSICAL

MOREAU, RICHARD
1497-01-31 AC 000094393410
DATE OF ADMISSION: 01/07/2002

CHIEF COMPLAINT: Progressive visual loss for the last 3-4 months.

HISTORY OF PRESENT ILLNESS: The patient is an Adult Corrections Institute inmate who has noticed progressive visual loss since September of 2001. He was evaluated in November on November 16 with a CT scan and Ophthalmology by Dr. Margerie Murphy, Neurophthalmology which exam has revealed a bilateral, chronic papal edema and optic nerve edema bilaterally. The patient's results were evaluated from in the emergency room at that time and his CT scan was noted to have no increased intracranial pressures, cerebrospinal fluid was withdrawn ~~nasally~~ and showed that functioning shunt with a low to normal pressure.

PAST MEDICAL HISTORY: The patient has a shunt for hydrocephalus from birth and also hypertension.

ALLERGIES: No known drug allergies.

MEDICATIONS: Include Hydrochlorothiazide 25 mg q.d.

PHYSICAL EXAMINATION: He is afebrile with stable vital signs. Head, ears, eyes, nose, and throat is negative. Lungs clear. Heart regular. Abdomen soft. He is awake, alert, and oriented x3. Cranial nerves 3-12 grossly intact. He has decreased visual acuity bilaterally and no visual fields on gross confrontation. His motor and sensory examination is completely normal. His CT scan reveals an enlarged lateral ventricles and a generalized atrophy of the brain with no frank cerebrospinal fluid extravasation. He has small fourth ventricle and possibly has a component for ductal stenosis. A right occipital shunt is in place. His last revision was, by report, in 1995.

IMPRESSION: This is a 30-year-old gentleman with shunted hydrocephalus with possible aqueductal stenosis with last revision in 1995 who now presents with acute visual acuity deterioration. He was thought to have bilateral atrophic optic disc edema. The patient, upon discussion and review of films with Dr. Harrington, was considered that this is most likely due to a malfunctioning shunt and it was decided that the revision be undertaken. The risks and benefits of the procedure were explained to the patient including bleeding, infection, anesthesia, also permanent neurologic deficit, stroke, and death was discussed. Also the options of

========================TEXT CONTINUED ON NEXT PAGE========================

RESULTS DETAIL LISTING
94393410 MOREAU ,RICHARD XNS
NEUROSURGERY

---

VAL/OBSV CODE: HP DATE/TIME: 01/11/02 09:18
ABNORMAL IND: BODY SITE:
CRITICAL IND: BODY POSITION:
NORMAL DESC:
COMMENT:

him not getting better or remaining the same or further deteriorating was discussed. The patient understands these options and agrees to proceed with the shunt revision which will be scheduled by Dr. Harrington's office and a programmable valve will be placed at that time. Also a shunt series will be obtained prior to surgery.

Arno Sungarian, M.D.

for

Unreviewed
David Harrington, MD

cc: David Harrington, MD
R.I.H., Department Of Surgery
2 Dudley Street
Providence RI 02905

DD: 01/07/2002 4:04 P
TD: 01/11/2002 9:18 A
DH/628
Doc #:362933/Job #: 000155662

================================END OF REPORT================================

*** CONFIDENTIAL REPORT PRINTED BY: JML314 ON 01/11/02 AT 09:33 TERM: 0U34 ***
DISPOSE OF APPROPRIATELY!

Form REPRTGF3