**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| RICHARD MOREAU | ) | |
| | ) | |
| VS. | ) | C.A. No: 04-459S |
| | ) | |
| STATE OF RHODE ISLAND, et. al. | ) | |

**PLAINTIFF'S OBJECTION TO**
**REPORT AND RECOMMENDATION**

**NOW** comes the Plaintiff, Richard Moreau, pursuant to Local Rule of Civil Procedure (LR Cv) 72(d), and objects to the Report and Recommendation (Document #107) issued by the Magistrate Judge on August 7, 2006.

In further support of said objection, Plaintiff incorporates by reference herein "Plaintiff's Memorandum of Law in Support of Objection to Report and Recommendation."

**WHEREFORE**, Plaintiff requests judgment not enter pursuant to the Report and Recommendation.

Plaintiff,
By Counsel,

/s/ Joseph-Anthony DiMaio, Esq.
Joseph-Anthony DiMaio, Esq. (#3910)
Mckinnon & Harwood
1168 Newport Avenue
Pawtucket RI 02861
(401) 723-9655
(401) 722-9160
contact@mckinnonharwood.com

**CERTIFICATION**

I hereby certify that on Monday, August 21, 2006, a true copy of the within, was served upon the following and in the following manner(s):

**Thomas A. Palombo Esq.**, by electronic means only to " tpalombo@riag.ri.gov".

/s/ Joseph-Anthony DiMaio, Esq.
Joseph-Anthony DiMaio