**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| RICHARD MOREAU | ) | |
| | ) | |
| VS. | ) | C.A. No: 04-459S |
| | ) | |
| STATE OF RHODE ISLAND, et. al. | ) | |

**PLAINTIFF'S MOTION TO EXTEND TIME**
**TO TAKE EXPERT DEPOSITIONS AND**
**TO PROVIDE RULE 26(a)(2)(C) REBUTTAL DISCLOSURE**

**NOW** comes the Plaintiff, Richard Moreau, and moves this Honorable Court grant an order extending the time within which Plaintiff may depose Defendant's experts, Doctors Santoro and Rizzo, and granting an order extending the time within which Plaintiff may provide a Rule 26(a)(2)(C) rebuttal disclosure which is otherwise due within thirty days after disclosure by the other party (see USCS Fed Rules Civ Proc R 26(a)(2)(C)).

In support of this motion, Plaintiff states that noticing depositions and rebuttal disclosures has so far been impractical. Plaintiff had previously filed a motion to strike Defendants' expert disclosure, which motion was heard on July 26, 2006. That motion was denied without prejudice and with certain concessions to Plaintiff stated on the record. Those concessions included, without limitation, additional time within which Plaintiff may notice Defendants experts' deposition, and additional time within which Plaintiff may provide a rebuttal disclosure consistent with USCS Fed Rules Civ Proc R 26(a)(2)(C)).

Since dispositive motions were then due, and filed on, July 27, 2006, responses to those dispositive motions required an extensive commitment of time in order to respond. Defendants' response has been complicated by Defense counsel's planned vacation. Thus attempting to schedule

depositions in a courteous and professional manner subsequent to the July 26, 2006 hearing has not been practical.

In addition, some issues germane to the expert depositions may cease to be relevant due to dispositive motions and the objection to the report and recommendation of the magistrate, which are presently pending. It is more economical for Plaintiff, with limited financial means, to prepare and pay for depositions of defendants' experts after a decision on those outstanding dispositive motions. Once those depositions are complete, Plaintiff would respectfully request an additional reasonable amount of time in order to forward those transcripts to Plaintiff's expert and/or to a rebuttal expert for preparation of a Rule 26(a)(2)(C) rebuttal disclosure.

**WHEREFORE**, Plaintiff requests an order issue permitting Plaintiff to depose Defendants' Experts no later than thirty days after entry of an order regarding the presently outstanding dispositive motions, and then an addition thirty days thereafter within which to provide a Rule 26(a)(2)(C) rebuttal disclosure or such alternative time parameters as counsel may further stipulate or this court shall order.

Plaintiff,
By Counsel,

/s/ Joseph-Anthony DiMaio, Esq.
Joseph-Anthony DiMaio, Esq.
Attorney #3910
Mckinnon & Harwood
1168 Newport Avenue
Pawtucket RI 02861
(401) 723-9655
contact@mckinnonharwood.com

## CERTIFICATION

I hereby certify that on Thursday, August 24, 2006, a true copy of the within, was served upon the following and in the following manner(s):

**Thomas A. Palombo Esq.**, by electronic means, "CM/ECF", only to " tpalombo@riag.ri.gov".

/s/ Joseph-Anthony DiMaio, Esq.
Joseph-Anthony DiMaio