**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| RICHARD MOREAU | ) | |
| | ) | |
| VS. | ) | C.A. No: 04-459S |
| | ) | |
| STATE OF RHODE ISLAND, et. al. | ) | |

**PLAINTIFF'S MOTION TO EXTEND TIME**
**TO FILE PRE-TRIAL MEMORANDUM**

**NOW** comes the Plaintiff, Richard Moreau, and moves this Honorable Court grant an order extending the time within which the parties may file pre-trial memorandum.

In support of this motion, Plaintiff states that this matter has been assigned to the Honorable Judge Smith. Per Judge Smith's standing "Civil Pre-Trial Order" (see http://www.rid.uscourts.gov/PDFS/ORDERS/Smith%20Civil%20Pretrial%20Order.pdf), "[c]ounsel shall present by **30 days after a decision on any dispositive motions...typewritten memorandum."** (emphasis original) (Id. ¶4). Dispositive motions were filed on or before July 27, 2006. Pre-trial memorandum are presently due on August 31, 2006. In addition, Defendants' response to Plaintiff's dispositive motion is anticipated on August 31, 2006. Hearing and entry of an order upon all outstanding dispositive motions has yet to take place.

Accordingly, preparation of pre-trial memorandum, consistent with the standing order, run the risk of not properly addressing the issues relevant for trial, and/or my focus on superfluous or irrelevant material in light of potential rulings on those outstanding dispositive motions.

**WHEREFORE**, for the above reasons, Plaintiff requests an order permitting both parties to file pre-trial memorandum, consistent with Judge Smiths' standing Civil Pre-trial Order supra,

within thirty days after docketing of the last order regarding the presently pending dispositive motions.

Plaintiff,
By Counsel,

/s/ Joseph-Anthony DiMaio, Esq.

Joseph-Anthony DiMaio, Esq.
Attorney #3910
Mckinnon & Harwood
1168 Newport Avenue
Pawtucket RI 02861
(401) 723-9655
contact@mckinnonharwood.com

## CERTIFICATION

I hereby certify that on Thursday, August 24, 2006, a true copy of the within, was served upon the following and in the following manner(s):

**Thomas A. Palombo Esq.**, by electronic means, "CM/ECF", only to " tpalombo@riag.ri.gov".

/s/ Joseph-Anthony DiMaio, Esq.
Joseph-Anthony DiMaio