**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

**RICHARD MOREAU**
**PLAINTIFF**

**V.** **C.A. NO. 04-459 S**

**STATE OF RHODE ISLAND,**
**DEPARTMENT OF CORRECTIONS,**
**ASHBEL T. WALL, DIRECTOR,**
**JAMES WEEDEN, WARDEN,**
**JOSEPH MAROCCO, ASSOCIATE DIRECTOR**
**OF HEALTH CARE, SCOTT ALLEN, MD,**
**DR. SMILEY, R. FIGUEROA,**
**BARBARA A. CARROLL, RN,**
**MARYLYN GREJDUS, RN,**
**JOHN DOE (1), JOHN DOE (2), JOHN DOE (3)**
**DEFENDANTS**

**DEFENDANTS' OBJECTION TO PLAINTIFF'S PARTIAL MOTION FOR SUMMARY JUDGMENT AS TO AFFIRMATIVE DEFENSES**

Now come Defendants and hereby object to Plaintiff's Motion for Partial Summary Judgment as to Defendants' Affirmative Defenses. In support hereof, Defendants file the attached Memorandum of Law.

WHEREFORE, Defendants respectfully request that Plaintiff's Motion for Partial Summary Judgment as to Affirmative Defenses be denied.

Respectfully submitted,

DEFENDANTS
By their Attorney,

PATRICK C. LYNCH
ATTORNEY GENERAL

*/s/ Thomas A. Palombo*
______________________________

Thomas A. Palombo, Bar No. 4212
Assistant Attorney General
150 South Main Street
Providence, RI 02903
Tel: (401) 274-4400 ext. 2296
Fax: (401) 222-2995
tpalombo@riag.ri.gov

**CERTIFICATION**

I, the undersigned, hereby certify that I sent a true copy of the foregoing by electronic mail this 30th day of August, 2006 to those indicated below:

*/s/ Thomas A. Palombo*

_______________________________

**Joseph-Anthony DiMaio, Esquire**
contact@mckinnonharwood.com

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

**RICHARD MOREAU**
**PLAINTIFF**

**V.** **C.A. NO. 04-459 S**

**STATE OF RHODE ISLAND,**
**DEPARTMENT OF CORRECTIONS,**
**ASHBEL T. WALL, DIRECTOR,**
**JAMES WEEDEN, WARDEN,**
**JOSEPH MAROCCO, ASSOCIATE DIRECTOR**
**OF HEALTH CARE, SCOTT ALLEN, MD,**
**DR. SMILEY, R. FIGUEROA,**
**BARBARA A. CARROLL, RN,**
**MARYLYN GREJDUS, RN,**
**JOHN DOE (1), JOHN DOE (2), JOHN DOE (3)**
**DEFENDANTS**

**MEMORANDUM OF LAW IN SUPPORT OF DEFENDANTS' OBJECTION TO PLAINTIFF'S PARTIAL MOTION FOR SUMMARY JUDGMENT AS TO AFFIRMATIVE DEFENSES**

This Memorandum of Law supports Defendants' Objection to Plaintiff's Motion for Partial Summary Judgment as to Defendants' Affirmative Defenses. For the reasons set forth, Defendants respectfully submit that Plaintiff's Motion should be denied.

In pertinent part,[1] Plaintiff Moreau requests that "this Court conduct a Rule 56(d) inquiry to determining [sic] the viability of Defendants' Affirmative Defenses… ." Plt. Memo. p 4-5. Rule 56(d) – Cases Not Fully Adjudicated on Motion – concerns partial summary adjudication. The Rule provides that when "'judgment is not rendered upon the whole case or for all the relief asked and a trial is necessary,' the court may 'ascertain what material facts exist without substantial controversy and what material facts are actually and in good faith controverted.'" Access Solutions Int'l, Inc. v. Data/Ware Dev't, Inc., 70 F.Supp.2d 92, 96 (D.R.I. 1999).

[1] Plaintiff also sought "to preclude from consideration the Defendants' expert reports," Id. at 4; however, the reports are not exhibits in Defendants' pending summary judgment. Thus, this aspect of Plaintiff's Motion is of no moment.

The Rule also provides for "an order specifying the facts that appear without substantial controversy." Rule 56(d). The Court utilizes the same standards and criteria as on a full summary judgment motion. Access Solutions, 70 F.Supp.2d at 96.

Research reveals that, in addition to Rule 12(f) – Motion to Strike – Rule 56(d) may be used to obtain a ruling on affirmative defenses. Here, however, Plaintiff Moreau has failed to set forth which affirmative defenses he challenges, to assert the undisputed facts and to present legal argument supporting summary judgment.

Accordingly, Plaintiff's Rule 56(d) Motion is not well founded. Therefore, Defendants respectfully request that Plaintiff's Motion for Partial Summary Judgment as to Defendants' Affirmative Defenses be denied.

Respectfully submitted,

DEFENDANTS
By their Attorney,

PATRICK C. LYNCH
ATTORNEY GENERAL

*/s/ Thomas A. Palombo*

Thomas A. Palombo, Bar No. 4212
Assistant Attorney General
150 South Main Street
Providence, RI 02903
Tel: (401) 274-4400 ext. 2296
Fax: (401) 222-2995
tpalombo@riag.ri.gov

**CERTIFICATION**

I, the undersigned, hereby certify that I sent a true copy of the foregoing by electronic mail this 30th day of August, 2006 to those indicated below:

*/s/ Thomas A. Palombo*

______________________________

**Joseph-Anthony DiMaio, Esquire**
contact@mckinnonharwood.com