UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

Richard Moreau
Plaintiff

V. CA:04-459S

State of Rhode Island, et al
Defendant

**ORDER**

The Report and Recommendation of United States Magistrate Judge Lincoln D. Almond filed on October 31, 2006 in the above-captioned matter is accepted pursuant to Title 28 United States Code § 636(b)(1). Plaintiff's partial objection to the Report and Recommendation is DENIED and Defendants' Motion for Summary Judgment pursuant to Fed.R.Civ.P.56 (Document No. 97) is DENIED as to Count I and GRANTED as to Count III in its entirety.

BY ORDER:

DEPUTY CLERK

ENTER:

WILLIAM E. SMITH
U.S. DISTRICT JUDGE

DATE: 12/5/06