**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| RICHARD MOREAU | ) | |
| | ) | |
| VS. | ) | C.A. No: 04-459S |
| | ) | |
| STATE OF RHODE ISLAND, et. al. | ) | |

**JOINT MOTION TO EXTEND TIME**
**TO PREPARE AND FILE PRE-TRIAL MEMORANDUM**

**NOW** come the parties to the above-entitled matter and respectfully moves this Honorable Court grant an order extending the time within which the parties may file and serve their respective pre-trial memorandums. Respectfully, the parties request that pre-trial memorandum be filed on or before Friday, January 26, 2007.

In further support of this Joint Motion, attached hereto and makes incorporated by reference as if set forth in full herein is a supporting memorandum.

**WHEREFORE**, the parties request an order issue permitting the mutual filing of pre-trial memorandums on or before Friday, January 26, 2007, or otherwise as this court shall order.

Plaintiff,
By Counsel,

/s/ Joseph-Anthony DiMaio, Esq.
Joseph-Anthony DiMaio, Esq.
Attorney #3910
Mckinnon & Harwood
1168 Newport Avenue
Pawtucket RI 02861
(401) 723-9655
contact@mckinnonharwood.com

Defendant,
By Counsel,

/s/ Thomas A. Palombo, Esq.
Thomas A. Palombo
Assistant Attorney General
150 South Main Street
Providence, RI 02903
tpalombo@riag.ri.gov

**CERTIFICATION**

I hereby certify that on Tuesday, January 09, 2007, a true copy of the within, was served upon **Thomas A. Palombo Esq.**, by electronic means, "CM/ECF", only to "tpalombo@riag.ri.gov".

/s/ Joseph-Anthony DiMaio, Esq.
Joseph-Anthony DiMaio