State of Rhode Island and Providence Plantations

DEPARTMENT OF ATTORNEY GENERAL
150 South Main Street • Providence, RI 02903
(401) 274-4400
TDD (401) 453-0410

*Patrick C. Lynch, Attorney General*

January 8, 2007

**By Fax (722-9160) and Mail**

**Joseph-Anthony DiMaio, Esquire**
McKinnon & Harwood
1168 Newport Avenue
Pawtucket, RI 02861

**Re: Richard Moreau v. State of Rhode Island, et al., USDC 04-459 S**

Dear Joe:

To memorialize last Friday's conversation at my office, you requested an extension of time for Pretrial Memoranda and I said I would agree to an extension to **Friday, January 26, 2007**, and that you could represent same to the Court.

Thank you for your time and consideration.

Very truly yours,

Thomas A. Palombo
Assistant Attorney General
Ext. 2296