**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| RICHARD MOREAU | ) | |
| | ) | |
| VS. | ) | C.A. No: 04-459S |
| | ) | |
| STATE OF RHODE ISLAND, et. al. | ) | |

**MEMORANDUM IN SUPPORT OF**
**JOINT MOTION TO EXTEND TIME**
**TO PREPARE AND FILE PRE-TRIAL MEMORANDUM**

**NOW** come the parties to the above-entitled matter and in support of their "Joint Motion to Extend Time to Prepare and File Pre-Trial Memorandum" sate as follows:

Counsel have conferred and consent to an order extending the time within which the parties may file and serve their respective pre-trial memorandums on or before Friday, January 26, 2007 (see Exhibit A –January 7, 2007 letter from Thomas A. Palombo).

Due to unexpected recent staffing changes and lead counsel designations within Plaintiff Counsel's office, Joseph-Anthony DiMaio, Esq., was required to enter his appearance and devote excessive amounts of time to research, draft, and prepare an amended complaint in a certain matter also pending before this Rhode Island Federal District Court, Eduardo Hernandez vs. State of Rhode Island, case number 06CV-0164ML.

By order of Court in the Hernandez case, discovery closed on Monday, January 8, 2007, Rule 56 Motions are due on January 22, 2007, and Pretrial Memorandum due by February 8, 2007 (see Hernandez, Document Number 17). Also by order of court in Hernandez, Defendants were excused from answering the complaint until the filing of an Amended Complaint (see Hernandez, Document Number 18; see also Hernandez, "Minute Entry for proceedings..." entered on 9/7/06 at 11:38 AM EDT)).

Out of an abundance of good sense, and consideration for all parties in the Hernandez case, the Amended Complaint was filed on January 8, 2007 (see Hernandez, Document Number

21), before discovery closed. It is anticipated that the parties will now base further pleadings, motions, and memorandums upon reliance of that Amended Complaint without undue delay and unnecessary pleadings or other court intervention.

Respectfully, for the reasons articulated above, the parties move this Honorable Court grant an order extending the time within which the parties may file and serve their respective pre-trial memorandums to Friday, January 26, 2007.

**WHEREFORE**, the parties request an order issue permitting the mutual filing of pre-trial memorandums on or before Friday, January 26, 2007, or otherwise as this court shall order.

Plaintiff,
By Counsel,

/s/ Joseph-Anthony DiMaio, Esq.
Joseph-Anthony DiMaio, Esq.
Attorney #3910
Mckinnon & Harwood
1168 Newport Avenue
Pawtucket RI 02861
(401) 723-9655
contact@mckinnonharwood.com

Defendant,
By Counsel,

/s/ Thomas A. Palombo, Esq.
Thomas A. Palombo
Assistant Attorney General
150 South Main Street
Providence, RI 02903
tpalombo@riag.ri.gov

## CERTIFICATION

I hereby certify that on Wednesday, January 10, 2007, a true copy of the within, was served upon **Thomas A. Palombo Esq.**, by electronic means, "CM/ECF", only to "tpalombo@riag.ri.gov".

/s/ Joseph-Anthony DiMaio, Esq.
Joseph-Anthony DiMaio