**UNITED STATES DISTRICT COURT**

**DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| RICHARD MOREAU | ) | |
| | ) | |
| vs. | ) | **C.A. No.:04-059S** |
| | ) | |
| STATE OF RHODE ISLAND, et. al. | ) | |

**PLAINTIFF'S**

**JURY VERDICT FORM**

1. Do you find the Defendant exercised reasonable care?

______ Yes ______ No

If your answer is Yes, go on to question 2.

If your answer is No, end your deliberation now.

2. Do you find the Plaintiff exercised reasonable care?

______ Yes ______ No

If your answer is Yes, then go on to question 3.

If your answer was No, then determine the percentages of negligence attributable:

______ % State of Rhode Island

______ % Plaintiff

______ % Total (Note: Total must equal 100%)

3. Enter the amount of COMPENSATORY damages to which the Plaintiff is entitled:

$ ______________________________

______________________________

FOREPERSON

Plaintiff,
By Counsel,

/s/ Joseph-Anthony DiMaio, Esq.
Joseph-Anthony DiMaio, Esq. (#3910)
Mckinnon & Harwood
1168 Newport Avenue
Pawtucket RI 02861
(401) 723-9655
(401) 722-9160
contact@mckinnonharwood.com

**CERTIFICATION**

I hereby certify that on Monday, January 29, 2007, a true copy of the within, was served upon the following and in the following manner(s):

**Thomas A. Palombo Esq.**, by electronic means only to " tpalombo@riag.ri.gov".

/s/ Joseph-Anthony DiMaio, Esq.
Joseph-Anthony DiMaio