R.I. Department of Corrections
Health Service Administration
**MEDICAL ENTRANCE SCREEN FOR MEN**

Affix Label Here
NAME Moreau, Richard
DOB 9.13.71 ID#

| Interviewer | Date | Time |
|---|---|---|
| Judith Henderson | 1-22.00 | 12 05 am/pm |

## OBSERVATIONS

| Appearance, behavior & conduct: | Yes | No | |
|---|---|---|---|
| Alert and oriented 3 spheres | ☑ | ☐ | |
| Cooperative | ☑ | ☐ | |

| Do you observe: | Yes | No | Comments |
|---|---|---|---|
| 1. Recent trauma? | ☐ | ☑ | |
| 2. Lacerations, contusions, bruises | ☐ | ☑ | |
| 3. Visible body deformities? | ☐ | ☑ | #5 Chronic Hydrocephalic |
| 4. Difficulty of movement? | ☐ | ☑ | |
| 5. Acute illness? | ☑ | ☒ | |
| 6. Persistent cough or lethargy? | ☐ | ☑ | |
| 7. Skin problems? | ☐ | ☑ | |
| 8. Lice/Scabies? | ☐ | ☑ | |
| 9. Tattoos/Scars? | ☐ | ☑ | |
| 10. Jaundice | ☐ | ☑ | |
| 11. Needle marks? | ☐ | ☑ | |
| 12. Alcohol/chemical influence? | ☐ | ☑ | |
| 13. Alcohol/ drug withdrawal? | ☐ | ☑ | |
| 14. Tremors or sweating | ☐ | ☑ | |
| 15. Depression &/or disorientation? | ☑ | ☐ | #15, 16 - Paperwork from Cov. P.D. |
| 16. Suicidal behavior? | ☑ | ☐ | Upon Confinement |

Vital Signs:

T 98.6 P 80 BP 118/84

R 18

Ht 5'5" Wt 150

Last Physical Exam 1 1/2 yrs?

Last Dental Exam ?

Last Hospitalization Ø

RPR (R) HIV 490739

TB (R) Deferred __ Reason: + in past
Last PPD < 3 months
Other ______

Person to Notify: Maurice (Dad)

Address: ______

Phone: 823.9817

Health Insurance Company Ø

Policy # ______

**MEDICAL INQUIRY**

| Suffer from: | Yes | No | Comments |
|---|---|---|---|
| 1. Venereal disease | ☐ | ☑ | |
| 2. Tuberculosis | ☐ | ☑ | |
| 3. Chronic cough | ☐ | ☑ | |
| 4. Asthma | ☐ | ☑ | |
| 5. Hemoptysis | ☐ | ☑ | |
| 6. Lethargy or Weakness | ☐ | ☑ | |
| 7. Weight loss | ☐ | ☑ | |
| 8. Loss of appetite | ☐ | ☑ | |
| 9. Fever | ☐ | ☑ | |
| 10. Night sweats | ☐ | ☑ | |
| 11. Hepatitis | ☐ | ☑ | |
| 12. Heart condition | ☐ | ☑ | |
| 13. Diabetes | ☐ | ☑ | |
| 14. Seizures | ☐ | ☑ | |
| 15. Bleeding disorder | ☐ | ☑ | |
| 16. Head injury | ☐ | ☑ | |
| 17. Loss of consciousness | ☐ | ☑ | |
| 18. Frequent headaches | ☐ | ☑ | |
| 19. Painful dental condition | ☐ | ☑ | |
| 20. Drug or alcohol abuse | ☐ | ☑ | |
| 21. IV drug use | ☐ | ☑ | |
| 22. Increased risk for HIV | ☐ | ☑ | |
| 23. HIV+ | ☐ | ☑ | |
| 24. Blood transfusions | ☐ | ☑ | |
| 25. Mental health problems | ☐ | ☑ | |
| 26. Suicide attempts | ☐ | ☑ | Rev PD papers. |
| 27. Currently suicidal? | ☑ | ☐ | |

**CURRENT MEDICATIONS:** Ø

**ALLERGIES:** Ø

**SPECIAL DIET:** Ø

DISPOSITION: To:

☐ General Population with referral to MD
☐ Infirmary Ward/Medical Observation
☐ Psychiatric Observation

Reason:

☐ General Population
☐ Isolation
☑ CMS

J. Henderson
Signature of Nurse