[ ] **DENTAL**
[ ] **MEDICAL REQUEST**
[ ] **MENTAL HEALTH**

DATE:____________________ CELL/WING/MOD ____________

TIME:____________________ BLDG ____________

NAME ____________________ D.O.B. ____________

SPECIFIC PROBLEM ____________________

______________________________

______________________________

Is this a work assignment injury? Yes No (circle one)

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

HEALTH CARE RESPONSE ____________________

______________________________

______________________________

Nursing Signature/Date

Distribution: White-Dispensary Yellow-Administrator Pink-Inmate
Form: c:\forms\medreqst041599