**RI D.O.C. - HEALTH SERVICES - Hx AND Pe FORM**

**Name:** Moreau, Richard **ID#** 113743 **Commit. Date:** 1.22.00 **Age:** 30 **DOB:** 9/13/71

1. Current Complaints/Symptoms:

Feeling well / no complaints

2. Past Medical History: (H/O STD; dental; mental illness; major injuries; hospitalizations, etc.)

See problem list — as started 3/5/00 - green sheet

MEDICATIONS: HCTZ

ALLERGIES: NKDA / no food allergies — TOBACCO USE: None

Frequency and last use: ALCOHOL/DRUG Ø EtOH / Ø drugs

3. FAMILY HX: Tb/HTN/Heart Disease/Diabetes/Cancer/Other Fa. + CAD & parent HTN

4. FEMALES: LMP___ G___ P___ A___ T___

Birth Control___ Date Last Pap___ Date Last Mammogram___

**PHYSICAL EXAMINATION:** HT: 5'5" WT. 166 Temp. 98.8 P 72 RR 18 BP 124/76

General Appearance/Behavior; any obvious defects? Good / Alert

mild hydrocephalus

HEENT: WNL

Dentition: Fair

Neck/Thyroid/Lymph: Ø

Carotid Bruits (>40 yrs.)

Lungs: Clear

Breast Exam (Women q.yr.)

Heart: RSR Ø (murmur)

Abdomen: S&T NND - firm

Genitalia/Pelvic: Ø discharge / lump / wart

Pap Smear Y___ N___

Digital Rectal Exam (if >40 yrs.)

Extremities; track marks?: No tracks Ø C, C, C

Neurologic/Psych: NL

Tremor? None

Skin/Scars: Surg scar - abdomen, occipital area

**Examined by:** J. Carroll NP

**INTAKE DATA:**

RPR NA FTA___ Vision (L) 20/40 (R) 20/40 without glasses — see D.O.I. Mammogram (Y)___ (N)___ Date:___

HIV NA PPD___ Other___ Tetanus (Y) ✓ (N)___ Date: 7/10 yrs

Hearing: Able to hear normal conversational tones? (Y) ✓ (N)___

**PROBLEMS:** (Put on problem list in chart)

1.
2.
3.
4.
5.
6.
7.
8.

**PLAN:** (Indicate if Priority)

↓ Discussed c̄ pt.

↓ wght

Page 1/2 of

Labs ordered at yearly physical (See: U.S. Preventative Services Task Force Guidelines):___

Chronic Care Clinic: (Y) ✓ (N)___ If yes, list medical

Housing: (Circle One) Medical Observation Unit/General Population/Refer to Emergency Treatment

Review [illegible] 09/27/01

Jane A. Carroll, NP — BARBARA A. CARROLL RNP — 9/26/01

Physician's Signature — Physician's Printed Name — Date