| RHODE ISLAND DEPARTMENT OF CORRECTIONS POLICY AND PROCEDURE | | | |
|---|---|---|---|
| | POLICY NUMBER: 18.37 DOC | EFFECTIVE DATE: 10/25/99 | PAGE 1 OF 2 |
| | REPEALS: N/A | DIRECTOR: Ashbel T. Wall II Acting Director | |
| SECTION: HEALTH CARE | | SUBJECT: WRITTEN AND TELEPHONE CLINICIANS' ORDERS | |
| AUTHORITY: Rhode Island General Laws (RIGL) § 42-56-10(v), Powers of the director | | | |
| REFERENCES: NCCHC standard J-37 (essential) | | | |
| INMATE ACCESS THROUGH LAW LIBRARY? | | X YES | [redacted] |

I. **PURPOSE:**

To ensure that clinical treatment in correctional facilities is performed pursuant to written or telephone orders.

II. **POLICY:**

The Medical Program Director or designee will ensure that clinical treatment in the Rhode Island Department of Corrections (RIDOC) facilities is performed pursuant to written or telephone orders signed by authorized medical personnel.

III. **PROCEDURES:**

A. The order must include the following information:

1. Inmate patient name;

2. Date of birth;

3. RIDOC identification number;

4. Drug allergies;

5. Date;

6. Time;

7. Security;

8. Order number (if more than one);

9. Order;

10. Type (i.e., telephone order);

11. Physician or Physician Extender's name and title.

B. All written and telephone orders will be signed by a physician within 72 hours.

C. The nurse will transcribe the order:

1. Nurse signature and title;

2. Bracket the order;

3. Transcriber's name and title;

4. Date and time of transcription;

D. NO BLANK SPACES OR LINES between entries.