15
12

DIAGNOSIS / PROBLEM:

DRUG ALLERGIES:

NKA

NAME / DOB / ID# 113743
Moreau, Richard
9-13-71

R.I. Department of Corrections
Health Services

## INSTRUCTIONS FOR USE

1. DATE & TIME ALL ORDERS
2. A PHYSICIAN'S SIGNATURE MUST ACCOMPANY THE ORDERS.

| DATE | TIME | SECURITY | |
|---|---|---|---|
| 9/5/01 | | ISC | Reimmunize [illegible] 9/7/01 at 8^30 AM<br>Amoxicillin 25 [illegible] |
| | | | INMATE TRANSFER Date: 10/29/1<br>From: ISC to HSC<br>Reviewed by: Nurse M Grydus RN<br>Signature |
| 11/10/01 | 9^30 A | HSC | Tagamet ~~400 mg~~ 800 mg po q hs x 90d<br>~~mgydus R~~ TO Dr Matola / mgydus RN |
| 11/10/01 | 9^30 | HSC | HCTZ 25 mg po qd x 90<br>mgydus RN TO Dr Matola / mGrydus RN |
| 12/7/01 | 8A | HSC | Flu Vaccine 0.5ml IM<br>mGrydus RN |
| 1/7/02 | 11A | HSC | Magnifying Sheet<br>mgydus VO Dr Matola / mGrydus RN<br>1/7/11A |
| 02/01/02 | | | HCTZ 25 [illegible] [illegible]<br>SMA-7 |

PHYSICIAN'S ORDER FORM

M Grydus RN
2/1 12N

HSPPO Rev. 7/00