REQUEST FOR EYE EXAMINATION

Name: RICHARD MOREAU Case No.: 113743 Ward: ........ Age: 9/13/71

Referred as part of survey: Yes No

Date seen in survey:

Refer for detailed examination: Yes No Vision Satisfactory Yes No

Referred directly for refraction: For repair of frames:

Referred by:

Date of referral:

Remarks:

Date of examination: 10/29/01 glasses lost over 2 months, his vision has ↓ drastically,

Vision Without Glasses | O.D. LIGHT PERCEPTION, ONLY | O.S. HAND MOTION AT 6" | O.U. Near V. O. U.

Vision With old Glasses | O.D. | O.S. | O.U. Near V. O. U.

OPHTHALMOSCOPE Ⓡ disc flat c̄ indistinct edges, media clear Ⓛ disc flat, edges distinct, media clear

EXTERNALS pupils: sluggish 5.5 mm O.U.

STATIC SKIAMETRY O.D. +.25 ⊂ -1.25 x 10 O.S. +1.25 ⊂ -1.25 x 170

ASSESSMENT: unexplained vision loss S/P optic neuritis

S.F.T. O.D. V. O.S. V. add Near V.

PD DBL FR

Fee Standard Economy State

PLAN: refer to Dr Figueroa

Signed [signature] Optometrist

Patient competent to use glasses: Yes No

Patient willing to use glasses: Yes No

Physician's Signature

I acknowledge receipt of glasses

Patient's Signature

N.B. Each patient should bring with him to the survey or to individual examination any glasses in his possession or in the marking room.