# R.I. DEPARTMENT OF CORRECTIONS
# HEALTH CARE SERVICES

## *MEMORANDUM*

**TO:** Inmate Richard Moreau, ID#113743
High Security Center

**FROM:** Joseph Marocco
Hospital Administrator

**DATE:** November 29, 2001

**SUBJECT:** **YOUR LETTER TO DR. ALLEN DATED 11/27/01**

---

Dr. Allen has requested that I respond to your letter as dated above. Your facility's medical staff has informed me that consulting Optometrist Dr. Smiley, as well as our consulting Ophthalmologist Dr. Figueroa saw you. It was recommended that you be seen by a neurologist. You have been approved for an appointment at the RI Hospital Neurology clinic as soon as an appointment can be arranged.

21C

You will be notified at the appropriate time of your appointment.

If you have any medical concerns in the meantime, please submit a request slip to your treating physician or speak to a member of the medical team in your facility.

JM/SA-b/Moreau,Richard

C: S. Allen, M. D.