RHODE ISLAND DEPARTMENT
OF CORRECTIONS
NURSING CONTACT NOTES

NAME Moreau, Richard

DOB 9.13.71

**S** (subjective symptoms) **O** (objective findings)
**A** (assessment or impression) **P** (plan)
All entries must be **signed**, **dated** and **timed**.

| DATE & TIME | | ENTRY CODE SECURITY | |
|---|---|---|---|
| 7.8.00 | 2:50p | ISC | inmate states he was assaulted by another |
| | | | inmate Contusions on face, nose swollen |
| | | | neuro signs intact hand grasps = BP P |
| | | | place on H.W #2 on head trauma precautions |
| | | | due to his hydrocephales - he has a shunt |
| | | | in place. Will monitor - have seen in AM |
| | | | J Caldman |
| 7/8/00 | 9 PM | ISC | Resting in bed at this time. A&OX3 |
| | | | PERRL, R&L hand grasp good, diet |
| | | | taken. Will cont to monitor. |
| | | | [illegible] RN |
| 7.9.00 | 5AM | ISC | BP 110/80 - 76 - 18 - Slept well all noc. Easily |
| | | | aroused. P.E.R.L. Alert well oriented x3. |
| | | | Henderson RN |
| 7.9.00 | 7-3 | ISC | Seen by Dr. Santa Theresa & may go |
| | | | to population. P [illegible] |
| 12-24-01 | 11A | HSC | Called white to visiting room when |
| | | | inmate had a dizzy spell. 148/80 |
| | | | Feels better. Advised to hydrate + |
| | | | eat lunch. RTC prn M Guijdus RN |