# RHODE ISLAND DEPARTMENT OF CORRECTIONS PHYSICIAN CONTACT NOTES

NAME [illegible]

DOB [illegible]

ENTRY CODE

S (subjective symptoms) O (objective findings)
A (assessment or impression) P (plan)
All entries must be signed, dated and timed.

| DATE & TIME | SECURITY | |
|---|---|---|
| 06/07/01 | | Sore Throat<br>O: Throat [illegible]<br>P [illegible] |
| 06/26/01 | [illegible] | Sore Throat<br>O: Throat [illegible]<br>[illegible]<br>[illegible] |
| 11/15/01 | [illegible] | Furlough to RIH Eye Clinic<br>FX Figueroa MD |
| 02/25/02 | | [illegible]<br>Furlough done |
| 04/05/02 | | [illegible]<br>O: BP 120/78 Heart 74<br>[illegible] HCT |



31

# RHODE ISLAND DEPARTMENT OF CORRECTIONS PHYSICIAN CONTACT NOTES

NAME [illegible]

DOB [illegible]

ENTRY CODE

S (subjective symptoms) O (objective findings)
A (assessment or impression) P (plan)
All entries must be signed, dated and timed.

| DATE & TIME | SECURITY | |
|---|---|---|
| 03/09/01 | IR 1200 | BP 130/80 P 78 |
| | | S) c/o dizziness - [illegible] 2 days [illegible] |
| | | ~~[illegible]~~ [illegible] |
| | | O) [illegible] [illegible] |
| | | Chest - CTA CVS [illegible] |
| | | Muscle power 5/5 |
| | | Gait - normal |
| | | Good coordination |
| | | A/P 1) Transient feeling of swaying [illegible] |
| | | neurological findings. [illegible] |
| | | [illegible] [illegible], [illegible] |
| | | [illegible] as required. |
| | | 2) HTN - BP controlled [illegible]. |
| | | [illegible] |
| 03/17/01 | ISC | Has dizziness, headache mostly occipital and pain left ear |
| | | OE BP 130/85 [illegible] wax both ear's |
| 03/21/01 | ISC | Some of the wax removed [illegible] |
| | | Advised will need flushing of ears |
| 04/23/01 | | Continue to have dizziness also [illegible] of hearing |
| | | OE: Has wax both ears |
| | | Needs to flush |