RHODE ISLAND HOSPITAL OPERATING RECORD

MOREAU, RICHARD
1497-01-31 AC 000096093315
Type - I 6B M66001 05/15/2002

PRIMARY ATTENDING SURGEON: J.F. Harrington, MD

OTHER ATTENDING SURGEON:

FELLOW/RESIDENT: Deus Cielo, M.D.

DATE OF SURGERY: May 14, 2002

PREOPERATIVE DIAGNOSIS:

OPERATION: Distal ventriculoperitoneal shunt revision.

POSTOPERATIVE DIAGNOSIS:

ANESTHESIA:

ESTIMATED BLOOD LOSS: 20 cc.

INDICATIONS: This is a prisoner whom I planned on assisting with a ventriculoperitoneal shunt revision. His dysfunction was manifest by visual loss and enlargement of ventricular size. The risk of lack of improvement, of the shunt actually working well, and the surgery in some sense being necessary were explained. Also, the risks of infection, hemorrhage in the brain, and abdominal injury were explained and the patient agreed to proceed.

PROCEDURE: The patient was taken to the operating room. General endotracheal anesthesia was induced without complication. He was placed with a roll under the right side of his chest. His head was turned 80 degrees to the left. His right tragus was pulled forward. He was then prepped and draped in the usual sterile fashion.

A linear incision was made over the margin between the proximal catheter and the shunt valve. We found good flow through the proximal region, including the shunt valve. We tested distally and found absolutely no flow in the distal part of the valve. We

then removed the shunt tubing distally without difficulty. We then made a new incision in the right upper quadrant of the abdomen. We dissected bluntly with a muscle-splitting incision through the rectus abdominis musculature after incising the anterior rectus fascia. We grasped the posterior rectus fascia, incised it with scissors and then incised the peritoneum further with scissors. We placed a pursestring suture on the posterior rectus sheath and peritoneum. We then passed a shunt passer between the head and abdominal area and passed shunt tubing there. We placed extra holes in the shunt tubing, passed it distally into the abdomen, made sure there were no kinks. We attached the proximal end to a programmable shunt valve set at 120 mm of water. We then attached the proximal end of the shunt valve to the ventriculostomy catheter. We were able to then depress the shunt valve and get good flow into the flushing reservoir. We then sutured a portion of the shunt valve in place to the patient's paracranium. We then reapproximated the subcutaneous galeal layer using #0 Vicryl in a simple buried fashion. The skin was closed with #2-0 nylon interrupted vertical mattress sutures. A wet and dry sponge was applied to the wound and a dry sterile dressing was applied over this. The abdomen and the anterior rectus sheath was closed using #0 Vicryl in a simple interrupted fashion. The subcutaneous layer was closed using #0 Vicryl in a simple buried fashion, the skin was closed with staples. A wet and dry sponge was applied to the wound. Dry sterile dressing with Telfa was applied over this. The patient was transferred to the recovery room extubated, moving all four extremities, with stable vital signs. We obtained a skull film which demonstrated the proximal end to be in good continuity, without kinks.

J.F. Harrington, MD

**cc:** J.F. Harrington, MD
55 Claverick Street
Providence RI 02903

**DD:** 05/14/2002
**TD:** 05/18/2002 12:50 P
JH/574
**Doc #:**390860/**Job #:** 000183907

Document not reviewed until electronically or manually signed
**ORIGINAL**