*R.I. Gen. Laws § 9-19-38*

General Laws of Rhode Island

Copyright; 1953-2005 by the State of Rhode Island and Providence Plantations and Matthew Bender & Company, Inc.

*** THIS DOCUMENT IS CURRENT THROUGH ALL 2005 LEGISLATION ***
*** Annotations current through November 17, 2005 ***

TITLE 9. COURTS AND CIVIL PROCEDURE--PROCEDURE GENERALLY
CHAPTER 19. EVIDENCE

◆ **GO TO CODE ARCHIVE DIRECTORY FOR THIS JURISDICTION**

R.I. Gen. Laws § 9-19-38 (2006)

§ 9-19-38. Proof of life or work life expectancy

(a) In any proceeding commenced in any court, commission, or agency, when the life or work life expectancy of a person shall be at issue or when it is necessary to establish the expectancy of continued life or work life expectancy of any person from any period of the person's life, whether he or she is living at the time or not, the most recent issue of "The United States Abridged Life Tables" (United States Department of Health and Human Services, Centers for Disease Control and Prevention, National Center for Health Statistics) or Tables of Work Life Expectancies as published in "Work Life Estimates: Effects of Race and Education" (United States department of labor, bureau of labor statistics) shall be admissible in evidence as competent evidence of such matter. The admissibility of evidence provided for in this section shall not be deemed to render inadmissible evidence as to the health, constitution, habits, or occupation of the person or any other evidence otherwise admissible under the laws of this state.

(b) The life and work life expectancy tables may be evidenced by an official publication of the tables or by a copy of the tables as published in a compiler's note under this section in the general laws of Rhode Island. The tables as published in the general laws of Rhode Island shall be sufficient proof of life and work life expectancy without further foundation or authentication; provided, however, that written notice of the intention to offer the life or work life expectancy tables as evidence, together with a copy of the tables, has been given to the opposing party or parties, or to his or her or their attorneys, by mailing it by certified mail, return receipt requested, not less than ten (10) days before the introduction of the tables into evidence, and that an affidavit of the notice and the return receipt are filed with the clerk of the court immediately after the receipt has been returned.

**HISTORY:** P.L. 1983, ch. 53, § 1; P.L. 1986, ch. 511, § 1; P.L. 2000, ch. 335, § 1.

**NOTES:**

REENACTMENTS. The 1997 Reenactment (P.L. 1997, ch. 326, § 1) substituted "the tables" for "same" in the last sentence of subsection (b), made several substitutions for "such", "said", and "same", and made minor punctuation and capitalization changes throughout the section.

COMPILER'S NOTES. In 2000, the compiler made stylistic changes throughout subsection (b).

ABRIDGED LIFE TABLES AND TABLES OF WORK LIFE EXPECTANCIES.

The United States Abridged Life Tables, as issued by the United States department of health and human services, centers for disease control, and the Tables of Working Life, as issued by the United States department of labor, bureau of labor statistics, are set out immediately following this section. The Abridged Life Tables are taken from a report dated December 24, 1998, and reflect the latest version of the abridged tables. A full Life Tables were published in a report dated December 13, 1999. The Tables of Working Life are taken from Bulletin 2254, dated February 1986, and represent the latest version of these tables.

EFFECTIVE DATE.

P.L. 2000, ch. 335, § 1, makes the enactment of this section effective January 1, 2001.

[[

NOTES TO DECISIONS

Analysis

0.5. Applicability.

1. Work Life Expectancy.

0.5. APPLICABILITY.

Subsection (a) clearly permits a party to introduce life and work expectancy tables when the life or work life expectancy of a person is at issue. Their relative value may be challenged later in cross-examining by the opposing party, as well as through the introduction of other competent evidence. Kay v. Menard, 754 A.2d 760, 2000 R.I. LEXIS 155 (R.I. 2000).

1. WORK LIFE EXPECTANCY.

Earning capacity in a personal injury (medical malpractice) case is equated with "work life" expectancy, and this expectancy was properly proven by the plaintiffs. Reilly v. United States, 665 F. Supp. 976 (D.R.I. 1987), aff'd in part on appeal, 863 F.2d 149 (1st Cir. 1988).

COLLATERAL REFERENCES. Admissibility of evidence, in action for personal injury or death, of injured party's use of intoxicants or illegal drugs on issue of life expectancy. 86 A.L.R.4th 1135.

