# Proof of life or work life expectancy

Effective January 1, 2001, the submission of life expectancy affidavits signed by the State Law Librarian, or a librarian at a U.S. government document depository library, shall no longer be required under General Laws of Rhode Island § 9-19-38.

Section 9-19-38, as amended by P.L. 2000, Chapter 335, provides that "life and work life expectancy tables may be evidenced by an official publication of the tables or by a copy of the tables as published as a compiler's note under this section in the general laws of Rhode Island. The tables as published in the general laws of Rhode Island shall be sufficient proof of life and work life expectancy without further foundation or authentication."

The life expectancy tables will be updated with each successive issuance of the supplements to the General Laws of Rhode Island.

A copy of § 9-19-38 and the accompanying tables are attached.

tion, habits, or occupation of the person or any other evidence otherwise admissible under the laws of this state.

(b) The life and work life expectancy tables may be evidenced by an official publication of the tables or by a copy of the tables as published in a compiler's note under this section in the general laws of Rhode Island. The tables as published in the general laws of Rhode Island shall be sufficient proof of life and work life expectancy without further foundation or authentication; provided, however, that written notice of the intention to offer the life or work life expectancy tables as evidence, together with a copy of the tables, has been given to the opposing party or parties, or to his or her or their attorneys, by mailing it by certified mail, return receipt requested, not less than ten (10) days before the introduction of the tables into evidence, and that an affidavit of the notice and the return receipt are filed with the clerk of the court immediately after the receipt has been returned.

**History of Section.**

P.L. 1983, ch. 53, § 1; P.L. 1986, ch. 511, § 1; P.L. 2000, ch. 335, § 1.

**Compiler's Notes.** In 2000, the compiler made stylistic changes throughout subsection (b).

**Abridged Life Tables and Tables of Work Life Expectancies.** The United States Abridged Life Tables, as issued by the United States department of health and human services, centers for disease control, and the Tables of Working Life, as issued by the United States department of labor, bureau of labor statistics, are set out immediately following this section. The Abridged Life Tables are taken from a report dated December 24, 1998, and reflect the latest version of the abridged tables. A full Life Tables were published in a report dated December 13, 1999. The Tables of Working Life are taken from Bulletin 2254, dated February 1986, and represent the latest version of these tables.

**Delayed Effective Dates.** P.L. 2000, ch. 335, § 1, makes the enactment of this section effective January 1, 2001.

**Table A-1. Working life table for men, 1979-80**

(Average years remaining)

