UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

RICHARD MOREAU

v. C.A. 04-459S

STATE OF RHODE ISLAND, et al.

**DISMISSAL STIPULATION**

This matter is dismissed with prejudice; no interest; no costs to either party.

Joseph-Anthony DiMaio. Esq.
McKinnon & Harwood
1168 Newport Avenue
Pawtucket, RI 02861

Thomas A. Palombo, Esq.
Assistant Attorney General
State of Rhode Island
150 South Main Street
Providence, RI 02903