Source: My Sources > Rhode Island > Statutes & Regulations > **RI - General Laws of Rhode Island**
TOC: General Laws of Rhode Island > /. . . / > CHAPTER 19. EVIDENCE > **§ 9-19-38. Proof of life or work life expectancy**
View: Full
Date/Time: Friday, March 31, 2006 - 1:51 PM EST

LexisNexis® About LexisNexis | Terms & Conditions
Copyright © 2006 LexisNexis, a division of Reed Elsevier Inc. All rights reserved.

National Vital Statistics Reports

From the CENTERS FOR DISEASE CONTROL AND PREVENTION
National Center for Health Statistics
National Vital Statistics System

NVSS nchs

Volume 47, Number 13 December 24, 1998

RECEIVED
JAN 18 2000
RI STATE LAW LIBRARY
FEDERAL DEPOSITORY DOCUMENT

# United States Abridged Life Tables, 1996

by Robert N. Anderson, Ph.D., Division of Vital Statistics

## Abstract

The life tables in this report are current abridged life tables for the United States based on age-specific death rates in 1996. The data used to prepare these abridged life tables are 1996 final mortality statistics and July 1, 1996, population estimates. Presented are tables showing life expectancy and survivorship by age, race, and sex. In 1996 the overall expectation of life at birth was 76.1 years, an increase of 0.3 years compared with life expectancy in 1995. Life expectancy increased from 1995 to 1996 for each of the four race-sex groups for which life expectancy is reported. Life expectancy increased for white males by 0.5 year (from 73.4 to 73.9), for black males by 0.9 year (from 65.2 to 66.1), for white females by 0.1 year (from 79.6 to 79.7), and for black females by 0.3 year (from 73.9 to 74.2).

## Introduction

Death rates for a specific period may be summarized by the life table method to obtain measures of comparative longevity. There are two types of life tables—the generation or cohort life table and the current life table.

The generation life table provides a "longitudinal" perspective in that it follows the mortality experience of a particular cohort, all persons born in the year 1900, for example, from the moment of birth through consecutive ages in successive calendar years. Based on age-specific death rates observed through consecutive calendar years, the generation life table reflects the mortality experience of an actual cohort from birth until no lives remain in the group. To prepare just a single complete generation life table requires data over many years. It is not feasible to construct generation life tables entirely on the basis of actual data for cohorts born in this century (1). It is necessary to project data for the incomplete period for cohorts whose life spans are not yet complete (2).

The better-known current life table may, in contrast, be characterized as "cross-sectional." Unlike the generation life table, the current life table does not represent the mortality experience of an actual cohort. Rather, the current life table considers a hypothetical cohort and assumes that it is subject to the age-specific death rates observed for an actual population during a particular period. Thus, for example, a current life table for 1996 assumes a hypothetical cohort subject throughout its lifetime to the age-specific death rates prevailing for the actual population in 1996. The current life table may thus be characterized as rendering a "snapshot" of current mortality experience, and shows the long-range implications of a set of age-specific death rates that prevailed in a given year. In this report the term "life table" refers only to the current life table and not to the generation life table.

## Data and methods

The data used to prepare the abridged U.S. life tables for 1996 are final mortality statistics for 1996 and the July 1, 1996, population estimates by age, race, and sex prepared by the U.S. Bureau of the Census. Life tables can be classified in two ways according to the length of the age interval in which data are presented. A complete life table contains data for every single year of age. An abridged life table, on the other hand, typically contains data by 5- or 10-year age intervals. The abridged U.S. life tables are constructed by reference to a "standard" table (see Technical notes).

*Expectation of life*—The most frequently used life table statistic is life expectancy ($^{o}e_x$), which is the average number of years of life remaining for persons who have attained a given age ($x$). Life expectancy and other life table values at specified ages in 1996 are shown

**Acknowledgments**

This report was prepared in the Division of Vital Statistics under the general direction of Harry M. Rosenberg, Chief of the Mortality Statistics Branch. Jaleh Mousavi and Gail A. Parr provided computer programming support. Registration Methods staff and the Data Acquisition and Evaluation Branch provided consultation to State vital statistics offices regarding collection of the death certificate data on which this report is based. This report was edited by Demarius V. Miller, typeset by Jacqueline M. Davis, and graphics produced by Jarmila Ogburn of the Publications Branch, Division of Data Services.