| Age | Life expectancy | Expectation of active and inactive life by current labor force status: Total population — Active years remaining | Total population — Inactive years remaining | Currently active in labor force — Active years remaining | Currently active in labor force — Inactive years remaining | Currently inactive — Active years remaining | Currently inactive — Inactive years remaining |
|---|---|---|---|---|---|---|---|
| $x$ | $^{\bullet}e^{\bullet}_x$ | $^{\bullet}e^a_x$ | $^{\bullet}e^i_x$ | $^a e^a_x$ | $^a e^i_x$ | $^i e^a_x$ | $^i e^i_x$ |
| | (1) | (2) | (3) | (4) | (5) | (6) | (7) |
| 16 | 55.5 | 39.1 | 16.5 | 39.8 | 15.7 | 38.3 | 17.2 |
| 17 | 54.6 | 38.6 | 16.0 | 39.3 | 15.3 | 37.7 | 16.9 |
| 18 | 53.7 | 38.0 | 15.6 | 38.7 | 15.0 | 37.1 | 16.6 |
| 19 | 52.8 | 37.5 | 15.3 | 38.1 | 14.7 | 36.4 | 16.3 |
| 20 | 51.8 | 36.8 | 15.0 | 37.4 | 14.5 | 35.7 | 16.1 |
| 21 | 50.9 | 36.2 | 14.8 | 36.7 | 14.3 | 35.0 | 16.0 |
| 22 | 50.0 | 35.4 | 14.6 | 35.9 | 14.1 | 34.2 | 15.8 |
| 23 | 49.1 | 34.7 | 14.4 | 35.1 | 14.0 | 33.4 | 15.7 |
| 24 | 48.2 | 33.9 | 14.3 | 34.3 | 13.9 | 32.6 | 15.8 |
| 25 | 47.3 | 33.1 | 14.2 | 33.5 | 13.8 | 31.8 | 15.6 |
| 26 | 46.4 | 32.3 | 14.1 | 32.7 | 13.8 | 30.9 | 15.5 |
| 27 | 45.5 | 31.5 | 14.1 | 31.8 | 13.7 | 30.0 | 15.5 |
| 28 | 44.6 | 30.6 | 14.0 | 30.9 | 13.7 | 29.1 | 15.5 |
| 29 | 43.7 | 29.8 | 13.9 | 30.1 | 13.6 | 28.1 | 15.6 |
| 30 | 42.8 | 28.9 | 13.9 | 29.2 | 13.6 | 27.1 | 15.6 |
| 31 | 41.9 | 28.0 | 13.9 | 28.3 | 13.5 | 26.2 | 15.7 |
| 32 | 40.9 | 27.1 | 13.8 | 27.5 | 13.5 | 25.1 | 15.8 |
| 33 | 40.0 | 26.2 | 13.8 | 26.6 | 13.4 | 24.1 | 15.9 |
| 34 | 39.1 | 25.3 | 13.7 | 25.7 | 13.4 | 23.1 | 15.9 |
| 35 | 38.2 | 24.5 | 13.7 | 24.8 | 13.4 | 22.1 | 16.0 |
| 36 | 37.3 | 23.6 | 13.7 | 23.9 | 13.3 | 21.1 | 16.2 |
| 37 | 36.3 | 22.7 | 13.7 | 23.1 | 13.3 | 20.0 | 16.3 |
| 38 | 35.4 | 21.8 | 13.6 | 22.2 | 13.2 | 19.0 | 16.5 |
| 39 | 34.5 | 20.9 | 13.6 | 21.3 | 13.2 | 17.9 | 16.6 |
| 40 | 33.6 | 20.0 | 13.6 | 20.4 | 13.2 | 16.9 | 16.7 |
| 41 | 32.7 | 19.2 | 13.6 | 19.6 | 13.1 | 15.9 | 16.8 |
| 42 | 31.8 | 18.3 | 13.5 | 18.7 | 13.1 | 14.9 | 17.0 |
| 43 | 30.9 | 17.4 | 13.5 | 17.9 | 13.0 | 13.8 | 17.1 |
| 44 | 30.1 | 16.6 | 13.5 | 17.1 | 13.0 | 12.8 | 17.3 |
| 45 | 29.2 | 15.7 | 13.5 | 16.3 | 12.9 | 11.8 | 17.3 |
| 46 | 28.3 | 14.9 | 13.4 | 15.5 | 12.9 | 10.9 | 17.4 |
| 47 | 27.5 | 14.0 | 13.4 | 14.7 | 12.8 | 10.0 | 17.4 |
| 48 | 26.6 | 13.2 | 13.4 | 13.9 | 12.8 | 9.2 | 17.4 |
| 49 | 25.8 | 12.4 | 13.4 | 13.1 | 12.7 | 8.3 | 17.4 |
| 50 | 25.0 | 11.6 | 13.4 | 12.3 | 12.6 | 7.5 | 17.4 |
| 51 | 24.2 | 10.8 | 13.4 | 11.6 | 12.6 | 6.8 | 17.4 |
| 52 | 23.4 | 10.0 | 13.3 | 10.8 | 12.5 | 6.1 | 17.3 |
| 53 | 22.6 | 9.3 | 13.3 | 10.1 | 12.5 | 5.4 | 17.2 |
| 54 | 21.8 | 8.5 | 13.3 | 9.4 | 12.4 | 4.7 | 17.1 |
| 55 | 21.1 | 7.8 | 13.3 | 8.7 | 12.4 | 4.2 | 16.9 |
| 56 | 20.3 | 7.0 | 13.3 | 8.0 | 12.3 | 3.7 | 16.7 |
| 57 | 19.6 | 6.3 | 13.3 | 7.4 | 12.2 | 3.2 | 16.4 |
| 58 | 18.9 | 5.6 | 13.2 | 6.8 | 12.1 | 2.8 | 16.1 |
| 59 | 18.2 | 5.0 | 13.2 | 6.2 | 11.9 | 2.5 | 15.7 |
| 60 | 17.5 | 4.4 | 13.1 | 5.7 | 11.7 | 2.2 | 15.3 |
| 61 | 16.8 | 3.9 | 12.9 | 5.3 | 11.5 | 1.9 | 14.9 |
| 62 | 16.1 | 3.4 | 12.7 | 4.9 | 11.2 | 1.7 | 14.4 |
| 63 | 15.5 | 3.0 | 12.5 | 4.6 | 10.9 | 1.5 | 14.0 |
| 64 | 14.9 | 2.6 | 12.3 | 4.3 | 10.5 | 1.3 | 13.5 |
| 65 | 14.2 | 2.3 | 12.0 | 4.1 | 10.1 | 1.2 | 13.1 |
| 66 | 13.6 | 2.0 | 11.6 | 3.9 | 9.7 | 1.0 | 12.8 |
| 67 | 13.0 | 1.8 | 11.3 | 3.8 | 9.3 | .8 | 12.2 |
| 68 | 12.5 | 1.6 | 10.9 | 3.6 | 8.8 | 7 | 11.8 |
| 69 | 11.9 | 1.4 | 10.5 | 3.4 | 8.5 | 5 | 11.4 |
| 70 | 11.4 | 1.2 | 10.2 | 3.2 | 8.1 | 4 | 11.0 |
| 71 | 10.9 | 1.1 | 9.8 | 3.1 | 7.8 | .3 | 10.5 |
| 72 | 10.4 | .9 | 9.4 | 2.8 | 7.5 | .2 | 10.1 |
| 73 | 9.9 | 8 | 9.1 | 2.6 | 7.3 | 1 | 9.7 |
| 74 | 9.4 | 7 | 8.7 | 2.2 | 7.2 | 1 | 9.3 |
| 75 | 9.0 | 6 | 8.4 | 1.7 | 7.2 | 0 | 8.9 |