Table 3. Expectation of life at single years of age, by race and sex: United States, 1996

| Age | All races | | | White | | | All other | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | Total | | | Black | | |
| | Both sexes | Male | Female | Both sexes | Male | Female | Both sexes | Male | Female | Both sexes | Male | Female |
| 0 | 76.1 | 73.1 | 79.1 | 76.8 | 73.9 | 79.7 | 72.6 | 68.9 | 76.1 | 70.2 | 66.1 | 74.2 |
| 1 | 75.7 | 72.6 | 78.6 | 76.3 | 73.4 | 79.1 | 72.5 | 68.8 | 76.0 | 70.3 | 66.2 | 74.2 |
| 2 | 74.7 | 71.7 | 77.6 | 75.3 | 72.4 | 78.1 | 71.6 | 67.8 | 75.0 | 69.3 | 65.2 | 73.2 |
| 3 | 73.7 | 70.7 | 76.7 | 74.3 | 71.4 | 77.1 | 70.6 | 66.9 | 74.1 | 68.4 | 64.3 | 72.3 |
| 4 | 72.8 | 69.7 | 75.7 | 73.4 | 70.5 | 76.2 | 69.6 | 65.9 | 73.1 | 67.4 | 63.3 | 71.3 |
| 5 | 71.8 | 68.8 | 74.7 | 72.4 | 69.5 | 75.2 | 68.7 | 64.9 | 72.1 | 66.5 | 62.4 | 70.3 |
| 6 | 70.8 | 67.8 | 73.7 | 71.4 | 68.5 | 74.2 | 67.7 | 64.0 | 71.2 | 65.5 | 61.4 | 69.4 |
| 7 | 69.8 | 66.8 | 72.7 | 70.4 | 67.5 | 73.2 | 66.7 | 63.0 | 70.2 | 64.5 | 60.4 | 68.4 |
| 8 | 68.8 | 65.8 | 71.7 | 69.4 | 66.5 | 72.2 | 65.7 | 62.0 | 69.2 | 63.5 | 59.4 | 67.4 |
| 9 | 67.8 | 64.8 | 70.8 | 68.4 | 65.5 | 71.2 | 64.7 | 61.0 | 68.2 | 62.5 | 58.4 | 66.4 |
| 10 | 66.9 | 63.8 | 69.8 | 67.4 | 64.5 | 70.2 | 63.8 | 60.0 | 67.2 | 61.6 | 57.5 | 65.4 |
| 11 | 65.9 | 62.9 | 68.8 | 66.4 | 63.5 | 69.2 | 62.8 | 59.0 | 66.2 | 60.6 | 56.5 | 64.4 |
| 12 | 64.9 | 61.9 | 67.8 | 65.5 | 62.6 | 68.3 | 61.8 | 58.1 | 65.2 | 59.6 | 55.5 | 63.4 |
| 13 | 63.9 | 60.9 | 66.8 | 64.5 | 61.6 | 67.3 | 60.8 | 57.1 | 64.3 | 58.6 | 54.5 | 62.5 |
| 14 | 62.9 | 59.9 | 65.8 | 63.5 | 60.6 | 66.3 | 59.8 | 56.1 | 63.3 | 57.6 | 53.5 | 61.5 |
| 15 | 61.9 | 58.9 | 64.8 | 62.5 | 59.6 | 65.3 | 58.9 | 55.1 | 62.3 | 56.7 | 52.6 | 60.5 |
| 16 | 61.0 | 58.0 | 63.8 | 61.5 | 58.7 | 64.3 | 57.9 | 54.2 | 61.3 | 55.7 | 51.6 | 59.5 |
| 17 | 60.0 | 57.0 | 62.9 | 60.6 | 57.7 | 63.3 | 56.9 | 53.3 | 60.3 | 54.8 | 50.7 | 58.6 |