**Table A-4. Working life table for women, 1979-80**

| Age | Life expectancy | Expectation of active and inactive life by current labor force status: Total population | | Currently active in labor force | | Currently inactive | |
|---|---|---|---|---|---|---|---|
| | | Active years remaining | Inactive years remaining | Active years remaining | Inactive years remaining | Active years remaining | Inactive years remaining |
| $x$ | $^{\cdot}e^{\cdot}_x$ | $^{\cdot}e^{a}_x$ | $^{\cdot}e^{i}_x$ | $^{a}e^{a}_x$ | $^{a}e^{i}_x$ | $^{i}e^{a}_x$ | $^{i}e^{i}_x$ |
| | (1) | (2) | (3) | (4) | (5) | (6) | (7) |
| 16 | 62.9 | 29.3 | 33.6 | 30.1 | 32.9 | 28.7 | 34.3 |
| 17 | 61.9 | 28.8 | 33.1 | 29.6 | 32.4 | 28.0 | 33.9 |
| 18 | 61.0 | 28.3 | 32.7 | 29.0 | 31.9 | 27.4 | 33.5 |
| 19 | 60.0 | 27.7 | 32.3 | 28.5 | 31.5 | 26.8 | 33.2 |
| 20 | 59.1 | 27.2 | 31.9 | 27.9 | 31.2 | 26.1 | 32.9 |
| 21 | 58.1 | 26.6 | 31.5 | 27.3 | 30.8 | 25.4 | 32.7 |
| 22 | 57.1 | 25.9 | 31.2 | 26.6 | 30.5 | 24.7 | 32.4 |
| 23 | 58.2 | 25.3 | 30.9 | 26.0 | 30.1 | 24.0 | 32.2 |
| 24 | 55.2 | 24.6 | 30.6 | 25.4 | 29.8 | 23.3 | 31.9 |
| 25 | 54.2 | 24.0 | 30.2 | 24.8 | 29.4 | 22.6 | 31.7 |
| 26 | 53.3 | 23.3 | 29.9 | 24.2 | 29.1 | 21.9 | 31.4 |
| 27 | 52.3 | 22.7 | 29.6 | 23.6 | 28.7 | 21.2 | 31.1 |
| 28 | 51.3 | 22.0 | 29.3 | 22.9 | 28.4 | 20.5 | 30.8 |
| 29 | 50.4 | 21.4 | 29.0 | 22.3 | 28.0 | 19.8 | 30.5 |
| 30 | 49.4 | 20.8 | 28.6 | 21.7 | 27.7 | 19.1 | 30.3 |
| 31 | 48.4 | 20.1 | 28.3 | 21.1 | 27.3 | 18.5 | 30.0 |
| 32 | 47.5 | 19.5 | 28.0 | 20.5 | 27.0 | 17.8 | 29.7 |
| 33 | 46.5 | 18.9 | 27.7 | 19.9 | 26.6 | 17.1 | 29.4 |
| 34 | 45.6 | 18.2 | 27.3 | 19.3 | 26.3 | 16.4 | 29.1 |
| 35 | 44.6 | 17.6 | 27.0 | 18.6 | 26.0 | 15.7 | 28.9 |
| 36 | 43.6 | 17.0 | 26.7 | 18.0 | 25.6 | 15.0 | 28.6 |
| 37 | 42.7 | 16.3 | 26.4 | 17.4 | 25.3 | 14.3 | 28.4 |
| 38 | 41.7 | 15.7 | 26.1 | 16.8 | 25.0 | 13.6 | 28.2 |
| 39 | 40.8 | 15.0 | 25.8 | 16.1 | 24.7 | 12.8 | 28.0 |