| 18 | 59.1 | 56.1 | 61.9 | 59.6 | 56.8 | 62.4 | 56.0 | 52.4 | 59.4 | 53.8 | 49.8 | 57.6 |
| 19 | 58.1 | 55.2 | 60.9 | 58.7 | 55.8 | 61.4 | 55.1 | 51.5 | 58.4 | 52.9 | 48.9 | 56.6 |
| 20 | 57.2 | 54.2 | 60.0 | 57.7 | 54.9 | 60.4 | 54.2 | 50.6 | 57.4 | 52.0 | 48.0 | 55.7 |
| 21 | 56.2 | 53.3 | 59.0 | 56.8 | 54.0 | 59.5 | 53.2 | 49.7 | 56.5 | 51.1 | 47.2 | 54.7 |
| 22 | 55.3 | 52.4 | 58.0 | 55.8 | 53.0 | 58.5 | 52.3 | 48.8 | 55.5 | 50.2 | 46.3 | 53.7 |
| 23 | 54.3 | 51.5 | 57.0 | 54.9 | 52.1 | 57.5 | 51.4 | 47.9 | 54.5 | 49.3 | 45.4 | 52.8 |
| 24 | 53.4 | 50.6 | 56.1 | 53.9 | 51.2 | 56.5 | 50.5 | 47.0 | 53.6 | 48.3 | 44.6 | 51.8 |
| 25 | 52.4 | 49.6 | 55.1 | 53.0 | 50.2 | 55.6 | 49.5 | 46.1 | 52.6 | 47.4 | 43.7 | 50.9 |
| 26 | 51.5 | 48.7 | 54.1 | 52.0 | 49.3 | 54.6 | 48.6 | 45.3 | 51.7 | 46.5 | 42.8 | 49.9 |
| 27 | 50.6 | 47.8 | 53.2 | 51.1 | 48.4 | 53.6 | 47.7 | 44.4 | 50.7 | 45.6 | 42.0 | 49.0 |
| 28 | 49.6 | 46.9 | 52.2 | 50.1 | 47.4 | 52.6 | 46.8 | 43.5 | 49.8 | 44.7 | 41.1 | 48.0 |
| 29 | 48.7 | 45.9 | 51.2 | 49.2 | 46.5 | 51.7 | 45.9 | 42.6 | 48.8 | 43.8 | 40.2 | 47.1 |
| 30 | 47.7 | 45.0 | 50.3 | 48.2 | 45.6 | 50.7 | 45.0 | 41.7 | 47.9 | 42.9 | 39.4 | 46.2 |
| 31 | 46.8 | 44.1 | 49.3 | 47.3 | 44.6 | 49.7 | 44.0 | 40.8 | 46.9 | 42.0 | 38.5 | 45.2 |
| 32 | 45.8 | 43.2 | 48.3 | 46.3 | 43.7 | 48.8 | 43.1 | 39.9 | 46.0 | 41.1 | 37.6 | 44.3 |
| 33 | 44.9 | 42.2 | 47.4 | 45.4 | 42.8 | 47.8 | 42.2 | 39.1 | 45.1 | 40.3 | 36.8 | 43.4 |
| 34 | 44.0 | 41.3 | 46.4 | 44.4 | 41.9 | 46.8 | 41.3 | 38.2 | 44.1 | 39.4 | 36.0 | 42.5 |
| 35 | 43.0 | 40.4 | 45.5 | 43.5 | 40.9 | 45.9 | 40.5 | 37.3 | 43.2 | 38.5 | 35.1 | 41.6 |
| 36 | 42.1 | 39.5 | 44.5 | 42.5 | 40.0 | 44.9 | 39.6 | 36.5 | 42.3 | 37.6 | 34.3 | 40.7 |
| 37 | 41.2 | 38.6 | 43.6 | 41.6 | 39.1 | 43.9 | 38.7 | 35.6 | 41.4 | 36.8 | 33.4 | 39.8 |
| 38 | 40.3 | 37.7 | 42.6 | 40.7 | 38.2 | 43.0 | 37.8 | 34.8 | 40.5 | 35.9 | 32.6 | 38.9 |
| 39 | 39.3 | 36.8 | 41.7 | 39.7 | 37.3 | 42.0 | 36.9 | 33.9 | 39.6 | 35.1 | 31.8 | 38.0 |
| 40 | 38.4 | 35.9 | 40.7 | 38.8 | 36.4 | 41.1 | 36.1 | 33.1 | 38.7 | 34.2 | 31.0 | 37.1 |