| 40 | 39.9 | 14.3 | 25.5 | 15.5 | 24.4 | 12.1 | 27.8 |
| 41 | 38.9 | 13.7 | 25.2 | 14.9 | 24.0 | 11.3 | 27.6 |
| 42 | 38.0 | 13.0 | 25.0 | 14.3 | 23.7 | 10.6 | 27.4 |
| 43 | 37.1 | 12.4 | 24.7 | 13.7 | 23.4 | 9.8 | 27.2 |
| 44 | 36.2 | 11.7 | 24.4 | 13.1 | 23.1 | 9.1 | 27.0 |
| 45 | 35.2 | 11.1 | 24.2 | 12.5 | 22.7 | 8.4 | 26.8 |
| 46 | 34.3 | 10.4 | 23.9 | 11.9 | 22.4 | 7.7 | 26.6 |
| 47 | 33.4 | 9.8 | 23.6 | 11.4 | 22.1 | 7.1 | 26.3 |
| 48 | 32.5 | 9.2 | 23.3 | 10.8 | 21.7 | 6.5 | 26.0 |
| 49 | 31.6 | 8.6 | 23.0 | 10.3 | 21.4 | 5.9 | 25.8 |
| 50 | 30.8 | 8.0 | 22.8 | 9.8 | 21.0 | 5.3 | 25.5 |
| 51 | 29.9 | 7.4 | 22.5 | 9.2 | 20.6 | 4.8 | 25.1 |
| 52 | 29.0 | 6.9 | 22.2 | 8.7 | 20.3 | 4.2 | 24.8 |
| 53 | 28.2 | 6.3 | 21.9 | 8.2 | 19.9 | 3.7 | 24.4 |
| 54 | 27.3 | 5.8 | 21.6 | 7.7 | 19.6 | 3.3 | 24.0 |
| 55 | 26.5 | 5.2 | 21.2 | 7.2 | 19.3 | 2.9 | 23.6 |
| 56 | 25.6 | 4.7 | 20.9 | 6.7 | 18.9 | 2.5 | 23.1 |
| 57 | 24.8 | 4.3 | 20.6 | 6.3 | 18.5 | 2.2 | 22.5 |
| 58 | 24.0 | 3.8 | 20.2 | 5.8 | 18.2 | 1.9 | 22.1 |
| 59 | 23.2 | 3.4 | 19.8 | 5.4 | 17.8 | 1.7 | 21.5 |
| 60 | 22.4 | 3.0 | 19.4 | 5.0 | 17.4 | 1.5 | 20.9 |
| 61 | 21.6 | 2.6 | 19.0 | 4.7 | 16.9 | 1.3 | 20.3 |
| 62 | 20.8 | 2.3 | 18.5 | 4.4 | 16.4 | 1.1 | 19.7 |
| 63 | 20.1 | 2.0 | 18.0 | 4.2 | 15.9 | 1.0 | 19.1 |
| 64 | 19.3 | 1.8 | 17.5 | 4.0 | 15.3 | .9 | 18.4 |
| 65 | 18.5 | 1.5 | 17.0 | 3.8 | 14.8 | .7 | 17.8 |
| 66 | 17.8 | 1.3 | 16.5 | 3.6 | 14.2 | .6 | 17.2 |
| 67 | 17.1 | 1.2 | 15.9 | 3.4 | 13.7 | .5 | 16.5 |
| 68 | 16.4 | 1.0 | 15.3 | 3.3 | 13.1 | .4 | 15.9 |
| 69 | 15.6 | .9 | 14.7 | 3.1 | 12.5 | .4 | 15.3 |
| 70 | 14.9 | .8 | 14.2 | 3.0 | 12.0 | .3 | 14.7 |
| 71 | 14.3 | .7 | 13.6 | 2.8 | 11.5 | .2 | 14.1 |
| 72 | 13.6 | .6 | 13.0 | 2.5 | 11.1 | .1 | 13.5 |
| 73 | 13.0 | .5 | 12.5 | 2.3 | 10.7 | .1 | 12.9 |
| 74 | 12.3 | .4 | 11.9 | 1.9 | 10.4 | .0 | 12.3 |
| 75 | 11.7 | .3 | 11.4 | 1.3 | 10.4 | .0 | 11.7 |