| 41 | 37.5 | 35.0 | 39.8 | 37.9 | 35.5 | 40.1 | 35.2 | 32.3 | 37.8 | 33.4 | 30.2 | 36.2 |
| 42 | 36.6 | 34.1 | 38.9 | 37.0 | 34.6 | 39.2 | 34.3 | 31.4 | 36.9 | 32.6 | 29.4 | 35.3 |
| 43 | 35.7 | 33.3 | 37.9 | 36.1 | 33.7 | 38.2 | 33.5 | 30.6 | 36.0 | 31.7 | 28.6 | 34.5 |
| 44 | 34.8 | 32.4 | 37.0 | 35.1 | 32.8 | 37.3 | 32.6 | 29.8 | 35.1 | 30.9 | 27.8 | 33.6 |
| 45 | 33.9 | 31.5 | 36.1 | 34.2 | 31.9 | 36.4 | 31.8 | 29.0 | 34.2 | 30.1 | 27.1 | 32.8 |
| 46 | 33.0 | 30.6 | 35.1 | 33.3 | 31.0 | 35.4 | 31.0 | 28.2 | 33.3 | 29.3 | 26.3 | 31.9 |
| 47 | 32.1 | 29.8 | 34.2 | 32.4 | 30.1 | 34.5 | 30.1 | 27.4 | 32.5 | 28.5 | 25.6 | 31.0 |
| 48 | 31.2 | 28.9 | 33.3 | 31.5 | 29.2 | 33.6 | 29.3 | 26.6 | 31.6 | 27.7 | 24.8 | 30.2 |
| 49 | 30.3 | 28.0 | 32.4 | 30.6 | 28.4 | 32.7 | 28.5 | 25.9 | 30.7 | 26.9 | 24.1 | 29.4 |
| 50 | 29.5 | 27.2 | 31.5 | 29.7 | 27.5 | 31.7 | 27.7 | 25.1 | 29.9 | 26.2 | 23.4 | 28.5 |
| 51 | 28.6 | 26.3 | 30.6 | 28.9 | 26.6 | 30.8 | 26.9 | 24.3 | 29.0 | 25.4 | 22.7 | 27.7 |
| 52 | 27.7 | 25.5 | 29.7 | 28.0 | 25.8 | 29.9 | 26.1 | 23.6 | 28.2 | 24.6 | 21.9 | 26.9 |
| 53 | 26.9 | 24.7 | 28.8 | 27.1 | 25.0 | 29.1 | 25.3 | 22.8 | 27.4 | 23.9 | 21.3 | 26.1 |
| 54 | 26.0 | 23.9 | 28.0 | 26.3 | 24.1 | 28.2 | 24.5 | 22.1 | 26.5 | 23.1 | 20.6 | 25.3 |
| 55 | 25.2 | 23.1 | 27.1 | 25.4 | 23.3 | 27.3 | 23.8 | 21.4 | 25.7 | 22.4 | 19.9 | 24.5 |
| 56 | 24.4 | 22.3 | 26.2 | 24.6 | 22.5 | 26.4 | 23.0 | 20.7 | 24.9 | 21.7 | 19.2 | 23.7 |
| 57 | 23.6 | 21.5 | 25.4 | 23.8 | 21.7 | 25.6 | 22.3 | 20.0 | 24.1 | 21.0 | 18.6 | 23.0 |
| 58 | 22.8 | 20.7 | 24.5 | 22.9 | 20.9 | 24.7 | 21.5 | 19.3 | 23.3 | 20.3 | 17.9 | 22.2 |
| 59 | 22.0 | 20.0 | 23.7 | 22.1 | 20.1 | 23.9 | 20.8 | 18.6 | 22.5 | 19.6 | 17.3 | 21.4 |
| 60 | 21.2 | 19.2 | 22.9 | 21.4 | 19.4 | 23.0 | 20.1 | 18.0 | 21.8 | 18.9 | 16.7 | 20.7 |
| 61 | 20.4 | 18.5 | 22.1 | 20.6 | 18.6 | 22.2 | 19.4 | 17.3 | 21.0 | 18.3 | 16.1 | 20.0 |
| 62 | 19.7 | 17.8 | 21.3 | 19.8 | 17.9 | 21.4 | 18.7 | 16.7 | 20.3 | 17.6 | 15.6 | 19.3 |
| 63 | 19.0 | 17.1 | 20.5 | 19.1 | 17.2 | 20.6 | 18.0 | 16.1 | 19.6 | 17.0 | 15.0 | 18.6 |
| 64 | 18.2 | 16.4 | 19.7 | 18.3 | 16.5 | 19.8 | 17.4 | 15.5 | 18.8 | 16.4 | 14.5 | 17.9 |
| 65 | 17.5 | 15.7 | 19.0 | 17.6 | 15.8 | 19.1 | 16.7 | 14.9 | 18.1 | 15.8 | 13.9 | 17.2 |
| 66 | 16.8 | 15.1 | 18.2 | 16.9 | 15.2 | 18.3 | 16.1 | 14.3 | 17.4 | 15.2 | 13.4 | 16.6 |
| 67 | 16.1 | 14.4 | 17.5 | 16.2 | 14.5 | 17.5 | 15.4 | 13.7 | 16.7 | 14.6 | 12.8 | 15.9 |
| 68 | 15.4 | 13.8 | 16.7 | 15.5 | 13.9 | 16.8 | 14.8 | 13.1 | 16.0 | 13.9 | 12.2 | 15.2 |
| 69 | 14.8 | 13.2 | 16.0 | 14.8 | 13.2 | 16.1 | 14.2 | 12.6 | 15.3 | 13.4 | 11.7 | 14.6 |
| 70 | 14.1 | 12.6 | 15.3 | 14.2 | 12.6 | 15.4 | 13.6 | 12.0 | 14.7 | 12.8 | 11.2 | 13.9 |
| 71 | 13.5 | 12.0 | 14.6 | 13.5 | 12.0 | 14.6 | 13.0 | 11.5 | 14.1 | 12.3 | 10.7 | 13.4 |
| 72 | 12.9 | 11.4 | 13.9 | 12.9 | 11.4 | 14.0 | 12.5 | 11.0 | 13.4 | 11.7 | 10.2 | 12.8 |
| 73 | 12.3 | 10.9 | 13.2 | 12.3 | 10.9 | 13.3 | 11.9 | 10.6 | 12.9 | 11.3 | 9.8 | 12.2 |
| 74 | 11.7 | 10.3 | 12.6 | 11.7 | 10.3 | 12.6 | 11.4 | 10.1 | 12.3 | 10.8 | 9.4 | 11.7 |
| 75 | 11.1 | 9.8 | 12.0 | 11.1 | 9.8 | 12.0 | 10.9 | 9.7 | 11.7 | 10.3 | 9.0 | 11.2 |
| 76 | 10.5 | 9.3 | 11.3 | 10.5 | 9.3 | 11.3 | 10.4 | 9.2 | 11.1 | 9.8 | 8.6 | 10.6 |
| 77 | 9.9 | 8.8 | 10.7 | 9.9 | 8.8 | 10.7 | 9.9 | 8.8 | 10.5 | 9.4 | 8.2 | 10.1 |
| 78 | 9.4 | 8.3 | 10.1 | 9.4 | 8.3 | 10.1 | 9.4 | 8.3 | 10.0 | 8.9 | 7.7 | 9.5 |
| 79 | 8.9 | 7.8 | 9.5 | 8.9 | 7.8 | 9.5 | 8.9 | 7.9 | 9.4 | 8.4 | 7.3 | 9.0 |
| 80 | 8.4 | 7.3 | 8.9 | 8.3 | 7.3 | 8.9 | 8.4 | 7.5 | 8.9 | 8.0 | 7.0 | 8.5 |
| 81 | 7.9 | 6.9 | 8.4 | 7.8 | 6.9 | 8.4 | 7.9 | 7.1 | 8.4 | 7.5 | 6.6 | 8.0 |
| 82 | 7.4 | 6.5 | 7.8 | 7.3 | 6.4 | 7.8 | 7.5 | 6.7 | 7.9 | 7.1 | 6.2 | 7.5 |
| 83 | 6.9 | 6.1 | 7.3 | 6.9 | 6.0 | 7.3 | 7.1 | 6.4 | 7.4 | 6.7 | 5.9 | 7.1 |
| 84 | 6.5 | 5.7 | 6.8 | 6.4 | 5.7 | 6.8 | 6.7 | 6.1 | 7.0 | 6.3 | 5.6 | 6.6 |
| 85 | 6.1 | 5.4 | 6.4 | 6.0 | 5.3 | 6.3 | 6.3 | 5.7 | 6.6 | 6.0 | 5.3 | 6.2 |